**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ROBERT SAMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| STONY BROOK UNIVERSITY; and | : | |
| MAURIE MCINNIS, in her official capacity | : | |
| as President of Stony Brook University, | : | |
| | : | |
| Defendants. | : | |

## <u>MOTION FOR PRELIMINARY INJUNCTION</u>

Plaintiff Robert Sampson ("Sampson") is a student in good standing and an individual with a disability who is 40 weeks away from earning his medical degree from Defendant Stony Brook University ("Stony Brook"). Even though Sampson has passed all his classes, Stony Brook will dismiss Sampson from medical school on or immediately after August 12, 2022, in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*., and section 504 of the Rehabilitation Act, 29 U.S.C. § 794, absent a preliminary injunction to maintain his current status.

WHEREFORE, to prevent irreparable harm and for the reasons stated in Sampson's Memorandum in Support of this Motion, Sampson seeks a preliminary injunction enjoining and restraining Stony Brook from dismissing him from medical school and further ordering Stony Brook to provide the reasonable modification of permitting Sampson more than seven years to complete his medical degree.

Respectfully submitted,


s/Mary C. Vargas
Mary C. Vargas
Michael Steven Stein
STEIN & VARGAS LLP
10 G Street NE, Suite 600
Washington, DC  20002
Tel: (240) 793-3185
Fax: (888) 778-4620
mary.vargas@steinvargas.com
michael.stein@steinvargas.com

Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

The undersigned file a true and correct copy of the foregoing via CM/ECF on the

following counsel for Stony Brook University:

Letitia James
Attorney General for the State of New York
New York Attorney General's Office
28 Liberty Street, 16th Floor
New York, N.Y. 10005

Susan Blum, Senior Managing Counsel.
SUNY Office of General Counsel
Stony Brook University
Administration Building, Room 328
Stony Brook, New York 11794-1212


s/Mary C. Vargas
Mary C. Vargas