## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : |
| STONY BROOK UNIVERSITY; and | : |
| MAURIE MCINNIS, in her official capacity | : |
| as President of Stony Brook University, | : |
| | : |
| Defendants. | : |

## **PROPOSED ORDER**

Plaintiff's Motion for Preliminary injunction is hereby GRANTED. Stony Brook University is enjoined from altering Robert Sampson's status as a student or dismissing Robert Sampson from medical school and further ordering that Stony Brook provide Sampson the reasonable accommodation of more than seven years to complete his medical degree.

_____
United States District Court Judge