Favorites  Main Menu    Self Service    Student Records & Registration    Academic Records    My Course History            Home    Add to Favorites    Sign Out

**Robert Sampson**                     go to ... ▼ »

Search   Plan   Enroll   **My Academics**

## My Course History

| Select Display Option | Sort results by ▼ |
|---|---|
| ● Hide courses from My Planner | Then by ▼ |
| ○ Show courses from My Planner | Sort |

✓ Taken    ⇐ Transferred    ◆ In Progress

| Course | Description | Term | Grade | Units | Status |
|---|---|---|---|---|---|
| HM 500 | FIRST YEAR MEDICINE | Fall 2015 | P | 0.00 | ✓ |
| HM 501 | First Year Medicine | Spring 2016 | P | 0.00 | ✓ |
| HM 600 | Second Year Medicine (Fall) | Fall 2016 | P | 0.00 | ✓ |
| HM 700 | Third Year Medicine (Fall) | Fall 2020 | P | 0.00 | ✓ |
| HM 701 | Third Year Medicine (Spring) | Spring 2021 | P | 0.00 | ✓ |
| HM 910 | Continuation of Studies | Spring 2017 | P | 0.00 | ✓ |
| HM 910 | Continuation of Studies | Fall 2018 | P | 0.00 | ✓ |
| HM 910 | Continuation of Studies | Fall 2019 | P | 0.00 | ✓ |
| HM 910 | Continuation of Studies | Fall 2021 | P | 0.00 | ✓ |
| HM 910 | Continuation of Studies | Spring 2022 | I | 0.00 | ✓ |
| MBA 502 | Finance | Fall 2021 | A | 3.00 | ✓ |
| MBA 503 | Data Analysis & Decision Makng | Fall 2021 | A | 3.00 | ✓ |
| MBA 504 | Financial Accounting | Fall 2021 | A | 3.00 | ✓ |
| MBA 505 | Marketing | Spring 2022 | A | 3.00 | ✓ |
| MBA 507 | Ethics in Management | Fall 2021 | A | 3.00 | ✓ |
| MBA 511 | Technological Innovations | Summer 2021 | A | 3.00 | ✓ |
| MBA 540 | Data Mining | Fall 2021 | A | 3.00 | ✓ |
| MBA 543 | Business Analytics | Spring 2022 | A | 3.00 | ✓ |
| MBA 544 | Supply Chain Management & Anal | Fall 2022 | | 3.00 | ◆ |
| MBA 574 | Project Management | Fall 2021 | A | 3.00 | ✓ |
| MBA 589 | Operations Management | Fall 2022 | | 3.00 | ◆ |
| MBA 592 | Organizational Behavior | Summer 2021 | A | 3.00 | ✓ |
| MKT 565 | Consumer Insights | Fall 2022 | | 3.00 | ◆ |
| MKT 567 | Integrated Marketing Managemen | Fall 2022 | | 3.00 | ◆ |

▲ Go to top