**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

ROBERT SAMPSON,                  :
          Plaintiff          :
                         :
          v.              :    CIVIL ACTION NO.
                         :
STONY BROOK UNIVERSITY,    :    JURY TRIAL DEMANDED
          Defendant     :
                         :

**DECLARATION OF LISA M. MEEKS, Ph.D., MA.**

I, Lisa M. Meek, Ph.D., M.A., submit this declaration based upon my personal knowledge as follows:

1.      In 2003, I received an M.A. in developmental psychology from the University of Alabama. In 2014, I received a Ph.D. in Education with a subspecialty in learning and development from Cleveland State University. A copy of my Curriculum Vita is annexed to this Declaration and incorporated by reference.

2.      I currently serve as an Assistant Professor, Department of Learning Health Sciences, University of Michigan; and Assistant Professor, Department of Family Medicine. Ann Arbor, MI.

3.      I have served as Director, Medical Student Disability Services, University of California San Francisco School of Medicine, San Francisco, California; Case Western Reserve School of Medicine; Cleveland Clinic Lerner College of Medicine; and the University of Colorado School of Medicine. I have collaborated with the Association of American Medical Colleges (AAMC), the American Medical Association (AMA) and the Accreditation Council for Graduate Medical Education (ACGME) on disability inclusive practices.

4. My research interests include improving access to medical education for learners with disabilities; medical student and resident well-being; disability curriculum in medical education and performance and trajectory of learners and physicians with disabilities.

5. I have received numerous grants, have multiple peer-reviewed articles in leading medical journals and frequently provide trainings to many professionals in the areas involving medical students and residents with disabilities, accessibility and inclusion in medical school and technical standards in curriculum in medical education.

6. Inclusion of medical students with disabilities is an important part of a diversified physician work force with implications for informed care for patients with disabilities.

7. Despite the important role to a diverse workforce, medical students, particularly with cognitive disabilities such as ADHD and learning disabilities, encounter barriers in medical education in the areas of medical licensing testing and medical school policies. Such barriers deny equitable access to medical education and possibly medical careers and opportunities.

8. In my capacity as Director of Disability Services at four medical schools, I have supported hundreds of medical students applying for accommodations on the United States Medical Licensing Exams (USMLEs) administered by the National Board of Medical Examiners (NBME) and further supported appeals of NBME's denials of accommodations. While students without disabilities can register for the USMLE and take the test almost immediately, students with disabilities must wait at least 3 months (sometimes 4) for accommodations decisions and frequently need to submit additional testing that can be extraordinarily expensive and time consuming or file appeals, which require an additional 3-4 months per appeal. Some students, particularly students with ADHD and learning disabilities, have been forced to pursue litigation

to obtain accommodations that their medical schools deem necessary on the basis of comprehensive educational testing.

9.      I recently conducted research and co-authored a research article titled "Impact of USMLE Step 1 Accommodation Denial on US Medical Schools: A National Survey".[1] This was a first of its kind study, which investigated the rate of accommodation denials and its impact on medical school operations.

10.     This study found that more than half of the medical students (52%) with disabilities from a sample of U.S. medical programs were denied accommodations by the NBME. The research further found that these rejections had detrimental impacts on students and the medical schools they attend. Specifically, of the students denied accommodations on the USMLE Step 1 exam, 51% were delayed entry into the next phase of their program due to the denial. Furthermore, 32% of the students who were denied accommodations received failing scores and 3% withdrew or were dismissed from their program. By comparison, NBME reports that allopathic medical students in the U.S. and Canada in 2018 and 2019 failed at a rate of only 4% to 5% respectively.

11.     One such barrier that medical students with cognitive disabilities encounter in medical school is the timing of when a medical student sits for the USMLE Step 1. A growing number of medical schools have changed the timing of the USMLE Step 1 to take place after student complete core clerkships, *i.e.*, after year three.[2]

---

[1] Petersen KH, Jain NR, Case B, Jain S, Meeks LM (2022) Impact of USMLE Step 1 Accommodation Denial on US Medical Schools: A National Survey. PLoS ONE e0266685. doi.org/10.1371/journal.pone.0266685. A copy is annexed to this Declaration.

[2] Jurich D, Daniel M, Paniagua M, Fleming A, Harnik V, Pock A, Swan-Sein, A, Barone M, Santen S (2019) Moving the United States Medical Licensing Examination Step 1 After Core Clerkships: An Outcomes Analysis. Academic Medicine, Vol. 94, No. 3/ March 2019.

12.     There is an embodiment of literature, which reports that repositioning the USMLE Step 1 increases scores, reduces failure rates, promotes the development of clinicians with stronger foundational knowledge and supports student emotional well-being.

13.     Repositioning the USMLE Step 1 to the end of year three of medical school may be particularly appropriate for medical students with disabilities, who already face enormous challenges obtaining accommodations on the USMLE Step 1 examination and complying with the various policy demands established by medical school progress committees.

14.     Modeled probabilities show that medical students with cognitive disabilities were less likely to graduate on time. For example, the typical student obtains their medical degree within 5 years and within 6-8 years for students in dual degrees.[3]

15.     Barriers for medical students with cognitive disabilities could be partially mitigated through appropriate accommodations on the USMLE Step 1.[4]

16.     Medical students with cognitive disabilities further face a host of challenges in medical school created by policies that require students to graduate within a specified time period, *e.g.*, 7 years.

17.     Medical students with cognitive disabilities are often not diagnosed until they enter medical school, which limits their experience with properly requesting accommodations and utilizing such accommodations.

---

[3] Meeks L, Plegue M, Swenor B, Moreland C, Jain S, Grabowski C, Westervelt M, Case B, Eidtson W, Patwari R, Angoff N, LeConche J, Temple B, Poullos P, Sanches-Guzman M, Coates C, Low C, Henderson M, Purkiss J, Kim M (2022) The Performance and Trajectory of Medical Students with Disabilities: Results from a Multisite, Multicohort Study. Academic Medicine, Vol. 97, No. 3/ March 2022.

[4] *Id.*

18.     Medical school policies that require a student to graduate within 7 years are neither a mandate by any licensing entity or accrediting body. Such policies are created solely at the choice of medical schools. Accordingly, such policies are amenable to modifications for disability reasons.

19.     For a student who had demonstrated a strong fund of knowledge and competency in a clinical setting there are fewer concerns regarding the student's competencies when transitioning to a residency program. Accordingly, modifications to medical school policies requiring time limits on degree completion do not create a fundamental alteration in the essential functions or technical standards of medical education.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of July, 2022.

*Lisa M. Meeks*

_____

Lisa M. Meeks, Ph.D., MA

**Lisa M. Meeks, PhD., MA.**
Assistant Professor
Departments of Learning Health Science and Family Medicine
University of Michigan School of Medicine
(440) 991-6323
meeksli@med.umich.edu

# Education and Training

## Education

| | |
|---|---|
| 09/1998 – 06/2001 | B.A. (Psychology) |
| | University of Central Florida, Orlando, FL |
| 09/2001 – 06/2003 | M.A. (Developmental Psychology) |
| | University of Alabama – Huntsville, AL |
| 09/2010 – 05/2014 | Ph.D. (Education; Subspecialty: Learning and Development) |
| | Cleveland State University, Cleveland, OH |

## Postdoctoral Training

| | |
|---|---|
| 07/2017 – 06/2018 | Fellowship (Healthcare Policy and Innovation) |
| | University of Michigan Medical School, Ann Arbor, MI |

# Academic, Administrative, Clinical, Research and Military Appointments

## Academic Appointments

| | |
|---|---|
| 12/2003 – 06/2009 | Adjunct Instructor, Department of Psychology |
| | University of Alabama, Huntsville, AL |
| 07/2015 – 07/2017 | Assistant Professor, Department of Medicine |
| | UCSF School of Medicine, San Francisco, CA |
| 08/2017 – 12/2018 | Clinical Lecturer – Fellow, Department of Family Medicine |
| | University of Michigan, Ann Arbor, MI |
| 12/2018 – 06/2021 | Assistant Professor, Department of Family Medicine |
| | University of Michigan, Ann Arbor, MI |
| 06/2021 – Present | Adjunct Assistant Professor, Department of Family Medicine |
| | University of Michigan, Ann Arbor, MI |
| 07/2021 – 07/2022 | Associate Professor, Department of Psychiatry |
| | University of Colorado, Aurora, Colorado |
| 07/2021 – 07/2022 | Associate Professor, Department of Family Medicine, University of Colorado, Aurora, Colorado |
| 07/2022– Present | Assistant Professor, Department of Learning Health Sciences |
| | University of Michigan, Ann Arbor, MI |

**Administrative Appointments**

| | |
|---|---|
| 01/2001 – 06/2003 | Field Coordinator, American Guidance Services, Circle Pines, MN (Kaufman Series of Intelligence and Achievement Tests) |
| 01/2003 – 06/2007 | Director of Assessment, Achievement Plus (Private Practice), Huntsville, AL |
| 01/2007 – 06/2009 | Disability Services Coordinator, University of Alabama, Huntsville, AL |
| 07/2009 – 12/2011 | Director, Services for Students with Disabilities John Carol University, University Heights, OH |
| 01/2012 – 06/2013 | Assistant Director, Educational Services for Students Case Western Reserve University, Cleveland, OH |
| 06/2013 – 06/2015 | Director, Student Disability Services, Deputy Title OX Officer, UCSF, San Francisco, CA |
| 07/2015 – 08/2017 | Director, Medical Student Disability Services UCSF School of Medicine, San Francisco, CA |
| 07/2021 – 01/2022 | Director, Office for Disability, Access, and Inclusion University of Colorado – Anschutz Medical Campus, Aurora, CO |

# Research Interests

- Improving access to medical education for learners with disabilities
- Medical student and resident well-being
- Disability curriculum in medical education
- Performance and trajectory of learners and physicians with disabilities

# Grants

**Ongoing Research Grants**

Maximizing Inclusion of Researchers with Visual Impairments
Johns Hopkins University / NIH
09/01/20 – 08/31/22
Direct costs: $14,789
Role: Site Principal Investigator

DocWithDisabilities Grant
Ford Foundation
06/01/22-05/29/24
Direct Costs: $250,000
Role: Principal Investigator

**Completed Research Grants**
Pathway Project – Medical Students with Disability: Dissemination Toolkit
UC Davis / DHHS-HRSA
07/01/21 – 01/01/22
Direct costs: $30,000
Role: Principal Investigator

Pathway Project – Medical Students with Disability: Trajectory into the Physician Workforce
UC Davis / DHHS-HRSA
07/01/20 – 06/30/21
Direct costs: $29,662
Role: Site Principal Investigator

The Program for Disability in Medicine at the University of Michigan
University of Michigan, Department of Family Medicine (PI: McKee)
04/01/19 – 03/31/21
Direct costs: $300,000
Role: Co-Investigator

Bridge Biomedical Research Career Identification in Graduate Education
National Institute of General Medical Sciences (NIGMS) (PI: Gershon)
06/01/15 – 06/01/16
Direct costs: $1,400,000
Role: Advisor

Lived Experiences of Physicians with Disabilities
Association of American Medical Colleges (AAMC)
03/01/16 – 04/01/17
Direct costs: $20,000
Role:  Principal Investigator

Prevalence Survey of Medical Students with Disabilities
University of California, San Francisco
09/01/14 – 08/01/16
Direct costs: $50,000
Role:  Principal Investigator

Success and Attrition Among Deaf Health Students and Professionals:  Describing an
Underrepresented Minority Segment of the Healthcare Workforce
The University of Texas Health Science Center at San Antonio –  DHHS/HRSA
07/01/19 – 06/30/20
Direct costs: $98,000
Role:  Principal Investigator

The Self-Advocacy Strategies Deaf and Hard of Hearing Healthcare Students and Professionals
Take to Optimize Career Success
The University of Texas Health Science Center at San Antonio – DHHS/HRSA (PI: Smith)
07/01/18 – 06/30/20
Direct costs: $2,871
Role: UM Subcontractor Principal Investigator

**Pending Research Grants**

## Honors and Awards

**Honors**

2002   Graduate Student of the Year, University of Alabama – Huntsville
2018   Association for Higher Education and Disability (AHEAD) Honor for Meritorious
     Contribution to the topic of inclusion in health science and medicine

**Awards**

2002   Student Travel Award, Society for Research in Child Development
2009   Mentor of the Year Award, University of Alabama – Huntsville
2015   Chancellors Diversity Award, University of California, San Francisco
2016   Fascinating Alumni Award, Cleveland State University
2020   Harold R. Johnson Diversity Service Award, University of Michigan, recognizing
     faculty members exhibiting outstanding leadership in cultural diversity
2021   Partnership Award, Association for Higher Education and Disability

## Memberships in Professional Societies

| | |
|---|---|
| 2002 – 2012 | American Psychological Association |
| 2008 – Present | Association on Higher Education and Disability |
| 2013 – Present | Coalition for Disability Access in Health Science and Medical Education |
| 2014 – 2018 | Alliance for Disability in Health Care Education |
| 2014 – Present | Association of American Medical Colleges |
| 2018 – 2021 | Member, Society of Teachers of Family Medicine |
| 2021 – Present | Academy of Medical Educators |

## Editorial Positions, Boards, and Peer-Review Service

**Study Sections/Advisory Panels**

| | |
|---|---|
| 06/2014 – 07/2014 | Department of Defense, Baltimore, MD. Advised the DOD on matters of Disability Inclusion in their recruiting and training programs. |
| 2016 – 2017 | Advisory Committee to the Representative on Disability Issues Association of American Medical Colleges (AAMC) Group on Diversity and Inclusion (GDI) |
| 06/2016 – 05/2017 | Rush University Medical Center Technical Standards Revision, Chicago, IL. Led system-wide revision of technical standards |
| 06/2017 – 08/2018 | Chair, AHEAD Advisory Board on Internal Documentation, Huntersville, NC. Led a committee to determine national best practices for disability documentation. |

**Editorial Positions**

| | |
|---|---|
| 2010 – 2019 | Good Autism Practice, Associate Editor |
| 2015 – 2019 | Disability Compliance in Higher Education Jossey-Bass, Wiley Publishers |

**Peer Review Service**

| | |
|---|---|
| 2017 – Present | Medical Education, *Really Good Stuff* |

| | |
|---|---|
| 2018 – Present | JAMA Internal Medicine |
| 2018 – Present | Academic Medicine |
| 2019 – Present | Journal of Patient Experience |
| 2019 – Present | Disability and Health Journal |
| 2020 – Present | The Journal of the American Medical Association (JAMA) |
| 2020 – Present | The New England Journal of Medicine (NEJM) |
| 2020 – Present | Disability and Society |
| 2021 – Present | JAMA Open Network |

## Teaching

### Undergraduate Students

| | |
|---|---|
| 08/2002 – 05/2009 | Developmental Psychology, Faculty of Record, The University of Alabama – Huntsville |
| 08/2003 – 08/2008 | General Psychology, Faculty of Record, The University of Alabama – Huntsville |
| 08/2004 – 05/2006 | Abnormal Psychology, Faculty of Record, The University of Alabama – Huntsville |
| 12/2011 – 05/2012 | Human Sexuality, Faculty of Record, Cleveland State University |
| 02/2011 – 02/2017 | Psychology of Autism, Guest Lecturer: Impact of Media on Perception of Autism, John Carroll University |
| 02/2011 – 02/2017 | Adolescent Sexual Development, Guest Lecturer: Communication and sexual relationships on the autism spectrum, John Carroll University |
| 02/2012 – 02/2016 | Adolescent Psychology, Guest Lecturer, John Carroll University |

### Medical Students

| | |
|---|---|
| 12/2012 – 03/2013 | Disability 360 Lecture, Course Developer, (1 session – 60 minutes), Case Western Reserve University School of Medicine |

### Curriculum Development

| | |
|---|---|
| 2015 – 2016 | The Association of American Medical Colleges (AAMC) Disability Webinar Series (12 Webinars), https://www.aamc.org/professional-development/affinity-groups/gsa/webinars |
| 2016 – 2018 | UCSF Faculty Series on Disability (4 Modules), http://meded.ucsf.edu/msds/ucsf-faculty-support |
| 2021 – Present | Accreditation Council for Graduate Medical Education (ACGME) Equity Matters Modules on Disability as Diversity (2 Modules) |
| 2021 – Present | Disability in Graduate Medical Education (DIGME) Toolkit for GME (2 CME Modules, 4 Animated Videos, 4 One Page Resources) |

### Mentoring Activities

| | |
|---|---|
| 08/2012 – 08/2013 | **Charley Willison (Masters Student)** <br> Case Western Reserve School of Medicine |

5

Role: Advisor on Research Committee
Research Topic: Teaching Cultural Competency on Disability to Medical Learners

08/2016 – 08/2017     **Stacy Jones (Medical Student)**
Harvard University School of Medicine
Role: External Faculty Advisor for Independent Research Project
Research Topic: Program Development and Evaluation of Services for Students with Disabilities at HMS

08/2016 – 08/2017     **Ben Case (Masters Student)**
George Washington University Milken Institute
Role: Advisor on Research Project
Research Topic: Prevalence of Medical Students with Disabilities

## Institutional Activities and Roles

| | |
|---|---|
| 2008 – 2009 | Students of Concern Committee, University of Alabama |
| 2010 – 2011 | Students of Concern Committee, John Carroll University |
| 2012 – 2013 | Americans with Disabilities Act Committee, Case Western Reserve University |
| 2013 – 2014 | Students of Concern Committee, University of California, San Francisco |
| 2013 – 2016 | Chancellor's Committee on Disabilities, University of California, San Francisco |
| 2013 – 2016 | Bridge Program Advisory Committee, University of California, San Francisco |
| 2015 – 2016 | Coordinated Community Review Team (CCRT) for Sexual and Gender-Based Violence and Misconduct, University of California, San Francisco |
| 2018 – 2021 | Faculty Inclusion Network (FIN), Co-Chair of Discussion Group Focusing on Language Use and Strategies to Engage in Meaningful Conversations, University of Michigan Medical School. 2019: Book Club Facilitator |
| 2018 – Present | Admissions Executive Committee (AEC), University of Michigan Medical School |
| 2018 – 2020 | Liaison Committee on Medical Education (LCME) Self-Study, Subcommittee Member: Admissions/Records, Student Support, Advising, Coaching |
| 2020 – 2021 | Co-Chair, Institute for Healthcare Policy and Innovation Workforce Diversity Steering Committee |
| 2021 – Present | Chancellor's Diversity, Equity, Inclusion and Community Engagement Leadership Council, CU Anschutz Medical Campus |
| 2022– Present | Liaison Committee (LINC) of the Eisenberg Family Depression Center |

## Regional Activities and Roles

| | |
|---|---|
| 2006 – 2009 | The Community Free Clinic, Executive Board Member and Volunteer, Huntsville, AL |
| 2009 – 2011 | The Community Free Clinic, Volunteer Preceptor for Family Medicine Residents, Cleveland, OH |
| 2009 – 2012 | Tools for Tomorrow Consortium, Board Member, Cleveland, OH |

| 2012 – 2018 | Mind Spark Training Academy, Member of the Board of Directors, Santa Monica, CA |
| 2015 – 2016 | Milestones Autism Resources, Planning Committee for the Annual Conference, Cleveland, OH |
| 2016 | Task Force for Objective Structured Clinical Exams (OSCE's). Ad-hoc Committee Member University of Central Florida, College of Medicine |

### National Activities and Roles

| 2013 | Co-Founder, Coalition for Disability Access in Health Sciences and Medical Education |
| 2013– 2016 | Vice-President, Coalition for Disability Access in Health Science Education |
| 2014 – 2017 | Co-Chair, Special Interest Group for Professional Schools, Association for Higher Education in Disability (AHEAD) |
| 2018 | Expert Panelist, American Medical Association (AMA) Accelerating Change in Medical Education Community, Recruiting for Diversity: Recognizing Visible and Invisible Strengths |
| 2016 – 2019 | President, Coalition for Disability Access in Health Science Education |
| 2016 – 2019 | Member at Large, Association for Higher Education in Disability (AHEAD) Board of Directors |
| 2020 – Present | Co-Chair, Disability in Graduate Medical Education (DIGME) Workgroup. Center for a Diverse Healthcare Workforce |
| 2020 – Present | Chair, Access In Medicine (AIM) Workgroup. Coalition for Disability Access in Health Science Education |
| 2021 – Present | Advisory Committee, Health Workforce Research Conference Association of American Medical Colleges (AAMC) |
| 2021 – Present | Lead Faculty: Equity Matters Initiative, Topic: Disability, Accreditation Council for Graduate Medical Education (ACGME) |

### International Activities and Roles

| 2019 – Present | Co-Chair, International Council for Disability Inclusion in Medical Education. |

## Seminars, Visiting Professorships, and Extramural Invited Presentations

### Seminars

1. **Meeks L.** Disability as a form of diversity. Keynote speaker at: University of Michigan School of Nursing; Ann Arbor, MI.

### Visiting Professorships

| 08/2018 | Massachusetts General Hospital and Harvard Medical School, Boston, MA; *Visiting Professorship on Excellence in Disability Accommodation* |
| 04/2019 | New York Medical College, Valhalla, NY; *Visiting Professorship on Excellence in Disability as Diversity* |
| 10/2019 | Northwell Health System and Zucker School of Medicine at Hofstra, Long Island, NY; *Visiting Professorship on Disability Inclusion* |

| 06/2021 | Baylor College of Medicine, Center of Excellence in Health Equity, Training & Research; *Visiting Professorship On Fostering Full Inclusion for Learners with Disabilities* |
| 11/2021 | University of Michigan, Department of Anesthesiology, Ann Arbor, MI; *Visiting Professorship on Disability Inclusion.* |
| 04/2022 | Trinity College Dublin, School of Medicine, and School of Occupational Therapy, Dublin, Ireland; *Visiting Professorship on Disability Inclusion.* |

## **Extramural Invited Presentations**

1. **Meeks LM.** Preparing your student for higher education: Tips for the transition. Oral presentation at: Milestones Autism Organization; March, 2010; Cleveland, OH.

2. **Meeks LM**. An ounce of prevention is worth a pound of cure: preparing your campus to work with students on the spectrum. Oral presentation at: Weingarten Learning Center at the University of Pennsylvania; April, 2010; Philadelphia, PA.

3. **Meeks LM.** Addressing the unique needs of students with Asperger's Disorder. Oral presentation at: Multiple Perspectives on Access, Inclusion, and Disability Annual Conference at The Ohio State University; April, 2010; Columbus, OH.

4. **Meeks LM.** Understanding and supporting the unique needs of students on the autism spectrum. Oral presentation at: Association of Higher Education and Disability (AHEAD) National Conference; July 2010; Denver, CO.

5. **Meeks LM.** Working with students on the spectrum: overview of creative assistance techniques. Oral presentation at: Columbia University; June, 2011; New York, NY.

6. **Meeks LM.** Program development for students with Asperger's Syndrome. Oral presentation at: Association of Higher Education and Disability National Conference; July, 2011; Seattle, WA.

7. **Meeks LM**. Disability Service Office as a catalyst for social change: improve student employment outcomes. Oral presentation at: University of Pennsylvania; April, 2012; Philadelphia, PA.

8. **Meeks LM,** Bransteter I, Begalla R, Ausherman J. Perceptions and consequences of non-coital sexual behavior in college population: the need for targeted education. Oral presentation at: USPHS Scientific and Training Symposium; June, 2012; New Orleans, LA.

9. **Meeks LM**. Putting the pieces together: disability resources and career counseling working towards employment for the student on the spectrum. Oral presentation at: Case Western Reserve University Career Center; September, 2012; Cleveland, OH.

10. **Meeks LM**. University-wide approaches to supporting students with Asperger's Syndrome: training for health services staff. Oral presentation at: Columbia University; October, 2012; New York, NY.

11. **Meeks LM**. Diagnosis, transition, and support: Asperger's Syndrome in the higher education setting: training for clinical providers. Oral presentation at: Case Western Reserve University Counseling Center; October, 2012; Cleveland, OH.

12. **Meeks LM**. Putting the pieces together: disability, employment, and independence. Multiple perspectives on access, inclusion, and disability conference: Theme: intersections and independence. Oral presentation at: The Ohio State University; April, 2013; Columbus, OH.

13. **Meeks LM,** Masterson T. Best practices for ASD/HFA adults transitioning to the world of work. Oral presentation at: Milestones Autism Organization 10th Annual Autism/Asperger's Conference; June, 2013; Beachwood, OH.

14. **Meeks LM.** The Big Bang Approach to the unwritten rules. Oral presentation at: Association on Higher Education and Disability (AHEAD) National Conference; July, 2013; Baltimore, MD.

15. **Meeks LM**. Working with individuals with ASD in a higher education setting. Oral presentation at: University of California, Berkeley; October, 2013; Berkeley, CA.

16. **Meeks LM.** ASD from A-Z. Workshop at: Association on Higher Education and Disability (AHEAD); January, 2014; New Orleans, LA.

17. **Meeks LM**. How popular television influences our beliefs about people on the autism spectrum. Oral presentation at: University of California, Berkeley; April, 2014; Berkeley, CA.

18. **Meeks LM.** Professionalism in health science and medical education: critical communication strategies. Oral presentation at: Coalition for Disability Access in Health Science and Medical Education Symposium at the University of Chicago; April, 2014; Chicago, IL.

19. **Meeks LM.** Orangutans and other considerations: effective case management in disability services. Oral presentation at: Penn State University to all 25 Disability Services Officers; June, 2014; State College, PA.

20. **Meeks LM**. Sheldon Cooper and Temple Grandin, the Big Bang Approach to the unwritten rules. Oral presentation to: Milestones Autism Organization Conference; June, 2014; South Euclid, OH.

21. **Meeks LM.** Helping faculty understand Sheldon's "SPOT": couching ASD. Oral presentation at: Association on Higher Education and Disability (AHEAD) National Conference; July, 2014; Sacramento, CA.

22. **Meeks LM**, Rigler M. ASD from A-Z: penniless approaches for working with students on the spectrum. Preconference management workshop at: Association on Higher Education and Disability (AHEAD); July, 2014; Sacramento, CA.

23. **Meeks LM**, Geither E. Writing on the spectrum. Book talk and signing at: Notre Dame College. Sponsored by: Milestones Autism Resources, Kidslink Neuropsychological Associates, and the Julie Billiart School; September, 2014; South Euclid, OH.

24. **Meeks LM.** Managing health, wellness, and disability in graduate school. Oral presentation at: the California Forum for Diversity in Graduate Education at Saint Mary's College; October, 2014; Moraga, CA.

25. **Meeks LM.** The intersection of disability and medical education: best practices and the role of the faculty. Oral presentation at: Medical Education Grand Rounds at the Icahn School of Medicine at Mount Sinai; October, 2014; New York, NY.

26. **Meeks LM**. The role of television in college students' perceptions of ASD. Oral presentation at: University of California, Berkeley; February, 2015; Berkeley, CA.

27. **Meeks LM**, Rigler M. Employing individuals with disabilities in the public sector: strategies for inclusion. Oral presentation for: The National Security Agency (NSA), Department of Defense (DOD), and Central Intelligence Agency (CIA); March, 2015; Washington, DC.

28. **Meeks LM**, Laird-Metke E, Montgomery T. Balancing patient safety and reasonable accommodation: accommodating students in high-stakes health science and medical programs. Oral presentation at: Weingarten Symposium at the University of Pennsylvania; April, 2015; Philadelphia, PA.

29. **Meeks LM**. The development of a simulated and interactive standardized patient module for use in teaching and remediating communication skills. Oral presentation at: Northwestern University; April, 2015; Chicago, IL.

30. **Meeks LM.** Accessibility issues for students and the workforce. Oral presentation at: ADA25 Symposium at Rush University; April, 2015; Chicago, IL.

31. **Meeks LM**. Report on the prevalence of students with disabilities in health science programs. Oral presentation at: Coalition for Disability Access in Health Science and Medical Education Symposium; April, 2015; Chicago, IL.

32. **Meeks LM**, Montgomery T. The Coalition for Disability Access in Health Science and Medical Education: an introduction. Oral presentation at: The Association of American Medical Colleges Admissions and Student Diversity Affairs Professional Development Conference; June, 2015; Miami, FL.

33. **Meeks LM**, Rigler M. Addressing the needs of students with autism spectrum disorders (ASD). Oral presentation at: The University of Alabama – Huntsville; October, 2015; Huntsville, AL.

34. **Meeks LM**, Rigler M. Embracing neurodiversity: the beauty in learning differently. Faculty training presentation at: Kenyon College; October, 2015; Gambier, OH.

35. **Meeks LM**. Improving outcomes for persons with disabilities in medical education. Oral presentation at: Case Western Reserve University School of Medicine; November, 2015; Cleveland, OH.

36. **Meeks LM**, Papadaxis M, Herzer K, Jamison K. Educating faculty and staff on accommodations for learners with psychological disabilities. Moderator of plenary panel at: AAMC Learn, Serve, Lead Annual Meeting; November, 2015; Baltimore, MD.

37. **Meeks LM**. Cultural competency in disability for physicians and trainees. Oral presentation at: Case Western Reserve University School of Medicine; December, 2015; Cleveland, OH.

38. **Meeks LM**. The intersection of disability and medical education: best practices and the role of the faculty. Oral presentation at: the University of Central Florida School of Medicine; January, 2016; Orlando, FL.

39. **Meeks LM**. Sheldon, sex, and the autism spectrum. Oral presentation at: John Carroll University; February, 2016; University Heights, OH.

40. **Meeks LM**. Managing resources and services for students in health science and professional education. Management workshop at: the Association on Higher Education and Disability (AHEAD); February, 2016; Phoenix, AZ.

41. **Meeks LM**. Professionalism and students with disabilities. Oral presentation at: the 3rd Annual Health Science and Medicine Symposium at the University of California, San Francisco; April, 2016; San Francisco, CA.

42. **Meeks LM.** Disability in medical education training: the coalition, the numbers, the future. Grand Rounds at: University of Alabama Birmingham School of Medicine; April, 2016; Birmingham, AL.

43. **Meeks LM**. Faculty training and policy review for health science programs. Oral presentation at: Brenau University Health Science Programs; May, 2016; Gainesville, GA.

44. **Meeks LM**. Broadening our diversity efforts: including disability in the conversation. Oral presentation at: the Association of American Medical Colleges (AAMC) Professional Development Conference; June, 2016; St. Louis, MO.

45. **Meeks LM**. Creating the new narrative: your role in the future of disability service. Oral presentation at: the Association on Higher Education and Disability (AHEAD) National Conference; July, 2016; Indianapolis, IN.

46. **Meeks LM,** Laird-Metke E. Determining clinical accommodations in health science programs: upholding standards while creating equal access. Oral presentation at: the

Association on Higher Education and Disability (AHEAD) National Conference; July, 2016; Indianapolis, IN.

47.　Thierfeld-Brown J, Rigler M, Rutherford A, **Meeks LM.** The intersection of ASD and mental health. Oral presentation at: the Association on Higher Education and Disability (AHEAD) National Conference; July, 2016; Indianapolis, IN.

48.　**Meeks LM.** Diversifying medical education with a focus on disability. Oral presentation at: University of Alabama Birmingham School of Medicine; July, 2016; Birmingham, AL.

49.　**Meeks LM**. Assisting students with disabilities. Oral presentation at: the University of Texas, Rio Grande, School of Medicine; October, 2016; Brownsville, TX.

50.　**Meeks LM**. Working with students with disabilities in health science. Oral presentation at: Oregon Health Science University; November, 2016; Portland, OR.

51.　**Meeks LM**. Students with disabilities in medical school: examining national and local trends of prevalence and support services. Oral presentation at: Medicine Grand Rounds at the University of Vermont School of Medicine; December, 2016; Burlington, VT.

52.　**Meeks LM**. Building partnerships between disability services and the School of Nursing. Oral presentation at: University of San Francisco; January, 2017; San Francisco, CA.

53.　**Meeks LM**. Creating a culture of inclusion. Oral presentation at: Bryan College of Health Sciences; January, 2017; Lincoln, NE.

54.　**Meeks LM**. Assisting patients – anticipating and understanding peers. Oral presentation at: the University of California, San Francisco, Department of Neurology; February, 2017; San Francisco, CA.

55.　**Meeks LM**. Learning from AAMC Lived Experience Project: creating a culture of access in health science. Oral presentation at: 6th Annual Cultural Competence Conference at Texas Tech University Health Sciences Center; February, 2017; El Paso, TX.

56.　**Meeks LM**. Increasing the number of students with disabilities in health science programs. Oral presentation at: Partnering to Transform Healthcare with People with Disabilities (PATH-PWD) Conference at Rush University; March, 2017; Chicago, IL.

57.　**Meeks LM**. The lived experience, learners with disabilities in medicine. Oral presentation at: Health Science and Medicine 4th Annual Conference at the Mount Sinai Icahn School of Medicine; April, 2017; New York, NY.

58.　**Meeks LM**. Disability 360: applicant to resident. Plenary speaker at: Transitions from Admission to Residency American Association for Medical Colleges (AAMC) Central Group on Student Affairs (CGSA)/Committee on Student Records (COSR) Regional Meeting at the Mayo Clinic School of Medicine; April, 2017; Rochester, MN.

59.   **Meeks LM,** Laird-Metke E. Advanced practices for disability services in health sciences programs. Management workshop at: Association on Higher Education and Disability (AHEAD); April, 2017; Phoenix, AZ.

60.   van Schaik L, Richards A, Chou C, Fitzhenry A, Ishizaki A, McNamara M, **Meeks LM,** Rennke S, Chang A, Hauer K. Getting ready to coach: a novel approach to faculty development for medical student coaching programs. Oral presentation at: Society for Academic Continuing Medical Education (SACME) Annual Meeting; May, 2017; Covington, KY.

61.   **Meeks LM**, Milgram S, Cavazos J. Innovative approaches to enrich the diversity of PSW pipeline. Oral presentation at: 2017 AAMC GREAT Group MD/PhD Section Professional Development Meeting; July, 2017; Washington, DC.

62.   **Meeks LM**. Making medicine and science accessible to trainees with disabilities. Oral presentation to Medical Science Training Program T32 faculty at: University of Pittsburgh School of Medicine; October, 2017; Pittsburgh, PA.

63.   **Meeks LM**. Working with students with disabilities: teaching pearls. Oral presentation at: Academy of Master Educators Seminar Series at the University of Pittsburgh School of Medicine; October, 2017; Pittsburgh, PA.

64.   **Meeks LM**. Learners with disabilities: fostering accessibility and inclusion. Oral presentation at: 2017 AAMC Learn, Serve, Lead Annual Meeting; November, 2017; Boston, MA.

65.   **Meeks LM**. Making a case for disability in the health sciences – when, where, and the how. Training for: University of Vermont Health Science Programs; January, 2018; Burlington, VT.

66.   **Meeks LM,** Laird-Metke E. Disability services in health sciences programs. Management workshop at: Association on Higher Education and Disability (AHEAD); February, 2018; New Orleans, LA.

67.   **Meeks LM.** Differentiating between academic deficits and disability-related barriers: a specialized OSCE. Moderator at: Coalition for Disability Access in Health Science and Medical Education 5th Annual Symposium; April, 2018; Chicago, IL.

68.   **Meeks LM.** Filing successful NBME applications for disability accommodation. Oral presentation at: Coalition for Disability Access in Health Science and Medical Education 5th Annual Symposium; April, 2018; Chicago, IL.

69.   **Meeks LM.** Recruiting for diversity: Recognizing visible and invisible strengths. Expert panelist for American Medical Association Accelerating change in medical education online community discussions topic; April 23 – May 4, 2018); Virtual.

70.   **Meeks LM,** Laird-Metke E. Advanced practices for disability services in health sciences programs. Management workshop at: Association on Higher Education and Disability (AHEAD); April, 2018; Atlanta, GA.

71.     **Meeks LM**. Disability and the medical learner: prevalence, precautions, and possibilities. Oral presentation at: Medical Education Grand Rounds at Cooper Medical School of Rowan University; April, 2018; Camden, NJ.

72.     **Meeks LM.** Accessible admissions throughout the medical education continuum. Moderator at: Association of American Medical Colleges (AAMC) Continuum Connections; May, 2018; Orlando, FL.

73.     **Meeks LM.** Introducing the AAMC report on disability. Plenary speaker at: Association of American Medical Colleges (AAMC) Continuum Connections; May, 2018, Orlando, FL.

74.     **Meeks LM.** Speaker. Advising pre-health students with disabilities: top 10 myths and resources. Oral presentation at: National Association of Advisors for the Health Professions; June, 2018; Washington, DC.

75.     **Meeks LM.** Enhancing access and inclusion for learners with disabilities. Keynote speaker at: AAMC Group on Student Affairs Leadership Workshop; July, 2018; Washington, DC.

76.     **Meeks LM**. The good doctor: individuals with ASD and health science education. Plenary speaker at: Association on Higher Education and Disability (AHEAD) National Conference; July, 2018; Albuquerque, NM.

77.     **Meeks LM**. Psychological disabilities in health science education and the role of disability service providers. Oral presentation at: New Mexico AHEAD 2018 National Conference; July, 2018; Albuquerque, NM.

78.     **Meeks LM.** Increasing access and building inclusion for learners with disabilities. Keynote speaker: Association of American Medical Colleges (AAMC) Group on Student Affairs (GSA) Leadership Workshop; July, 2018; Washington, DC.

79.     **Meeks LM.** Accessibility, inclusion, and action in medical education: lived experiences of learners and physicians with disabilities. Keynote speaker at: CALD Conference, the Regional Disability Committee for Universities in Lombardy, and the National Conference of University Delegates for Disability; July, 2018; Milan, Italy.

80.     **Meeks LM.** Residents with Disabilities: Awareness and Resources. Keynote speaker at: Massachusetts General Hospital and Harvard Medical School Annual Department of Medicine Faculty Teaching Retreat; August, 2018; Boston, MA.

81.     **Meeks LM**, Joe R. Inclusive excellence in academic medicine. Oral presentation at: Diversity Grand Rounds at Teresa Lozano Long School of Medicine, UT Health San Antonio; October, 2018; San Antonio, TX.

82.     **Meeks LM.** Students with Disabilities: Best Practices for Full Inclusion. Plenary speaker at: American Association of Colleges of Nursing Baccalaureate Education Conference; November, 2018; New Orleans, LA.

83.    **Meeks LM,** Murray J. Best practice for accommodating psychological disabilities: the Stanford cases reviewed. Oral presentation at: 6th Annual Coalition for Disability Access in Health Science and Medical Education Symposium; April, 2019; Washington, DC.

84.    **Meeks LM.** The AAMC/UCSF Report: increasing access and inclusion for learners with disabilities. Moderator at: 2019 American Association of Medical Colleges Conference for Central and Southern GSA and OSR Regional; April, 2019; Louisville, KY.

85.    **Meeks LM.** Diversity, Equity and Inclusion in Nursing: Working with Students with Disabilities. Keynote speaker at: University of Kentucky, School of Nursing Annual Faculty Development Workshop; May, 2019; Lexington, KY.

86.    **Meeks LM.** Managing disability-related barriers. Keynote speaker at: University of Toronto; May, 2019; Toronto, CA.

87.    **Meeks LM.** Keynote speaker at: Disability as a valuable form of Diversity. University of the Incarnate World Health Science Programs Faculty Development Day; June, 2019; San Antonio, TX.

88.    **Meeks LM.** International inclusive experiences for students with disabilities in medical education. Talk and Guest scholar at: General Medical Council; August, 2019; London, UK.

89.    **Meeks LM**. Disability as a driver of innovation. Oral presentation at: Dana Center for Preventive Ophthalmology at the Johns Hopkins Wilmer Eye Institute; September, 2019; Baltimore, MD.

90.    **Meeks LM.** Realizing a Diverse and Inclusive Workforce: Equal access for learners with disabilities. Keynote speaker at: Northwell Health System and Zucker School of Medicine at Hofstra Annual GME Faculty Development Day; October, 2019; Long Island, NY.

91.    **Meeks LM.** Realizing an inclusive GME: access for residents with disabilities. Keynote speaker at: Department of Pediatrics Grand Rounds at Rush University Medical Center; May, 2020; Chicago, IL.

92.    **Meeks LM**, Panzer K. A new frontier: research on disability in medical education. Plenary talk at: 1st Annual Stanford Conference on Disability in Healthcare and Medicine; June, 2020; Stanford, CA.

93.    **Meeks LM.** Medical education: increasing the number of students with disabilities. Keynote speaker at: Voice of Specially Abled People (VOSAP) Research Internship 2020; July, 2020; Online.

94.    **Meeks LM.** Disability Inclusion in Medicine. Panelist at: Disability, Accommodation, and Medicine Workshop. Office of Inclusion, Heritage College of Osteopathic Medicine, Ohio University; September, 2020; Athens, OH.

95.   **Meeks LM.** The promise of an inclusive health professions workforce: how students with disabilities positively impact patient care. Keynote speaker at: Emory School of Medicine Medical Education Day 2020; September, 2020; Atlanta, GA.

96.   **Meeks LM,** Bullock J, Cejas D. The impact and importance of disability inclusion in medicine. Panelist at: Johns Hopkins University School of Medicine Martin Luther King Day Celebration; January, 2021; Baltimore, MD.

97.   **Meeks LM.** The inclusion of students with disabilities in medical education. Keynote speaker at: Weill Cornell Medicine – Qatar; February, 2021; Virtual.

98.   **Meeks LM.** Accommodations, confidentiality, and supporting students with disabilities. Keynote speaker at: Weill Cornell Medicine – Qatar; March, 2021; Virtual.

99.   **Meeks LM,** Ziss, B, Ackerman, E, Moreland, C. Panelist. Disability, chronic illness, and accessibility in healthcare and research. Panelist at: Medical Scientist Training Program (MSTP) Workshop, University of Pittsburgh, Carnegie Mellon University; March, 2021; Pittsburgh, PA.

100.  **Meeks LM,** Henderson M, Gay S, Gibbs I, Mehta L, Grabowski C. Expanding admissions diversity efforts to include disability. Moderator at: Group on Student Affairs (GSA) and Organization of Student Representatives (OSR) Spring Meeting; April 15, 2021; Virtual.

101.  **Meeks LM,** Grabowski C, Kim M, Jain S. Association of disability/gender with student performance and advancement: the Pathway Project. Panelist at: Group on Student Affairs (GSA) and Organization of Student Representatives (OSR) Spring Meeting; April 16, 2021; Virtual.

102.  **Meeks LM.** Grounding decision making for the team: using essential functions and core competencies to determine reasonable accommodation. Plenary speaker at: Coalition for Disability Access in Health Science Education Virtual Seminar; June 6, 2021; Virtual.

103.  **Meeks LM.** Disability research: absence to action. Moderator of panel at: Second Annual Stanford Conference on Disability in Healthcare and Medicine; April 10, 2021; Virtual.

104.  **Meeks LM,** Kim M. Disability in health sciences education. Keynote speaker at: University of Minnesota, Office of Diversity, Equity, and Inclusion, 2021 Best Practices in Health Sciences Education (BPHSE) Conference; May 5, 2021; Virtual.

105.  **Meeks LM.** Expanding diversity efforts to include learners with disabilities: opportunities and benefits. Oral presentation at: Health Equity Grand Rounds at Baylor College of Medicine; June 2, 2021; Virtual.

106.  **Meeks LM.** Students with disabilities and promotions committees. Oral presentation at: Oakland University William Beaumont School of Medicine; June 4, 2021; Virtual.

107.  **Meeks LM.** Accessible admissions practices: inviting applicants with disabilities. Panelist at: Annual Health Resources and Services Administration (HRSA) Meeting,

Transforming the Primary Care Workforce to Advance Health Equity; June 18, 2021; Virtual.

108. Murray JF, Jain N, **Meeks LM**. Mental health and medical education: how to support students. Oral presentation at: Association for Medical Educators in Europe (AMEE) Pre-Conference Two-Day Workshop; August, 2021; Virtual.

109. **Meeks, LM.** Disability, Inclusion, and Access in the Workplace as well as creating equitable and effective healthcare through disability, access, and inclusion in medical education. Yale Occupational and Environmental Medicine Grand Round Series; October 5th, 2021; Virtual.

110. **Meeks, LM.** Creating a more inclusive environment for clinicians and others in the medical field with disabilities. Keynote Speaker. Amazon Care National Team; October 4th, 2021; Virtual.

111. **Meeks, LM.** The Performance and Trajectory of Medical Students With Disabilities: Results From the Pathways Project. Association of American Medical Colleges Learn Serve Lead 2021. November 8, 2021; Virtual.

112. **Meeks, LM.** Creating equitable and effective healthcare through disability, access, and inclusion in medical education. Keynote speaker at: Department of Obstetrics and Gynecology Grand Rounds at Northwestern Medicine; November 12, 2021. Virtual.

113. **Meeks, LM.** Barriers to Physician Scientist Training. Panel Member at: The American Physician Scientist Association (APSA) Northeast Regional Conference (NERC); January 16, 2022. Virtual.

114. **Meeks, LM.** Equal Access in Veterinary School: Addressing the Most Salient Concerns Keynote Speaker at: American Association of Veterinary Medicine Colleges (AAVMC) Annual Conference; March 2nd, 2022.

115. **Meeks, LM.** Who Counts Depends on Who is Counted: Including Disability. Guest Speaker. National Institutes of Health ABILITIES Employee Resource Group; March 8, 2022. Virtual.

116. **Meeks, LM.** Disability Awareness and Advocacy in Healthcare training sessions. The University of Texas Southwestern Medical Center; March 8, 2022. Virtual.

117. **Meeks, LM.** Disability in GME: A review of Policies and Best Practices. Keynote Speaker at: Department of Family Medicine Grand Rounds at Western Michigan School of Medicine; May 19, 2022. Virtual.

118. **Meeks, LM.** Doctors with Disabilities: Exploring Stigma and Inequality in the Medical Field. Guest Lecturer in *Disability Awareness and Skills Development for Medical Students*. Oregon Health and Science University. May 31, 2022. Virtual.

119. **Meeks, LM;** Nonacs, R; Winkelman-Creasman, M; Murray, JF. Improving Disability Inclusion in the Biomedical Workforce: Recommendations and Real-Life Experiences.

Weill Cornell Medicine- *Diversity Town Hall on Disabilities. Weill Cornell.* June 8, 2021. Virtual.

120.  Jain, N. R. & **Meeks, LM.** Becoming anti-ableist in medical education. Keynote address, *CLIME Together Medical Education Symposium: Disability and Healthcare*, Center for Leadership and Innovation in Medical Education at the University of Washington School of Medicine, Seattle, WA, USA June 10, 2022. Virtual.

121.  **Meeks, LM.** Keynote Speaker. Intersection of Healthcare and Disability. *Price Waterhouse Coopers Advisory Group.* July 14th, 2022. Virtual.

122.  **Meeks, LM,** Jain, NR, Bulk, L, Stergiopoulos, E, Kim, M, Petersen, KH. Research Symposia: Where we are and where we are going. Moderator, *Coalition for Disability Access in Health Science Education Annual Symposium.* July 18, 2022. Cleveland, OH.

123.  **Meeks, LM,** Petersen, KH. Advanced NBME Workshop: Writing Letters of Support. Workshop. *Coalition for Disability Access in Health Science Education Annual Symposium.* July 19, 2022. Cleveland, OH.

124.  **Meeks, LM,** Clifford, G, Low, C, Magee, E, Sullivan, M. The State of Disability Inclusion and Practice in Health and Allied Health Professions. *Association of Higher Education and Disability (AHEAD) National Conference on Equity and Excellence.* July 20, 2022. Cleveland, OH.

125.  **Meeks, LM,** Clifford, G, Low, C, Magee, E, Sullivan, M. The State of Disability Inclusion and Practice in Health and Allied Health Professions. *Association of Higher Education and Disability (AHEAD) Remote National Conference on Equity and Excellence.* August 3, 2022. Virtual.

## Bibliography

**ORCID ID:** https://orcid.org/0000-0002-3647-3657

*Citation data from Google Scholar, as of July 27, 2022*
*h-index = 13; i10-index = 23*

### Peer-Reviewed

1.  **Meeks LM**, Geither E. Writing and the autism spectrum: Helping students through the process. *Good Autism Pract.* 2014;15(2):79-83.

2.  Masterson T, **Meeks LM**. What support might help students with autism at university? *Good Autism Pract.* 2014;15(1):79-83.

3.  **Meeks LM**, Laird-Metke E, Jain N, Rollins M, Gandhi S, Stechert M. Accommodating deaf and hard of hearing students in operating room environments: A case study. *J Postsecond Educ Disabil.* 2015;3(28):383-388.

4.  **Meeks LM**, Masterson T, Westlake G. CAREER CONNECT: a collaborative

employment resource model for university students with ASD. *Career Plan Adult Dev J*. 2015; 31(4); 25-35.

5.  **Meeks LM**, Herzer KR. Accommodated MCAT time and performance measurements. *JAMA*. 2015;314(14):1517-1518. doi:10.1001/jama.2015.10741.

6.  **Meeks LM**, Laird-Metke E, Rollins M, Ghandi S, Stechert M, Jain NR. Practice brief: accommodating deaf and hard of hearing students in operating room environments – a case study. *J Postsecond Educ Disabil*. 2015;28(3):383-388.

7.  **Meeks LM**, Jain NR, Herzer KR. Universal design: supporting students with color vision deficiency (CVD) in medical education. *J Postsecond Educ Disabil*. 2016;3(29):303-309.

8.  **Meeks LM**, Herzer KR. Prevalence of self-disclosed disability among medical students in US allopathic medical schools. *JAMA*. 2016;361(21):2271-2272. doi:10.1001/jama.2016.10544.

9.  **Meeks LM**, Richards A, Chang A, van Schaik S. Working with students with disabilities: simulation-based faculty development. *Med Educ*. 2017;51(11):1181-1182. doi:10.1111/medu.13423.

10. **Meeks LM,** Herzer K, Jain NR. Removing barriers and facilitating access: increasing the number of physicians with disabilities. *Acad Med.* 2018;93(4):540-543. doi:10.1097/ACM.0000000000002112.

11. Viglianti EM, Oliverio AL, **Meeks LM.** Sexual harassment and abuse: when the patient is the perpetrator. *Lancet*. 2018;392(10145):368-370.

12. **Meeks LM**, Engleman A, Argenyi M, Booth A. Deaf and hard-of-hearing learners in emergency medicine. *West J Emerg Med.* 2018;19(6):1014-1018. doi:10.5811/westjem.2018.8.38550.

13. **Meeks LM,** Jain, NR, Herzer, K. In reply to Lawson et al. *Acad Med*. 2019; 94(1):8-9. doi:10.1097/ACM.0000000000002488.

14. Engelman A, Case B, **Meeks LM**, Fetters MD. Conducting health policy analysis in primary care research: turning clinical ideas into action. *Fam Med Community Health.* 2019;7(2):1-4. doi:10.1136/fmch-2018-000076.

15. **Meeks LM,** Ramsey J, Lyons M, Spencer AL, Lee WW. Wellness and work: mixed messages in residency training. *J Gen Intern Med*. 2019;34(7):1352-1355.

16. **Meeks LM,** Liao P, Kim, N. Using Twitter to promote awareness of disabilities in medicine. *Med Educ*. 2019;53(5):525-526. doi:10.1111/medu.13836.

17. Lapedis CJ, **Meeks LM**. Burnout contagion. *Ann Intern Med*. 2019;170(11):816. doi:10.7326/L19-0091.

18.    Swenor B, **Meeks LM.** Disability inclusion – moving beyond mission statements. *N Engl J Med.* 2019;380(22):2089-2091. doi:10.1056/NEJMp1900348.

19.    **Meeks LM**, Jain NR, Moreland C, Taylor N, Brookman J, Fitzsimons M.  Realizing a diverse and inclusive workforce: equal access for residents with disabilities. *J Grad Med Educ*. 2019;11(5):498-503. doi:10.4300/JGME-D-19-00286.1.

20.    **Meeks LM**, Case B, Herzer K, Plegue M, Swenor B. Change in prevalence of disabilities and accommodation practices among US medical schools, 2016 vs 2019. *JAMA.* 2019;322(20):2022-2024. doi:10.1001/jama.2019.15372

21.    Viglianti EM, Oliverio A, Cascino, T, **Meeks LM**. The policy gap: a survey of patient-perpetrated sexual harassment policies for residents and fellows in prominent US hospitals. *J Gen Intern Med*. 2019;34(11):2326-23288. doi.org/10.1007/s11606-019-05229-7.

22.    **Meeks LM**, Poullos P, Swenor BK. Creative approaches to the inclusion of medical students with disabilities. *AEM Educ Train.* 2020;4(3):292-297. doi:10.1002/aet2.10425.

23.    Swenor BK, Munoz, B., **Meeks LM**. A decade of decline: grant funding for researchers with disabilities 2008 to 2018. *PLoS ONE.* 2020;15(3):e0228686. doi:10.1371/journal.pone.0228686.

24.    **Meeks LM**, Maraki I, Singh S, Curry R. Global commitments to disability inclusion in health professions. *Lancet*. 2020;395(10227):852-853. doi:10.1016/S0140-6736(20)30215-4.

25.    Panzer KV, Maraki I, Cross T, **Meeks LM**. Podcast possibilities: asynchronous mentoring for learners with disabilities. *Med Educ*. 2020;54(5):448-449. doi:10.1111/medu.14084.

26.    Patwari R, Ferro-Lusk M, Finley E, **Meeks LM**. Using a diagnostic OSCE to discern deficit from disability in struggling students. *Acad Med*. 2021;96(2):228-231. doi:10.1097/ACM.0000000000003421.

27.    Viglianti EM, **Meeks LM**, Oliverio A. Patient-perpetrated harassment policies in patient bills of rights and responsibilities at US academic medical centers. *JAMA Netw Open.* 2020;3(9):e2016267. doi:10.1001/jamanetworkopen.2020.16267.

28.    **Meeks LM**, Plegue M, Case B, Swenor B, Sen S. Assessment of disclosure of psychological disability among US Medical Students. *JAMA Netw Open.* 2020;3(7):e2011165. doi:10.1001/jamanetworkopen.2020.11165.

29.    Reed N, **Meeks LM,** Swenor B. Disability and COVID-19: who counts depends on who is counted. *Lancet Public Health,* 2020;5(8):e423. doi:10.1016/S2468-2667(20)30161-4.

30.    Curry RH, **Meeks LM,** Iezzoni LI. Beyond technical standards: a competency-based framework for access and inclusion in medical education. *Acad Med*. 2020;95(12S):S109-S112. doi:10.1097/ACM.0000000000003686.

31.   **Meeks LM,** Taylor N, Case B, et al. The unexamined diversity: disability policies and practices in US graduate medical education programs. *J Grad Med Educ*. 2020;12(5):615-619. doi:10.4300/JGME-D-19-00940.1.

32.   Singh S, **Meeks LM**, Dhaliwal U. Forging an ethical pathway: disability accommodation, diverse voices, and standards of care. *Indian J Med Ethics*. 2020; 5(4):264-267. doi:10.20529/IJME.2020.109.

33.   **Meeks LM**, Case B, Plegue M, Moreland CJ, Jain S, Taylor N. National prevalence of disability and clinical accommodations in medical education. *J Med Educ Curric Dev*. 2020;7:1-4. doi:10.1177/2382120520965249.

34.   Stergiopoulos E, Fragso L, **Meeks LM**. Cultural barriers to help-seeking in medical education. *JAMA Intern Med.* 2021;181(2):155-156. doi:10.1001/jamainternmed.2020.7567.

35.   **Meeks, LM.** Covid-19 Communication – the need for humanity, empathy, and grace. *JAMA.* 2021;325(8):725-726. doi:10.1001/jama.2021.0119.

36.   **Meeks LM,** Case B, Joshi H, Harper D, Graves L. Disability policies and practices in family medicine residencies: a CERA study. *Fam Med.* 2021;53(3):211-214. doi:10.22454/FamMed.2021.726731.

37.   Nouri Z, Dill M, Conrad S, Moreland C, **Meeks LM**. Estimated prevalence of US physicians with disability. *JAMA Netw Open.* 2021;4(3): e211254. doi:10.1001/jamanetworkopen.2021.1254.

38.   Mahmoudi E, Zazove P, Pleasant T, **Meeks LM**, McKee MM. Hearing loss and healthcare access among adults. *Semin Hear.* 2021;42(1):47-58. doi:10.1055/s-0041-1726000.

39.   **Meeks LM**, Case B, Joshi H, Graves L, Harper DM. Prevalence, plans, and perceptions: disability in family medicine residencies. *Fam Med.* 2021;53(5):338-346. doi:10.22454/FamMed.2021.616867.

40.   Purkiss J, Plegue M, Grabowski CJ, Kim MH, Jain S, Henderson MC, **Meeks LM**. Examination of medical college admission test scores and US medical licensing examination step 1 and step 2 clinical knowledge scores among students with disabilities. *JAMA Netw Open*. 2021;4(5):e2110914. doi:10.1001/jamanetworkopen.2021.10914.

41.   **Meeks LM,** Case B, Stergiopoulos E, Evans BK, Petersen KH. Structural barriers to student disability disclosure in US-allopathic medical schools. *J Med Educ and Curric Dev.* 2021;8: 23821205211018696. doi:10.1177/23821205211018696.

42.   Bullock JL, Kimberg LS, **Meeks LM**. Trauma-informed transformation of evaluation and licensure for physicians with mental illness. *J Hosp Med.* 2021;June:E1-E4. doi:10.12788/jhm.3648.

43.   **Meeks LM,** Stergiopoulos E, Petersen KH. Institutional Accountability for Students

With Disabilities: A Call for Liaison Committee on Medical Education Action. *Acad Med.* 2021 Oct. DOI: 10.1097/acm.0000000000004471. PMID: 34670236.

44. **Meeks, LM**, Moreland, CJ. How Should We Build Disability-Inclusive Medical School Admissions?. *AMA J Ethics.* 2021;23(12):E987-994. doi: 10.1001/amajethics.2021.987.

45. **Meeks LM,** Plegue M, Swenor BK, et al. The Performance and Trajectory of Medical Students With Disabilities: Results From a Multisite, Multicohort Study. *Acad Med. 2021; 96(11s):S209-S210*. doi: 10.1097/ACM.0000000000004510.

46. Malloy-Post, R, Jones, T, Montero, P, Schockley, R, Beck, DR, Brown, N, Granville, LL, Adams, J, **Meeks, LM**. Perioperative Clerkship Design for Students with Physical Disabilities: A Model for Implementation. *J. Surg Educ.* November 11, 2021. https://doi.org/10.1016/j.jsurg.2021.10.009.

47. Stergiopoulos, E., Zaher, J., **Meeks, LM.**  Grit and Burnout in the Physician Workforce. *JAMA Surg.* 2021, December 8, 2021. doi: 10.1001/jamasurg. 2021.6347.

48. **Meeks, LM**, Pereira-Lima, K, Frank, E, Stergiopoulos, E, Ross, K, Sen, S. Program Access, Depressive Symptoms, and Medical Errors Among Resident Physicians with Disability. *JAMA Netw Open.* doi: 10.1001/jamanetworkopen.2021.41511.

49. Petersen KH, Sheets Z, Singh S, Jawadi Z, Michael D, **Meeks LM.** Inclusive Medicine and Medical Education: Increasing the Number of Clinicians With Disabilities. *Oxford Research Encyclopedia of Global Public Health.* 2021.

50. **Meeks LM,** Cleary J, Horwitz A, et al. Analysis of Depressive Symptoms and Perceived Impairment Among Physicians Across Intern Year. *JAMA Netw Open.* 2022;5(1):e2144919. doi:10.1001/jamanetworkopen.2021.44919.

51. Stauffer, K, Case, B, Moreland, CJ, **Meeks LM.** Technical Standards from newly established medical schools: Have we made any progress? *J Med Educ and Curric Dev.* 2022. *doi:*10.1177/23821205211072763.

52. Petersen KH, Jain NR, Case B, Jain S, **Meeks LM** (2022) Impact of USMLE Step-1 accommodation denial on US medical schools: A national survey. PLoS ONE 17(4): e0266685. doi.org/10.1371/journal.pone.0266685.

53. Moreland CJ, **Meeks LM**, Nahid M, Panzer K, Fancher TL. Exploring accommodations and the education to employment pathway for deaf and hard of hearing healthcare professionals. BMC Med Ed.2022;22:345. Doi: 10.1186/s12909-022-03403-w.

54. Singh S, Meeks LM. Disability Inclusion in Medical Education: Towards a Quality Improvement Approach. Med Educ. 2022 Jul 15. doi: 10.1111/medu.14878. Epub ahead of print. PMID: 35837829.

.

### Accepted

**Meeks LM**, Conrad S, Nouri Z, Dill M, Moreland C. Experiences of mistreatment among physicians with disabilities.  Accepted *Health Affairs*. [October]

**Meeks, LM**, Pereira-Lima, K, Plegue, M, Stergiopoulos, E, Jain, NR., Addams, A, Moreland, CJ. Assessment of accommodation requests reported by a national sample of US MD students by category of disability. Accepted *JAMA.* [September]

**Meeks, LM**, and McKee, MM. Disability Training Needed to Increase Deaf and Hard of Hearing Representation. Accepted *Acad. Med.* [September]


### Under Review

**Meeks, LM**, Pereira-Lima K, Plegue, M, et al. Disability, Program Access, Empathy and Burnout in Medical Students: A National Study.

Cleary, Pereira-Lima, **Meeks LM**, Zhao, Fang, Wu, Frank Mata, and Sen A. Effects of the COVID-19 pandemic on depression risk in US training physicians: A prospective study.

Gibbs I, Mehta L, Henderson M, Gay S, **Meeks LM.** Expanding admissions diversity efforts to include disability: A call to action.

Daehn, IS, Croxson, PL, **Meeks, LM.** Leveraging the promise of disability inclusion, equitable culture in science and medicine. *eLife.* Under Review. Invited Piece.


### Books

1.   Geither E, **Meeks LM**. *Helping Students with Autism Spectrum Disorder Express Their Thoughts and Knowledge in Writing: Tips and Exercises for Developing Writing Skills*. London, UK: Jessica Kingsley Publishers; 2014.

2.   **Meeks LM**, Jain N. *Professionalism in Communication among Graduate Health Science Students with Disabilities: A Guide for Students*. New York, NY: Springer; 2015.

3.   **Meeks LM,** Jain N, eds. *The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education*. New York, NY: Springer; 2015.

4.   **Meeks LM,** Masterson T. *Parties, Dorms and Social Norms: A Crash Course in Safe Living for Young Adults on the Autism Spectrum*. London, UK: Jessica Kingsley Publishers; 2016.

5.      **Meeks LM,** Neal-Boylan L, eds. *Disability as Diversity: A Guidebook for Inclusion in Medicine, Nursing and the Health Professions.* Cham, Switzerland: Springer Nature Switzerland AG; 2020.

6.      **Meeks LM**, Jain N, Laid-Metke E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education*. 2nd ed. New York, NY: Springer Publishing; 2020.

7.      **Meeks LM**, Neal-Boylan L, eds. *Disability as Diversity: A Case Studies Companion Guide.* Cham, Switzerland: Springer Nature Switzerland AG; 2021.

## Book Chapters, Invited Articles and Reviews in Non-Peer-Reviewed Journals

1.      **Meeks LM**, Montgomery T, Moorehead G. Network provides support for students in graduate health science, medical education. *Disability Compliance for Higher Education*. 2014; 20(5):1-7. doi:10.1002/dhe.30002.

2.      Serrantino J, **Meeks LM**, Jain N, Clifford G, Thierfeld-Brown J. Accommodations in Didactic, Lab, and Clinical Settings. In: Jain N, Meeks LM, eds. *The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education*. New York, NY: Springer; 2015:59-88.

3.      Jain N, Lewis C, **Meeks LM**, Tucker T. The Process of Requesting Accommodations on Certification, Licensing, and Board Exams: Assisting Students Through the Application. In: Jain N, Meeks LM, eds. *The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education*. New York, NY: Springer; 2015:89-118.

4.      Kenney MJ, Jain N, **Meeks LM**, Laird-Metke E, Hori J, McGough J. Learning in the Digital Age: Assistive Technology and Electronic Access. In: Jain N, Meeks LM, eds. *The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education*. New York, NY: Springer; 2015:119-140.

5.      **Meeks LM**, Jain NR, Phair EK, Acteson S. Professionalism and Communication About Disabilities and Accommodations. In: Jain N, Meeks LM, eds. *The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education*. New York, NY: Springer; 2015:141-186.

6.      Montgomery T, **Meeks LM**, Laird-Metke E. Debunking Myths and Addressing Legitimate Concerns. In: Jain N, Meeks LM, eds. *The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education*. New York, NY: Springer; 2015:213-222.

7.      Laird-Metke E, **Meeks LM**, Clifford G. Dos and Don'ts for Working with Students with Disabilities. In: Jain N, Meeks LM, eds. *The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education*. New York, NY: Springer; 2015:223-230.

8.      **Meeks LM**, Westlake G. Develop collaborative support model to boost employment opportunities for students on spectrum. *Disability Compliance for Higher Education*. 2015;20(8):1-5.

9.      **Meeks LM**, Rigler M, Butler PA. The federal government/higher education: working together to provide employment support for individuals with ASD. *Disability Compliance for Higher Education*. 2015;21(2):1-7.

10.     **Meeks LM**, Bisagno J, Jain N, Herzer K. Support students with disabilities in medicine and health care programs. *Disability Compliance for Higher Education*. 2015;21(3):1-5.

11.     Jain NR, **Meeks LM**. Supporting health science students' communication skills: avoiding pitfalls. *Disability Compliance for Higher Education*. 2016;21(8):1-5.

12.     **Meeks LM**, Jain NR. Helping faculty find the balance: communicating with students with disabilities. *Disability Compliance for Higher Education*. 2016;21(9):1-7.

13.     Murray JF, Meeks LM. Support medical students with psychological disabilities. *Disability Compliance for Higher Education*. 2016;21(12):1-7.

14.     **Meeks LM**, Jain NR. Accommodating standardized patient exams: the OSCEs. *Disability Compliance for Higher Education*. 2016;22(4):1-7.

15.     Thierfeld-Brown J, **Meeks LM**, Rigler M. Mental health concerns of students on the autism spectrum. *New Directions for Student Services*. 2016;2016(156):31–40.

16.     Meeks LM, Montgomery T, Moorehead G. Changing the practice: the synergy of the coalition. *Disability Compliance for Higher Education*. 2017;22(6):1-7.

17.     Jain NR, **Meeks LM**. Privacy, disability, and health science students. *Disability Compliance for Higher Education*. 2017;22(7):1-7.

18.     **Meeks LM**, Jain NR. Summative and formative assessments: do we accommodate both? *Disability Compliance for Higher Education*. 2017;22(9):1-5.

19.     **Meeks LM**, Laird-Metke E. Ensuring an accessible orientation: purposeful planning. *Disability Compliance for Higher Education*. 2017;22(11):1-7.

20.     Hori J, **Meeks LM**. Access in surgery: CART as a method of inclusion for deaf and hard-of-hearing learners. *Disability Compliance for Higher Education*. 2017;23(1):1-7.

21.     **Meeks LM**, Jain NR. Accommodating students on anatomy and other lab practical exams. *Disability Compliance for Higher Education*. 2017;23(3):1-7.

22.     **Meeks LM**, Thierfeld-Brown, Warczak J. Accommodate learners with ASD in a clinical setting. *Disability Compliance for Higher Education*. 2017;23(4):1-5.

23.     Sullivan L, **Meeks LM**. Big solutions for small groups in health science programs. *Disability Compliance for Higher Education*. 2018;23(8):1-7.

24.     Meeks LM, Jain NR. Accommodating chronic health conditions in medical education. *Disability Compliance for Higher Education*. 2018;23(10):1-6.

25.     **Meeks LM**, Glicksman GG. Misconception, misinformation, and myths: advising pre-health students with disabilities. *Disability Compliance for Higher Education*. 2018;24(2):1-6.

26.     **Meeks LM**, Sullivan L. Appropriately staffing DS offices in health science education. *Disability Compliance for Higher Education*. 2019;24(6):1-5.

27.     **Meeks LM**, Hall E. The case for comprehensive case notes in health sciences. *Disability Compliance for Higher Education*. 2019;24(8):1-5.

28.     **Meeks LM**. The new normal: disability inclusion in health science education. *Disability Compliance for Higher Education*. 2019;24(9):1-4.

29.     **Meeks LM**, Murray JF. Leaves of absence in health science programs: not a catch-all solution. *Disability Compliance for Higher Education*. 2019;25(5):6-7.

30.     **Meeks LM**, Murray JF. Mental Health and Medical Education. In: Zappetti D, Avery J, eds. *Medical Student Well-Being*. Cham, Switzerland: Springer Nature Switzerland AG; 2019:17-58. https://doi.org/10.1007/978-3-030-16558-1_2

31.     Mehta L, **Meeks LM**, Lusk M, Swenor BK, Taylor NL. Creating a Program Within a Culture of Inclusion. In: Meeks LM, Neal-Boylan L, eds. *Disability as Diversity: A Guidebook for Inclusion in Medicine, Nursing, and the Health Professions*. Cham, Switzerland: Springer Nature Switzerland AG;2020:49-82.

32.     Lee WW, Guillett S, Murray JF, **Meeks LM**. Wellness and Disability. In: Meeks LM, Neal-Boylan L, eds. *Disability as Diversity: A Guidebook for Inclusion in Medicine, Nursing, and the Health Professions*. Cham, Switzerland: Springer Nature Switzerland AG;2020:83-102.

33.     McKee MM, Gay S, Ailey S, **Meeks LM**. Technical Standards. In: Meeks LM, Neal-Boylan L, eds. *Disability as Diversity: A Guidebook for Inclusion in Medicine, Nursing, and the Health Professions*. Cham, Switzerland: Springer Nature Switzerland AG;2020:191-212.

34.     Moreland CJ, Fausone M, Cooke J, McCulloh C, Hillier M, Clifford GC, **Meeks LM**. Clinical Accommodations and Simulation. In: Meeks LM, Neal-Boylan L, eds. *Disability as Diversity: A Guidebook for Inclusion in Medicine, Nursing, and the Health Professions*. Cham, Switzerland: Springer Nature Switzerland AG;2020:213-260.

35.     **Meeks LM**, Neal-Boylan L, Miller M, Patwari R, Lussier-Duynstee P, Curry RH. When Students Fail: Remediation and Dismissal in Nursing and Medicine. In: Meeks LM, Neal-Boylan L, eds. *Disability as Diversity: A Guidebook for Inclusion in Medicine, Nursing, and the Health Professions*. Cham, Switzerland: Springer Nature Switzerland AG;2020:261-278.

36.     Taylor NL, Miller M, **Meeks LM.** Physician Licensing, Career, and Practice. In: Meeks LM, Neal-Boylan L, eds. *Disability as Diversity: A Guidebook for Inclusion in Medicine, Nursing, and the Health Professions*. Cham, Switzerland: Springer Nature Switzerland AG;2020:279-295.

37.     **Meeks LM**, Serrantino J, Jain NR, Laird EP, Booth A, Clifford GC, O'Connor C, Thierfeld-Brown J. Accommodations in Didactic, Lab, and Clinical Settings. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:101-152.

38.     Jain NR, **Meeks LM**, Lewis C. Requesting Accommodations on Certification, Licensing, and Board Exams: Assisting Students Through the Application. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:153-178.

39.     Jain NR, **Meeks LM**. Appendix 6.1 Student Checklist and Timeline for Licensing Exam Accommodation Requests. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:179-181.

40.     Jain NR, **Meeks LM**. Appendix 6.3 Student Checklist for Appeal of Denial of Licensing Exam Accommodation Requests. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:184-186.

41.     **Meeks LM**, Jain NR. Professionalism and Communication About Disabilities and Accommodations. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:221-244.

42.     **Meeks LM**, Jain NR. Appendix 8.1. Professional Communication About Disability: A Guide for Graduate and Professional Health Sciences Students. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:245-269.

43.     **Meeks LM**, Low C, May AL, Jain NR. Appendix 8.2. Communicating with Students with Disabilities: A Guide for Health Science Faculty. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:270-284.

44.     **Meeks LM,** Laird EP, Montgomery T. Debunking Myths and Addressing Legitimate Concerns. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:315-326.

45.     Laird EP, **Meeks LM**, Clifford GC. Dos and Don'ts for Working with Students with Disabilities. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with*

*Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:327-334.

46.   Petersen KH, Laird EP, Michael DM, **Meeks LM**. Chapter Review and Points for Discussion. In: Meeks LM, Jain N, Laird E, eds. *Equal Access for Students with Disabilities: The Guide for Health Science and Professional Education.* 2nd ed. New York, NY: Springer Publishing; 2020:335-346.

47.   Petersen KH, Jones SC, **Meeks LM**. The student with a learning disability: Clarissa Connors, a medical student with undiagnosed ADHD and a learning disability. In: **Meeks LM**, Neal-Boylan L, eds. *Disability as Diversity: A Case Studies Companion Guide.* Cham, Switzerland: Springer Nature Switzerland AG; 2021:3-15.

48.   **Meeks LM**, Mechaber HF, Schroth S, Gupta R, Murray JF. The student with a psychological disability: Rhonda Rapp, a fourth-year medical student with depression and PTSD. In: **Meeks LM**, Neal-Boylan L, eds. *Disability as Diversity: A Case Studies Companion Guide.* Cham, Switzerland: Springer Nature Switzerland AG; 2021:37-45.

49.   Petersen KH, **Meeks LM**. The student who fails the medical board exam. In: **Meeks LM**, Neal-Boylan L, eds. *Disability as Diversity: A Case Studies Companion Guide.* Cham, Switzerland: Springer Nature Switzerland AG; 2021:141-151.

50.   Hill C, Ludwig M, **Meeks LM**, Moreland CJ, Zazove P**.** Deaf and Disabled Representation. In Physician Workforce Diversity. Springer. Forthcoming 2021.

51.   Wallon RC, Gossett J, **Meeks LM**. It took a pandemic: Enduring lessons for improving accessibility in medical education. *Disability Compliance for Higher Education*. 2022 Jun;27(11):1-5.

**Other Publications: Reports, Policy Papers, Lay Press Articles**

1.   **Meeks LM,** Jain NR. *NIH T32 Grant/MSTP Program Guide for Recruitment and Retention of Students with Disabilities*. 2014. Accessed September 9, 2021. https://www.nigms.nih.gov/training/diversity/Documents/Disabilities-recuitment-and-retention-MSTPs.pdf

2.   **Meeks LM.** *USMLE Step Exam Guide*. UCSF School of Medicine; 2016.

3.   **Meeks LM,** Moorehead G, Montgomery T. Breaking the glass ceiling: students with disabilities in medical school. *The Student Doctor Network*. May 5, 2016. Accessed September 13, 2021. https://www.studentdoctor.net/2016/05/05/breaking-glass-ceiling-students-disabilities-medical-school/

4.   **Meeks LM.** Learners and physicians with disabilities are at home at Michigan: a statement on disability inclusion in medical education. *University of Michigan Family Medicine*. September 18, 2017. Accessed September 13, 2021. https://medicine.umich.edu/dept/family-medicine/news/archive/201709/learners-physicians-disabilities-are-home-michigan-statement-disability-inclusion-medical-education

5.     **Meeks LM,** Mangrulkar R, Zazove P, Segal S, O'Conner C. A public response to the WSJ article "Colleges bend the rules for more students, give them extra help" published Friday, May 25, 2018. *University of Michigan Family Medicine*. May 31, 2018. Accessed September 13, 2021. https://medicine.umich.edu/dept/family-medicine/news/archive/201805/family-medicine-faculty-u-m-partners-pen-response-wall-street-journal

6.     **Meeks LM,** Okanlami O, Zazove P, et al. Response to Forbes article about "Disability accommodation on campus: some unintended consequences." *University of Michigan Family Medicine*. July 3, 2018. Accessed July 3, 2018. https://medicine.umich.edu/dept/family-medicine/news/archive/201807/response-forbes-article-about-%E2%80%9Cdisability-accommodation-campus-some-unintended-consequences%E2%80%9D

7.     **Meeks LM.** The disabilities we don't see. *AAMC News*. July 2, 2019. Accessed September 13, 2021. https://news.aamc.org/medical-education/article/the-disabilities-we-dont-see/

8.     **Meeks LM.** Meeting GME's new common program requirement: accommodating residents. *Association for Hospital Medical Education (AHME) Spring 2020 AHME News*.

9.     **Meeks LM,** Patwari R, Ferro-Lusk M. Ensuring equal access and appropriate remediation: evaluating struggling students with disabilities. *Academic Medicine's Blog AM Rounds*. October, 2020.

10.    **Meeks LM**. Blunt the suicide risk among medical students with more mental health, other supports. *Cleveland.com*. January 11, 2019. Accessed September 13, 2021. https://www.cleveland.com/opinion/2016/11/blunt_suicide_risk_among_medic.html

11.     **Meeks LM,** Jain NR. Accessibility, inclusion, and action in medical education: lived experiences of learners and physicians with disabilities. Association of American Medical Colleges; March 13, 2018; Washington, DC.

12.     Axelrod J, Borst R, Crawford A, **Meeks LM,** Meyer A, Sullivan L. *Documenting Disability Professional and Student Interactions: Reasons and Recommendations for "Notes."* Association for Higher Education and Disability (AHEAD); 2019.

**Other Scholarly Products**

1.     Montgomery T, **Meeks LM**. Helping medical schools assist students with disabilities: an introduction to the Coalition for Disability Access in Health Science and Medical Education. Association of American Medical Colleges Disabilities Webinar Series. April 16, 2015. Accessed September 9, 2021. https://www.aamc.org/professional-development/affinity-groups/gsa/webinars/assist-students-with-disabilities

2.     Jain N, **Meeks LM**, Serrantino-Cox J. Clinical accommodations: upholding standards while creating equal access. Association of American Medical Colleges Disabilities Webinar Series. July 9, 2015. Accessed September 9, 2021.

https://www.aamc.org/professional-development/affinity-groups/gsa/webinars/clinical-accommodations

3.   **Meeks LM**, Jain N, Papadakis M. Creating a balance: professionalism, communication, and students with disabilities. Association of American Medical Colleges Disabilities Webinar Series. October 7, 2015. Accessed September 9, 2021. https://www.aamc.org/professional-development/affinity-groups/gsa/webinars/creating-balance

4.   Jain N, Laird-Metke E, Meeks **LM**. Q & A disabilities webinar. Association of American Medical Colleges Disabilities Webinar Series. October 21, 2015. Accessed September 9, 2021. https://www.aamc.org/professional-development/affinity-groups/gsa/webinars/disabilities

5.   Murray J, Papdakis M, **Meeks LM**. Continuing the conversation: supporting students with psychological disabilities in medical school. Association of American Medical Colleges Disabilities Webinar Series. March 10, 2016. Accessed September 9, 2021. https://www.aamc.org/professional-development/affinity-groups/gsa/webinars/psychological-disabilities

6.   **Meeks LM**, Giang D. Disclosure at all points, UME and GME: guidance on disability disclosures for learners. Association of American Medical Colleges Disabilities Webinar Series. April 7, 2016. Accessed September 9, 2021. https://www.aamc.org/professional-development/affinity-groups/gsa/webinars/disclosure

7.   Jain N, **Meeks LM.** Supporting your students' requests for accommodations on high stakes exams. Association of American Medical Colleges Disabilities Webinar Series. May 12, 2016. Accessed September 9, 2021. https://www.aamc.org/professional-development/affinity-groups/gsa/webinars/supporting-accomodations-requests

8.   Blacklock B, Bell P, **Meeks LM**. Putting it in writing: the value of creating clear and effective policies for students with disabilities. Association of American Medical Colleges Disabilities Webinar Series. September 9, 2016. Accessed September 9, 2021. https://www.aamc.org/professional-development/affinity-groups/gsa/webinars/effective-policies

9.   **Meeks LM**, Jain N. Need to know: understanding confidentiality and FERPA in the disability service office. The Association for Higher Education and Disability Webinar Series. November 17, 2016.

10.  **Meeks LM,** Mehta L, Wolansky-Spinner A. Accessibility in admissions. Association of American Medical Colleges. August 7, 2018.

11.  **Meeks LM.** Accommodating students with disabilities enrolled in medical and health science programs. The Great Lakes ADA Center in collaboration with the ADA National Network webinar. January 15, 2019.

12.  **Meeks LM**, McKee M, Serrantino J. Question and answer session on accommodating students with disabilities enrolled in medical and health science programs. The Great

Lakes ADA Center in collaboration with the ADA National Network webinar. May 21, 2019.

13. **Meeks LM.** Disabilities in medical education. American Association of Colleges of Osteopathic Medicine webinar. May 12, 2020. Accessed September 9, 2021. https://www.youtube.com/watch?v=BvejuJfIp3k

14. Wilkerson D, Gay S, Patwari R, **Meeks LM.** Aligning technical standards with 21st century medical education. Association of American Medical Colleges webinar. October 28, 2020.

15. #DocsWithDisablities podcast with hosts: **Drs. Lisa Meeks** and Peter Poullos. 2019-2022. Accessed November 30, 2021. 45 Episodes. Rating 4.9/ 50K listeners. https://podcasts.apple.com/us/podcast/docswithdisabilities/id1474844514

16. **Meeks, LM.,** Jain, S., Schroth, S., Bullock, J. Webinar: Removing Barriers and Facilitating Access: Supporting trainees With Disabilities Across the Medical Education Continuum. American Medical Association. May 16, 2022.

17. **Meeks, LM,** Schroth, S, Curry, RH. Webinar: Barriers and Belief Systems: Medical Education for Learners with Disabilities. Josiah Macy Foundation. June 7, 2022.

18. **Meeks, LM,** Argenyi, M., Curry, RH. Webinar: Barriers and Belief Systems: Evaluating Underperforming Trainees with Disabilities. Josiah Macy Foundation. July 12, 2022.

19. **Meeks, LM,** Cejas, D, McCulloh, C, Moreland, CJ. Webinar: Exploring the Barriers to Inclusion for Physicians with Disabilities. Josiah Macy Foundation. July 26, 2022.

## Abstracts/Poster Presentations

1. Black MJ, Ausherman J, Lam E, **Meeks LM,** Bransteter I. Comparison of NCHRB and NCHA surveys: implications for university populations. Poster presented at: AAHPERD 126th National Convention; March, 2011; San Diego, CA.

2. Black MJ, Ausherman J, Lam E, Bransteter I, **Meeks LM.** Health risk behaviors of an urban university population: a trend comparison. Poster presented at: USPHS Scientific and Training Symposium; June, 2011; New Orleans, LA.

3. Jones SC, Vera Gonzalez P, **Meeks LM,** Hirsch DA. Supporting students with attention-deficit/hyperactivity disorder in longitudinal integrated clerkships. Poster presented at: the Consortium of Longitudinal Integrated Clerkships (CLIC); September, 2016; Toronto, Canada.

4. Viglianti EM, Oliverio A, Cascino T, **Meeks LM**. Top US teaching hospital lack polices for supporting trainees after patient-initiated sexual harassment. *Am Thorac Soc.* 2019:A4291.

5. **Meeks LM**, Jain NR, Moreland CJ. Creating a more accessible environment in anatomical sciences. *FASEB J.* 2020;34(S1):1.

6. Viglianti EM, **Meeks LM**, Oliverio AL. Patient bill of rights and patient responsibilities: inconsistent language in academic medical centers policies addressing patient-perpetrated harassment and discrimination. *Am J Respir Crit Care Med.*2020;201:A1439.

7. Moreland C, **Meeks LM**, Nahid M, Fancher T. Exploring the pipeline for deaf and hard of hearing healthcare professionals: how they train and who they serve. *J Gen Intern Med*. 2020;35(S1):S126.

8. **Meeks LM,** Plegue M, Swenor BK, et al. The performance and trajectory of medical students with disabilities: results from the Pathways Project. *Acad Med. 2021; 96(11s):S209-S210. doi:* 10.1097/ACM.0000000000004271.

## Media Interviews, Mentions, and Appearances

1. Disability and medical education: an interview with Drs. Lisa Meeks and Greg Moorehead. *StoryCorps Chicago*. August 14, 2014.

2. Interview with Dr. Lisa Meeks. *Milestones Autism Organization*. September 22, 2014.

3. Interview with Drs. Meeks and Rotsky. *VoicitRadio.* September 22, 2014.

4. Disability Visibility Project: Lisa Meeks and Greg Moorehead. *Disability Visibility Blog Posts and Essays.* October 3, 2014. Accessed September 15, 2021. https://disabilityvisibilityproject.com/2014/10/03/disability-visibility-project-lisa-and-greg-chicago-il/

5.  A new normal: empowering medical students with disabilities. *AAMC Reporter*. October, 2015.

6. Simeon D. Autism and college: ideas for sending a teen with autism to college. *Your Teen Magazine*. March, 2016. Accessed September 15, 2021. https://yourteenmag.com/teens-college/college-life/autism-and-college

7. SDN interviews: The Coalition for Disability Access in Health Science and Medical Education. *The Student Doctor Network*. April 13, 2016. Accessed September 15, 2021. https://www.youtube.com/watch?v=-T4079LwZy4

8. Levy A. One tech start-up's quest to build careers for people with autism. *CNBC*. August 23, 2016. Accessed September 15, 2021. https://www.cnbc.com/2016/08/23/one-tech-start-ups-quest-to-build-careers-for-people-with-autism.html

9. Kurtzman L. Percentage of medical students with disabilities higher than thought, study finds. *UCSF News.* December 7, 2016. Accessed September 15, 2021. https://www.ucsf.edu/news/2016/12/405171/percentage-medical-students-disabilities-higher-thought-study-finds

10. More medical students may have non-apparent disabilities. *Medicalresearch.com*. December 8, 2016.

11.     Curbing depression in medical students.  Monthly Prescribing Reference (MPR). January, 2017.

12.      Schieszer J. Culture of medical training and student well-being. *Endocrinology Advisor*. January 12, 2017.

13.     Medical students have more disabilities than once thought. *The New Physician*. February, 2017.

14.     Kohrman N. We need more doctors with disabilities. *Slate*. July 5, 2017. Accessed September 15, 2021. https://slate.com/technology/2017/07/increasing-the-number-of-doctors-with-disabilities-would-improve-health-care.html

15.     Joy K. 'A seat at the table': why U-M's medical school wants more students with disabilities. *University of Michigan Health Lab Blog*. October 10, 2017. Accessed September 15, 2021. https://labblog.uofmhealth.org/med-u/a-seat-at-table-why-u-ms-medical-school-wants-more-students-disabilities

16.     Gavin K. How medical schools can better support students with disabilities. *University of Michigan Health Lab Blog*. March 13, 2017. Accessed September 15, 2021. https://labblog.uofmhealth.org/med-u/how-medical-schools-can-better-support-students-disabilities

17.     Gordon E. For aspiring doctors with disabilities, many medical schools come up short. *Kaiser Health News*. March 15, 2018. Accessed September 15, 2021. https://www.healthleadersmedia.com/strategy/aspiring-doctors-disabilities-many-medical-schools-come-short

18.     Johnson SR. Medical schools lack clear policies to include students with disabilities. *ModernHealthcare.com*. March 15, 2018. Accessed September 15, 2021. https://www.modernhealthcare.com/article/20180315/NEWS/180319941/medical-schools-lack-clear-policies-to-include-students-with-disabilities

19.     Gordon E. What does it mean to be a doctor with a disability? *WHYY*. April 13, 2018. Accessed September 15, 2021. https://whyy.org/segments/those-with-disabilities-push-for-culture-change-in-medicine/

20.     Gordon E. Doctors with disabilities seek to mend attitudes. *The Philadelphia Tribune*. April 14, 2018. Accessed September 15, 2021. https://www.phillytrib.com/lifestyle/doctors-with-disabilities-seek-to-mend-attitudes/article_725d2315-3c2c-5110-a3bc-7a7410996e63.html

21.     Gordon E. Doctors with disabilities push for culture change in medicine. *Shots Health News from NPR*. August 6, 2018. Accessed September 15, 2021. https://www.npr.org/sections/health-shots/2018/08/06/635414552/doctors-with-disabilities-push-for-culture-change-in-medicine

22.     Dampier C. Chris Connolly is a brilliant medical student. He's also a quadriplegic — and the person who may change the way we think about doctors. *Chicago Tribune*.

September 18, 2018. Accessed September 15, 2021.
https://www.chicagotribune.com/lifestyles/ct-life-quadriplegic-med-student-connolly-0917-story.html

23.    Pazanowski MA. Doctors with disabilities raise awareness, bring more than diversity. *Bloomberg Law*. October 10, 2018. Accessed September 15, 2021. https://news.bloomberglaw.com/health-law-and-business/doctors-with-disabilities-raise-awareness-bring-more-than-diversity

24.    Episode 131: Disabilities in medicine with Drs. Meeks, Brookman, and Fitzsimons. *ACCRAC Podcast*. July 29, 2019. Accessed September 15, 2021. http://accrac.com/episode-131-disabilities-in-medicine-with-drs-meeks-brookman-and-fitzsimons/

25.    "People with disabilities working in health care inform better care and access" – Dr. Lisa Meeks. *NewzHook*. August 14, 2019. Accessed September 15, 2021. https://newzhook.com/story/people-with-disabilities-working-in-health-care-inform-better-care-access-dr-lisa-meeks/

26.    Foreign doctors question MCI guidelines regarding disabled medical aspirants ahead of crucial hearing. [*News Hook*]. August 13, 2019.

27.    Nagarajan R. MCI norms for disabled arbitrary: foreign doctors. *The Times of India*. August 10, 2019. Accessed September 15, 2021. https://timesofindia.indiatimes.com/india/mci-norms-for-disabled-arbitrary-foreign-doctors/articleshow/70625294.cms?utm_source=contentofinterest&utm_medium=text&utm_campaign=cppst

28.    Stinson S. Diagnosis: innovation. *Diversity in Action*. September/October 2019. Accessed September 15, 2021. https://mydigitalpublication.com/publication/?m=&l=1&i=613386&p=36&ver=html5

29.    Weill Cornell Medicine hosts first-ever national conference on medical student mental health. *Weill Cornell Medicine Newsroom*. September 26, 2019. Accessed September 15, 2021. https://news.weill.cornell.edu/news/2019/09/weill-cornell-medicine-hosts-first-ever-national-conference-on-medical-student-mental

30.    Weiner S. Paving the way for physicians with disabilities. *AAMC News*. November 25, 2019. Accessed September 15, 2021. https://www.aamc.org/news-insights/paving-way-physicians-disabilities

31.    Franco K. Tips for medical school applicants with disabilities. *US News and World Report*. October 6, 2020. Accessed September 15, 2021. https://www.usnews.com/education/blogs/medical-school-admissions-doctor/articles/tips-for-medical-school-applicants-with-disabilities

32.    Mock J. How to make resident mental health care stigma-free. *Medscape*. March 2, 2021. Accessed September 15, 2021. https://www.medscape.com/viewarticle/946734

33.     Wendy L. Disabled doctors were called too 'weak' to be in medicine. It's hurting the entire system. *Huffington Post*. July 22, 2021. Accessed September 15, 2021. https://www.huffpost.com/entry/disabled-doctors-medicine-ableism_n_60f86967e4b0ca689fa560dc

34.     Mock, J. Resident Doctor Who Attempted Suicide Three Times Fights for Change. *Medscape*. November 1, 2021. Accessed November 13, 2021. https://www.medscape.com/viewarticle/961700.

35.     Youn, S. A nurse assumed a disabled woman wasn't sexually active. That stereotype is dangerous, advocates say. November 5, 2021. Accessed November 13, 2021. https://www.thelily.com/a-nurse-assumed-a-disabled-woman-wasnt-sexually-active-that-stereotype-is-dangerous-advocates-say/

36.     Anderson, J. Diversity in Healthcare: Perspectives on Disabilities. Lisa Meeks, PhD. University of Central Florida College of Medicine. November 1, 2021. Accessed November 20, 2021. https://guides.med.ucf.edu/diversity/podcast

37.     Hoff, Tim. Author Interview, Dr. Lisa Meeks, How Should We Build Disability-Inclusive Medical School Admissions? AMA Journal of Ethics. December 1, 2021. Accessed December 1, 2021. https://journalofethics.ama-assn.org/podcast/author-interview-how-should-we-build-disability-inclusive-medical-school-admissions

38.     Grant, Kara. For Many Interns, Depressive Symptoms Are Impairing Their Lives Some depressive symptoms hard to pinpoint because they've become the norm, researchers suggested. MedPage Today. January 25, 2022. https://www.medpagetoday.com/psychiatry/depression/96852

39.     Southwick, Ron. Medical education programs must do more to support residents with disabilities. January 12, 2022. Chief Healthcare Executive. https://www.chiefhealthcareexecutive.com/view/medical-education-programs-must-do-more-to-support-residents-with-disabilities

40.     Katz, Liz. Study finds USMLE's denial of accommodations requests by students with disabilities negatively impacts medical schools. May 31, 2022. Department of Family Medicine, University of Michigan. https://medicine.umich.edu/dept/family-medicine/news/archive/202205/study-finds-usmle's-denial-accommodations-requests-students-disabilities-negatively-impacts-medical

41.     Smith, Timothy. 5 barriers faced by medical students, residents with disabilities. June 17, 2022. American Medical Association. https://www.ama-assn.org/education/medical-school-diversity/5-barriers-faced-medical-students-residents-disabilities.

42.     Abrams, Abigail. Doctors with Disabilities Push for Change as Long COVID Affects Their Workforce. July 27, 2022. TIME Magazine. https://time.com/6200640/doctors-disabilities-long-covid/