

Date 4/29/2021

**RENAISSANCE SCHOOL OF MEDICINE AT STONY BROOK UNIVERSITY**
*Office of Student Affairs*

American Urological Association
Division of Member Services
1000 Corporate Boulevard
Linthicum, MD 21090
Phone: 410-689-3700

Stony Brook, NY 11794-8436
P 631.444.2341
F 631.444.9376
stonybrookmedicine.edu

Re: Applicant for AUA Medical Student Membership

This letter verifies that __Robert Sampson__ is currently enrolled as a
(Name)

Medical Student at __Stony Brook University School of Medicine__ and is in good standing.
(Institution)

Their expected date of graduation is __May 2023__.
(Month, year)

I am recommending this individual to be accepted as a Medical Student Member in the American Urological Association.

Best regards,

Caroline Lazzaruolo
(Name)

*Caroline Lazzaruolo*
(Signature)

Registrar
(Title)

631-444-9547
(Telephone)

Caroline.Lazzaruolo@StonyBrookmedicine.edu
(E-mail)

*Note: This form should be printed on the institution's letterhead

The best ideas in medicine.