Re: Step 1 Exam

Wackett, Andrew <Andrew.Wackett@stonybrookmedicine.edu>
Tue 10/26/2021 11:19 PM

To: Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>

Dear Robert,

Dean Kaushansky was quite clear in his July 13, 2020 letter regarding the terms that you were required to follow to remain on track to graduate medical school. You were to take Step 1 at the conclusion of Phase 2 and our policy states that this should be completed within 8 weeks of the end of Phase 2. As noted by Dean Kaushansky, "this progression provides sufficient time for you to comply with the SOM policy which requires completion of your medical education within seven years of the date of first enrollment  [i.e. August of 2022]". He stated that his decision was final and there were no additional appeals.

Earlier this year you again requested to postpone Step 1.  You discussed this with Dean Wertheim who, on August 17, 2021,reiterated Dean Kaushansky's original plan. You must pass all of your medical school requirements including Step 1 and Step 2 by August 2022 in order to comply with the SOM policy that requires you to complete your medical education within 7 years from the date of your enrollment.  Failure to comply with this policy will result in your dismissal from medical school with no opportunity for further appeal.

Sincerely,
**Andrew Wackett, MD**
Vice Dean of Undergraduate Medical Education
Director, Clinical Simulation Center
Clinical Associate Professor of Emergency Medicine



---

**From:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
**Sent:** Sunday, October 24, 2021 10:26 PM
**To:** Wackett, Andrew <Andrew.Wackett@stonybrookmedicine.edu>
**Subject:** Re: Step 1 Exam

Dear Dr. Wackett,

Thank you for your email. I did sign up for my Step 1 exam as the school instructed. The NBME has a system to process accommodations and I am following that process. It is unfortunate that they make the process longer than it should be.

In terms of seven years, I have been told multiple graduation dates by the School of Medicine's registrar and I was also given an acknowledgment by the same parties that it will take me longer than seven years to graduate, and that it wouldn't be an issue since I am progressing towards graduation. In fact, recently I was told I would be graduating May 2023 which is why I believed I had time to do the joint MD/MBA. The School of Medicine then facilitated my transition to the MBA program by sending my application to the College of Business and I began an aggressive class schedule there since the Summer. I continue to work hard to prove myself and have been performing well with the accommodations that I need.

Best,

Robert

---

**From:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
**Sent:** Wednesday, October 20, 2021 11:59 PM
**To:** Wackett, Andrew <Andrew.Wackett@stonybrookmedicine.edu>
**Subject:** Re: Step 1 Exam

Dear Dr. Wackett,

I wanted to update you that I haven't forgotten about your email and I will write back to you by the end of this week. I am presently occupied by a very busy week with my six classes. I will speak to you soon.

Best,

Robert
On Oct 15, 2021, 10:12 AM -0400, Wackett, Andrew <Andrew.Wackett@stonybrookmedicine.edu>, wrote:

> Dear Robert,
>
> It's come to my attention that you have not yet taken or signed up for your Step 1 exam. I've reviewed the letter sent to you from Dean Wertheim on August 17th and it clearly states that you are required to complete your medical school education within 7 years from your date of matriculation.
>
> I'm concerned that you will not complete the 40 weeks of course work, the Step 1 and Step 2 exams by the end of August 2022, the end of the 7-year limit. Please let me know how you plan to follow the Dean's requirement.
>
> Sincerely,
> **Andrew Wackett, MD**
> Vice Dean of Undergraduate Medical Education
> Director, Clinical Simulation Center
> Clinical Associate Professor of Emergency Medicine
>
> <Outlook-avtwhtn1.png>
>
>
> This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original.