# Academic Policy and Procedures

4. Passing score on the End-of-Phase II Clinical Performance Exam (CPX); and
5. Taking the USMLE Step 1 exam by the designated deadline. (Annotation 9.2)

**Phase III Requirements**

1. Students may not begin any Phase III coursework until completing all Phase II requirements and taking the USMLE Step 1 exam by the designated deadline;
2. Students must meet with a Specialty Advisor to discuss and plan their Phase III schedule **prior** to Phase III registration. Students must attest to meeting with their chosen Specialty Advisor on CBase.
3. Successful completion of a minimum of forty (40) weeks of required coursework (Annotation 9.1); and
4. Successful completion of the USMLE Step 1 and Step 2 CK exams. (Note: Students are required to take the USMLE Step 1 and Step 2 CK exams by the designated deadlines.) (Annotation 9.2)

**2.4.2. 3YMD Curriculum Track**

In general, students in the 3YMD curriculum track must fulfill the same requirements for promotion as students in the LEARN track (see Section 2.4.1 of the RSOM Academic Policies and Procedures). Additionally, 3YMD students are expected to meet the following academic performance standards:

1. Achieve a passing grade in all Phase I courses. Students who fail any Phase I course will exit the 3YMD track and enter the LEARN track;
2. Pass a remediation exam for any failed Phase I examination on the first attempt;
3. Pass all NBME Clinical Science Subject (ie, Shelf) Exams on the first attempt. Any student who receives a 'Z' in a clinical clerkship will be moved to the four-year LEARN track.
4. Complete the USMLE Step 1 and Step 2 CK exams by the 3YMD designated deadlines and before beginning any Phase III coursework; (Annotation 9.2)
5. Pass the USMLE Step 1 and Step 2 CK exams on first attempt;
6. All USMLE exam results must be in by May of the third year;
7. Exhibit high standards of professional behavior as described in the RSOM Academic Policies and Procedures throughout the entire curriculum;
8. Complete the requirements for the MD degree in three years; and
9. Secured a direct linkage to a Graduate Medical Education (GME) program.

**2.5 Requirements for Graduation**

The MD degree will be conferred by Stony Brook University upon persons who have met the following requirements:

**2.5.1 LEARN Curriculum Track**

1. Students must successfully complete a minimum of 149 weeks of study in the LEARN curriculum track (Annotation 9.1).
2. Attended four (4) separate years of medical instruction and satisfactorily completed all coursework, examinations, and mandatory academic requirements;
3. Achieved passing scores on the USMLE Step 1 and Step 2 CK exams; (Annotation 9.2).
4. Maintained acceptable academic ethics and professional behavior;
5. Paid all tuition, fees, and fines in full;
6. For students who have received loans, completed an exit interview conducted by the Office of Student Affairs;
7. Entered PGY1 contact information into CBase; and
8. The School strongly recommends that students complete the AAMC Graduation Questionnaire as a professional obligation and contribution to future generations of RSOM students.

**2.5.2 3YMD Curriculum Track**

1. Students must successfully complete a minimum of 135 weeks of study in the **3YMD** curriculum track (Annotation 9.1).
2. Attended three (3) separate years of medical instruction and satisfactorily completed all coursework, examinations, and mandatory academic requirements;
3. Achieved passing scores on the USMLE Step 1 and Step 2 CK exams; (Annotation 9.2).
4. Secured a direct linkage to a GME position
5. Maintained acceptable academic ethics and professional behavior;
6. Paid all tuition, fees, and fines in full;
7. For students who have received loans, completed an exit interview conducted by the Office of Student Affairs;
8. Entered PGY1 contact information into CBase; and
9. The School strongly recommends that students complete the AAMC Graduation Questionnaire as a professional obligation and contribution to future generations of RSOM students.

**All requirements for the MD degree must be met within seven (7) years after the date of first enrollment in the School of Medicine**, or within five (5) years for a student who transfers into the School of Medicine after the first year. This time limitation does not apply to students in conjoint degree (e.g., MD/PhD) or other approved programs, e.g., a concurrent or consecutive MPH, MBA, MA degree. (N.B. Student eligibility for loans carries time limits as well.) Students must complete Phase I of the LEARN curriculum within three and one-half (3.5) years after the date of first enrollment in the School of Medicine. There can be no more than two (2) attempts to successfully complete Phase I of LEARN.

**2.6 Combined Degree Program Requirements**

**2.6.1 Combined MD/PhD (Medical Scientist Training Program)**

Students enrolled in the MSTP first complete Phase I of the LEARN curriculum and then pursue graduate study for three (3) to four (4) years. Upon completion of their graduate studies, students re-enter the School of Medicine and complete Phases II and III of LEARN.

MSTP students must take Step 1 after completion of all Phase I courses and before beginning graduate studies.

MSTP students receive eighteen (18) weeks of Phase III elective credit for completion of PhD work. They must complete an additional twenty two (22) weeks of Phase III course work to attain the required forty (40) weeks of study. (Annotation 9.1)

**2.6.2 Combined MD/MPH**

The combined MD/MPH program requires the completion of all School of Medicine requirements for the MD and all 54 credits of the MPH program. However, students will receive up to 10 weeks of Phase III elective credit for the following MPH courses:

HPH 506 Biostatistics I (3 weeks)
HPH 507 Biostatistics II (3 weeks)
HPH 514 Epidemiology for Public Health (3 weeks)
HPH 542 Introduction to Global Health I (2 weeks)
HPH 546 Introduction to Global Health II (2 weeks)

In addition, the Program in Public Health will accept 6-9 credits from the School of Medicine for the following courses, which will substitute for a 3-credit course within the core MPH curriculum and 3-6 credits within the respective concentration:

MED 611 Introduction to Clinical Medicine (3 credits)
MED 612 Medicine in Contemporary Society (3 credits)
MED 616 Themes in Medical Education (3 credits)

Students have two options for completing the MD/MPH degree requirements:

Option 1: 5-Year Sequencing Option (RECOMMENDED): MD then MPH then MD
The student takes a one year Leave of Absence to Participate in an Educational Program or Research between any two phases of the LEARN curriculum to enroll in full-time MPH course work. Some MPH course work does need to be taken during medical school.

Option 2: 4-Year Sequencing Option (NOT RECOMMENDED): MPH during MD
The student completes all MPH course work during medical school. Some MPH course work is required during the summer prior to beginning of medical school. (Note: Due to the rigorous nature of the MD program, students are **strongly discouraged** from pursuing Option 2.)

**2.6.3 Combined MD/MBA**

The combined MD/MBA program combines a 4 year MD degree and a 48 credit MBA degree. Students are expected to complete the majority of the MBA degree requirements either prior to starting the MD program or after completing the MD program. Due to the rigorous structure of the MD program, students should not enroll in MD and MBA courses concurrently. Students will receive 6 weeks of Phase III elective credit for the following MBA courses:

MBA 507 Ethics and Law (3 weeks)
MBA 522 Industry Project (3 weeks)

Students receive both degrees upon completion of the entire program. If a student withdraws from the combined program, they would receive only the MD or MBA, providing they completed all of the requirements for that particular degree.

**2.6.4 Combined MD/MA**

The combined MD/MA program combines a 4 year MD degree and an 18 credit MA degree in Medical Humanities, Compassionate Care and Bioethics. In addition to course work, MD/MA students must fulfill the requirements for the Scholarly Concentrations Program in Medical Humanities.

**2.7 Electives**

Elective courses allow students to experience various aspects of the field of medicine outside of the required courses. These courses provide an opportunity for a well-rounded medical education aligning their career interests with their preparation for residency.

**2.7.1 Phase I Electives**

1. With the exception of some longitudinal electives that are open to Phase I students, students may not register for any elective that conflicts with required Phase I courses.
2. Phase I electives will appear on a student's official transcript. Up to 4 weeks will count towards the required number of weeks for graduation; however, they do not count towards MSPE quartile calculations.
3. Elective credit in Phase I is only given for courses or research offered at Stony Brook.
4. Students on probation may not enroll in electives. The Committee on Academic and Professional Progress (CAPP) may limit electives for students who are not in good standing academically. CAPP will determine academic standing on a case-by-case basis.

**2.7.2 Phase III Electives**

1. Phase III electives range in length and are either two or four weeks. Some electives are longitudinal, e.g. the student receives two weeks of credit for a course they completed over an extended time period.
2. In order to ensure a well-rounded education, students are not permitted to take more than a ***total*** of four electives in any one specialty. This total ***includes*** electives taken here at Stony Brook and those taken elsewhere.
3. Students in the Scholarly Concentrations Program must take 8 weeks of SCP Research Elective in Phase III. More than 8 weeks will need the approval of the Dean's Office.
4. Students outside of the Scholarly Concentrations Program may take up to 8 weeks of Research Elective in Phase III. More than 8 weeks will need the approval of the Dean's Office.
5. The minimum number of weeks that a student may register for a research elective is four.
6. All electives requested within two weeks of the start date must be pre-approved by the elective course director and by the Assistant Dean for Clinical Education.
7. Students are required to submit the appropriate Elective Approval Form to the Office of Student Affairs for final approval and course entry into CBase. Students will not receive credit for electives that are not approved and scheduled in CBase.
If you do not submit the Elective Approval Form to the Office of Student Affairs for final approval, the elective will not be scheduled in CBase and you will not get credit for the elective.

**2.7.3 Double Credit Policy**

1. Students are not permitted to concurrently enroll in two electives listed as earning full-time elective credit. Students may take a two-week clinical elective twice to gain four weeks of exposure to a field. Students who do so will receive four weeks of elective credit in total, providing that the two elective blocks are not taken concurrently.

**2.7.4 Away Electives**

1. Students may not take more than 20 weeks of away electives.
2. In order to ensure a well-rounded education, students are not permitted to take more than a total of three away electives in any one specialty. Also see 2.7.2 for Phase III electives policies.
3. Students on away electives must be evaluated according to the RSOM Phase III Medical Student Evaluation Form – Sub-Internship/Electives. The student's RSOM transcript will report the grade as reported by the host institution.
4. In order to provide accurate information for future students, we require all students taking away electives to complete an online Away Elective Course Evaluation Survey (survey link: https://stonybrookuniversity.co1.qualtrics.com/jfe/form/SV_5gzKmit6jGnKV93). This link is also on CBase.
5. In order for NYS to provide liability insurance coverage to students for away electives, NYS requires that an affiliation agreement be in place. A list of sites for which agreements are in place is available under the Course Information tab on CBase 2. If an affiliation agreement is not yet in place with an away site, the School of Medicine will make every effort to get one in place prior to the student's away rotation. In some instances, an agreement cannot be reached by both institutions. For example, Harvard does not enter into any affiliation agreements. In such cases, the away site often allows students to purchase their own liability insurance. Stony Brook students who want to do an away rotation at a site for which no affiliation agreement is in place, may do so if they purchase their own liability insurance. In all these cases, students must submit the appropriate Elective Approval paperwork to the Dean's Office for approval.

**2.7.5 International Electives**

All international electives must first be approved by the Director of Global Medical Education.

**2.7.6 Assessment and Grading**

The following electives are Pass/Fail:
1. All Phase I electives
2. Certain Phase III electives:
   a. two-week electives
   b. non-clinical, non-research (primarily didactic-based) electives

All clinical/research electives longer than 2 weeks will use a five-tiered Honors/High Pass/Pass/Low Pass/Fail grading scheme, but they may be graded Pass/Fail if so indicated in the course syllabus.

Given the broad range of courses and learning activities, the methods of student assessment may differ from course to course. However, all courses must use the same final grade submission form -- the Phase III Medical Student Evaluation Form – Sub-Internship/Electives – that includes space for both the final course grade and narrative comments that will be included in the MSPE.

**2.7.7 MSPE Quartile Determination**

Phase III electives taken up to the first seven months of Phase III will be included in the MSPE quartile determination. Phase III electives will be weighted for the course duration and, regardless of the course grading scheme, will be counted as Pass/Fail. The MSPE will also include the narrative comments.

**2.7.8 Submitting Electives Grades**

All Phase I electives grades must be submitted no later than four weeks after the completion of the course. For Phase III electives, course directors must complete the final student Phase III Medical Student Evaluation Form – Sub-Internship/Electives that summarizes the student's performance and includes comments. Course directors must ensure that all clinical elective grades must be submitted within six weeks of course completion, and grades for all non-clinical electives must be submitted within four weeks of course completion.

**2.8 Placing Out of a Course**

In special circumstances, a student may request to place out of a course. To determine whether this is possible, the student follows this process:

1. The student submits to the Registrar a course description of the course they completed along with an official transcript;
2. The Registrar forwards this information to the course director for review and recommendation on the student's request;
3. The course director communicates their recommendation to the Registrar; then
4. The Registrar notifies the student of the final decision and enters the decision into the student's permanent file.

**SECTION 3: PROFESSIONAL BEHAVIOR**

**3.1 Professional Behavior**

Medical students are preparing for a career that demands the highest standards of honor, ethics, and professional behavior and appearance. All students are required to sign and act in accordance with the principles of the Student Honor Code. All students are required to act in accordance with the University Student Code of Responsibility and in accordance with the laws of the State of New York.

Renaissance School of Medicine at Stony Brook University promotes a sense of mutual respect among patients, faculty, staff, house staff, and students. Certain behaviors, such as violence, sexual harassment, and discrimination are inherently destructive to the student/teacher, student/patient, and student/student relationships. Other behaviors, such as making demeaning or derogatory remarks, or giving destructive criticism, are also inappropriate and interfere with professional development. Unprofessional behavior may be reviewed by the Committee on Academic & Professional Progress (CAPP) and may result in disciplinary action. Student behavior may also be reviewed by the Student Honor Code Committee, which may forward recommendations for action to the Office of Student Affairs (OSA). The OSA may impose the Student Honor Committee's recommendations, wholly or in part, or refer the matter to CAPP. Any professionalism concerns that rise to the level of CAPP will be noted in the student's MSPE.

It is an expectation that students will fulfill clinical obligations while exhibiting "the highest level of professionalism and sensitivity to the diverse personal and cultural contexts in which medical care is delivered" (RSOM Mission Statement).

Students are expected to become familiar with and follow any written rules of conduct and professional behavior at any clinical or research site at which the student trains. Students accorded housing at such sites are expected to treat this space and their host institution with respect. Students who damage property, engage in unlawful behavior, or act unprofessionally in that space may be referred to the host institution's and/or RSOM's CAPP and subject to such committee's decisions. If the student resides in group housing, all members of the group may be held responsible for any misconduct or damage that occurs in the space.

Students participating in "The Body" component of the Biomedical Building Blocks course are expected to treat the donor cadavers with the utmost respect and sensitivity. Donors and their family members understand that their remains will be used for educational and scientific purposes. The donors and their families deserve our admiration and deepest gratitude. To treat a cadaver in any way that does not serve educational or scientific purposes constitutes unprofessional behavior. This type of behavior includes, but is not limited to, the taking of photographs (film or digital images) that serve no educational or scientific purpose. Any student known to have taken such a photograph will be referred to the Committee on Academic & Professional Progress as having engaged in unprofessional behavior. Any student who has knowledge of a colleague having taken such a photograph is bound to follow the procedures of the Student Honor Code for dealing with unprofessional behavior by a colleague.

Students who exhibit behavioral problems may be referred by the Dean's Office or by the Committee on Academic & Professional Progress to the Behavioral Assessment Committee on the main campus of Stony Brook University for further review and recommendations.

**3.2 Social Networking Policy**

Renaissance School of Medicine has a Social Networking Policy, while Stony Brook University publishes Social Media Guidelines. Students are expected to adhere to both.

**3.3 Standards of Conduct for the Teacher-Learner Relationship**

The School of Medicine is committed to maintaining a positive environment for study and training, in which individuals are judged solely on relevant factors such as ability and performance, and can pursue their educational and professional activities in a learning environment that is humane, respectful, and safe. Our core values are ICARE: Integrity, Compassion, Accountability, Respect and Excellence. Medical student mistreatment violates these fundamental principles and will not be tolerated in the medical school community.

**3.3.1 The Faculty Code of Ethics**

Section 2, Respect for Persons, delineates faculty behaviors demonstrating respect for other persons and the prohibition against discrimination and harassment. "*All members of the medical school and its students are expected to adhere to this Code of Ethics in their interactions with patients, colleagues, other health professionals, students, other trainees, other staff, and the public.*"

**3.4 Student Mistreatment**

The full student mistreatment policy can be found at http://medicine.stonybrookmedicine.edu/ugme/mistreatment_policy.

Excerpts are provided below.

The School of Medicine has a school wide program entitled **WE SMILE** which is an acronym for "We can Eradicate Student Mistreatment In the Learning Environment." The six components of the WE SMILE program include a) Definition, b) Education, c) Reporting, d) Review and Adjudication, e) Enforcement, and f) Communication/Closing the Loop. The School has defined mistreatment as physical, verbal or emotional behavior that shows disrespect for medical students and unreasonably interferes with their respective learning process.

Examples of mistreatment include but are not limited to:

1. insults or unjustifiably harsh language in speaking to or about a person;
2. public belittling or humiliation;
3. requiring performance of personal services (e.g., shopping, babysitting);
4. intentional neglect or lack of communication (e.g., neglect, in a rotation, of students with interests in a different field of medicine);
5. disregard for student safety;
6. denigrating comments about a student's field of choice;
7. assigning tasks for punishment rather than for objective evaluation of performance;
8. exclusion of a student from any usual and reasonable expected educational opportunity for any reason other than as a reasonable response to that student's performance or merit;
9. other behaviors which are contrary to the spirit of learning and/or violate the trust between the teacher and learner.

**3.5 Reporting Mistreatment**

The School of Medicine has created multiple avenues to report mistreatment to encourage reporting as well as to track patterns and frequency of mistreatment in order to target specific prevention initiatives. Students should keep in mind that the range of responses available to the School of Medicine will be contingent not only on the nature of the mistreatment, but also the degree to which a student is willing to identify her/himself. Further, the School of Medicine may decide that a report of mistreatment rises to a level where University policy has been violated and be required to notify the Office of Diversity and Affirmative Action, Labor Relations, and/or University Police.

**3.5.1 Face to Face Report**

1. **The Associate Dean for Student Affairs**: Students may report any concerns of mistreatment directly to the Associate Dean for Student Affairs.
2. **Student Focus Groups and Exit Interviews**: Non-teaching personnel in the School of Medicine conduct periodic focus groups and clerkship exit interviews with students. This serves as another safe venue for students to bring up concerns regarding the learning environment confidentially. Such reports will be directed to the Associate Dean for Student Affairs.

**3.5.2 Online Reporting**

1. **Professionalism Note**: The Professionalism Note on the RSOM website (**https://cbase.som.sunysb.edu/cbase2/public/comments/index.cfm**) allows any student/staff member/trainee/faculty to anonymously report potential concerns, or compliments, regarding the learning environment. Such reports will be reviewed by the Associate Dean for Student Affairs for appropriate further action.
2. **Mistreatment Note**: This note, in CBase (https://cbase.som.sunysb.edu/cbase2), allows students to confidentially or anonymously report any mistreatment they have experienced or witnessed during their education at Stony Brook. Available 24/7, students may report events at the time they occur or any time later, so that they can do so without fear of retribution. These reports are sent to the Associate Dean for Student Affairs for review. Based on the review of the situation in conjunction with the student, the Associate Dean for Student Affairs may issue a report to the Committee on Student Affairs.
3. **End of Course Evaluation Form in CBase**: This form, completed by all students at the end of each course or clerkship, allows aggregate assessment of the prevalence of mistreatment and learning environment concerns anonymously. It also allows any student to report a mistreatment incident during that course/clerkship confidentially to the Associate Dean for Student Affairs.

While all reports of mistreatment are confidential and separate from any academic record, there may be incident reporting of extreme situations where anonymity cannot be guaranteed. Students who are unsure of which route to take in addressing an incident of mistreatment can make use of consultation services of Counseling and Psychological Services at either the East Campus location (3rd floor, near the HSC Library) or West Campus location (2nd floor, Student Health Services Building). Licensed counselors are able to help a student talk through options available in a confidential setting including whether or not a student wants to report mistreatment. In cases where the student wishes to maintain anonymity, the student may designate a proxy to present the information for review by the Committee on Student Affairs.

**3.6 Examples of Unprofessional Behavior**

**3.6.1 Academic Integrity**

The fundamental rules of academic integrity are of prime importance and breaches are taken seriously.

**3.6.2 Cheating**

Dishonesty of any kind with respect to examinations, course assignments, alteration of records, or illegal possession of examinations shall be considered cheating. It is the responsibility of the student not only to abstain from cheating, but also to avoid the appearance of cheating and to guard against facilitating cheating by others. Students who cheat, and students who help others cheat, are equally guilty of wrongdoing. Students must also do everything possible to induce respect for the examining process and for honesty in the performance of assigned tasks, in and out of class.

**3.6.3 Fabrication**

Students and professionals are expected to be honest in their representations of fact and not report as true information they do not know to be true, i.e. they are to report only what they know to have a basis in fact. Reporting false information in academic, research or patient care settings is forbidden.

**3.6.4 Plagiarism**

Honesty requires full acknowledgement of any words, data, ideas or materials taken from others and used for one's own written, graphic or oral use. Any student who fails to give credit for words, data, ideas or materials taken from other sources is guilty of plagiarism whether intentional or unintentional. (Annotation 9.3)

**3.6.5 Scientific Misconduct**

Students involved in research are expected to conduct themselves according to the highest standards of scientific integrity. Anyone conducting research involving human subjects is required to undergo training in the ethical conduct of human subjects research and have their research protocol reviewed and approved by the **Stony Brook Institutional Review Board**.

**3.6.6 Appropriate Identification**

It is improper for medical students to present themselves to patients or others as licensed physicians. In the clinical setting, students must wear, in a highly visible location, an official Stony Brook Medicine name badge which shows their name and photo as identification as a medical student. This badge should be worn in conjunction with additional name badges given to students at off-campus clinical training or research sites.

**3.7 Sexual Harassment and Gender-Based Discrimination**

In a combined effort with students, the administration has sought to expand the processes by which students can report occurrences of sexual harassment or gender-based discrimination. In addition to previous ways to report through CBase, Student Health Services, Counseling and Psychological Services and the Title IX Office, we have created a committee geared towards dealing with reports of gender-based mistreatment. Dr. Lauren Maloney has been appointed as the school's Gender-Based Mistreatment Liaison. Dr. Maloney is an Emergency Medicine Attending and a Renaissance School of Medicine Alumna. Reports may go directly to her. In addition, we have created a student committee with 1-2 students from each class serving as a representative who you can turn to. These students can help facilitate the reporting process and, if requested, maintain the reporter's anonymity. Dr. Maloney may be reached at lauren.maloney@stonybrookmedicine.edu.

**SECTION 4: GENERAL POLICIES**

**4.1 Communications**

Each student is given an official @stonybrookmedicine.edu e-mail address and access to CBase, the web-based student academic record and course management system. Official communications from the school (deans, course directors, faculty, administrative support staff, etc.) occurs via the official @stonybrookmedicine.edu e-mail address that each student has been assigned. Students are responsible for accessing and reading their e-mail on a regular basis and, when required, responding appropriately and in a timely manner. The official email address of RSOM students is firstname.lastname@stonybrookmedicine.edu. Students are responsible for maintaining an up-to-date personal profile in CBase. If a student withdraws or is terminated, their email access is terminated generally within a three month period.

**4.2 HIPAA Training & Confidentiality Agreement**

All RSOM faculty, staff, and students at the Health Sciences Center (HSC) must be trained in HIPAA Policies and Procedures and must sign a **Confidentiality Agreement**. Instructions on fulfilling the HIPAA requirement can be found on CBase or on the HSC Training Website: https://cbase.som.sunysb.edu/hipaa_training. All students must complete their training and sign the **Confidentiality Agreement** by the end of their first semester enrolled in the School of Medicine.

**4.3 Class Attendance and Work Hours**

Each faculty member has responsibility and authority for matters pertaining to the general attendance and classroom/clinic conduct of students. Faculty members have the responsibility to notify students which class/clinic activities are mandatory. Except in extraordinary circumstances, these mandatory activities will appear on the official academic calendar at least 30 days prior to the scheduled activity.

**4.3.1 Training Sites**

Students are assigned to their clinical training sites through a lottery system. If there are extenuating circumstances that affect a student at a particular training site, the student may request an alternate site by submitting a written request to the Associate Dean for Student Affairs.

**4.3.2 First Session**

The first session of every course and clerkship is mandatory, regardless of whether it is indicated as such on the academic calendar on CBase.

**4.3.2 Day Prior to NBME Shelf Exam**

The day prior to an NBME shelf exam in a clinical clerkship is a scheduled work day, thus there is no designated study day before such exams.

**4.3.3 Work Hours**

**4.3.3.1** Phase I Work Hours

The maximum number of hours students may be scheduled in instructor-led and self-directed learning activities in Phase I courses is five (5) per day and 25 per week. Generally, Phase I course activities are scheduled each day from 9:00AM to 12:00PM and 1:00PM to 3:00PM.

**4.3.3.2 Phases II and III Work Hours**

The School of Medicine adheres to the Accreditation Council for Graduate Medical Education (ACGME) duty hour requirements for workload. Students are encouraged to report any violations of the eighty (80) hour limit and/or duty hour rules. Specifically, students may not be requested to work more than eighty (80) hours per week, averaged over a four (4) week period, inclusive of all in-house call activities. Duty periods must not exceed twenty four (24) hours in duration. Specifically, duty hours are defined as all clinical and academic activities related to the program; i.e., patient care (both inpatient and outpatient), administrative duties relative to patient care, the provision for transfer of patient care, time spent in-house during call activities, and scheduled activities, such as conferences. Duty hours do not include reading or preparation time spent away from the duty site. Students must be provided with one (1) day in seven (7) free from all educational and clinical responsibilities, averaged over a four (4) week period, inclusive of call. Adequate time for rest and personal activities must be provided. Adequate time is defined as a minimum of eight (8) hour time period provided between all daily duty periods and after in-house call. See the Stony Brook University Hospital Graduate Medical Education (GME) Duty Hours Policy for detailed information.

**4.4 Enrollment**

Students must be registered for a minimum of twelve (12) weeks of coursework per medical school term to be considered active. There are a total of eight (8) terms during the four (4) years required for the MD degree. All blocks/holds in SOLAR must be resolved in order to be enrolled to avoid incurring late registration fees.

**4.4.1 Enrollment in Dual Degree Programs (MD/PhD, MD/MPH, MD/MA, MD/MBA)**

Students in dual degree programs may not enroll in more than one course per semester in the supplemental degree program while enrolled in Phase I courses. Such students must remain in good academic standing in the School of Medicine. If the student loses their good academic standing, then the student will be invited to CAPP, which may mandate completion of the joint program in five (5) rather than four (4) years.

**4.5 Absences**

Course requirements - including attendance requirements - are determined by course directors within the guidelines for managing courses found in the Course Director's Handbook. Hence it is the course director who has the authority to determine the nature of any make-up work. When a student is excused from required course activities, the Dean's office will notify the course director, and it is the student's responsibility to arrange for and complete the make-up work in a timely fashion.

Students may be excused from mandatory coursework in certain circumstances with the approval of the Associate Dean for Student Affairs. Students enter their request for an excused absence in CBase (under Document/Excused Absence). The following are the only valid reasons for requesting an excused absence:

1. Medical illness or checkup, including care for an ill dependent (e.g. parent, child). *A doctor's note must be submitted to the Office of Student Affairs or uploaded to CBase* ***within 14 days*** *of the date of the absence. If no note is provided, the excused absence will convert to an unexcused absence.*
2. Death of a family member or significant other
3. Act of God, disaster, or nature occurrence
4. Significant educational experience. *Students who wish to be excused from mandatory academic activities for religious observance or once-in-a-lifetime educational experience must request an excused absence through CBase* ***at least 30 days before*** *the holiday or event.*
5. Religious observance. *Students who wish to be excused from mandatory academic activities for religious observance or once-in-a-lifetime educational experience must request an excused absence through CBase* ***at least 30 days before*** *the holiday or event.*

An absence for any other reason will be noted as unexcused. In general, students may not accumulate more than ten (10) excused absences per year. Students who accumulate more than ten (10) absences in a given year may be invited to CAPP. ***Students who accumulate three (3) or more unexcused absences will meet with the Associate Dean for Student Affairs. Students who accumulate five (5) or more unexcused absences may be invited to CAPP.***

Students requesting to attend professional conferences must be in good standing at the time of the conference. No student shall request an excused absence to attend more than three conferences throughout medical school.

In the case of inclement weather, students should call 631-444-SNOW or 631-632-SNOW, and read their emails to learn whether to report for exams or other mandatory activities. The Stony Brook University Emergency Management Website posts university information regarding university closings and other emergency notifications. Students are also strongly encouraged to sign up for SB Alert, the University's emergency notification system that automatically sends emergency alerts to mobile devices and computers. Sign-up for SB Alert is available on SOLAR.

**4.6 Vacations and Religious Holidays**

The School of Medicine academic calendar specifies the days on which there are no mandatory academic activities. There are eight (8) official RSOM holidays: Christmas Day-New Year's Day (winter break), MLK Day, Memorial Day, 4th of July, Labor Day, Thanksgiving (day and day after). Students who wish to be excused from mandatory academic activities for religious observance must request an excused absence through CBase ***at least thirty (30) before*** the holiday. Missed work must be made up.

**4.7 Leaves of Absence (LOA)**

A leave of absence may be granted to enable a student to resolve personal, health, or academic problems, or to further their education away from the School of Medicine. Except for leaves granted pursuant to degree granting or other approved programs, the maximum cumulative leave of absence for personal or health problems or for supplemental

failure of the NBME shelf exam converts the Z to an F.

**Withdrawal (W)** signifies that the student withdrew before completing course objectives.

**Placed-Out (PO)** signifies that the student was given credit for a course by (a) having previously taken the same or a similar course and/or (b) by passing an exam deemed appropriate and sufficient by the course director. With the consent of the instructor and the Vice Dean for Academic and Faculty Affairs, a student may substitute an alternative educational experience for any course if consistent with the learning objectives of that course.

### 5.4 Grade/Comment Reconsideration

At the completion of each course and clinical rotation, course directors are responsible for making grades and evaluation reports available on CBase as soon as possible. Phase I faculty have four (4) weeks from the end of a course/component to submit final course/component grades. All clinical course grades must be submitted within six (6) weeks of course completion, and grades for all non-clinical courses must be submitted within four (4) weeks of course completion. Students will be notified by e-mail when grades are entered into or changed in CBase. Students are responsible for checking their own grades and for completing the course evaluations necessary to gain access to course grades.

A student who wishes to contest a final course/clerkship grade or evaluation must submit a written request for reconsideration to the course director within five (5) days after the grade has been posted. The course director, who may consult with the appropriate course/clerkship faculty, will notify the student of their decision regarding the student's request. If the student wishes to appeal the course director's decision, the student must submit an appeal in writing to the Chair of the Grade Appeals Committee (GAC), Dr. Eva Swoboda, within five (5) days of receiving the course director's decision. This written request must clearly state the basis for the appeal. The GAC is comprised of selected Phase I, Phase II and Phase III course directors in the SOM. If the course director who conducted the initial request for reconsideration is a member of the GAC, she/he will recuse themself from the proceedings and deliberations on that specific case to avoid any conflict of interest. The GAC will notify the student of its decision. If the student wishes to appeal the GAC's decision, she/he must submit an appeal in writing to the Associate Dean for Student Affairs within five (5) days of receiving the GAC's decision. The Associate Dean will rule on the matter, and the Associate Dean's ruling is final. The Associate Dean will notify the student of the final decision.

### 5.5 Failing an Academic Year

#### 5.5.1 Phase I

Failure of two Phase I courses constitutes a failure of Phase I. (**Note:** Biomedical Building Blocks (B3) is a single course.) A student who fails a course but who has not failed Phase I, will be given an opportunity to take a make-up exam or complete other remediation as determined by the course director. Annotation 9.4 details the process for taking a make-up exam.

CAPP may decide that a student who fails Phase I be dismissed or invited to repeat the Phase. At the Committee's discretion, any student who repeats Phase I may be exempted from re-taking courses in which s/he scored at or above the class mean. CAPP may also require a student who displays a pattern of marginal academic performance (Annotation 9.5) to repeat a Phase, or CAPP may dismiss the student from the educational program.

#### 5.5.2 Phase II & III

The criteria for passing a clinical course are included in each course syllabus, but generally student achievement is measured by clinical performance, and performance on assignments and written, oral or practical exams. All core clerkships require passage of an NBME subject exam at the 5th percentile level, at minimum, as determined by the latest academic year norms from the NBME for examinee performance.

**5.5.2.1**

If a student accumulates two Zs during the clinical phases, fails a clinical clerkship, or accumulates a total of 14 marginality points, the student will be stopped from further rotations. The student will also be referred to CAPP. Those students with chronic marginality are at risk for delayed graduation or dismissal from the school.

**5.5.2.2**

Progress through Phases II & III will be interrupted if a student is put on probation or is suspended. A student who is on probation may not begin any new clerkship or elective clinical course. A student who is suspended will be precluded from participation in all academic and extracurricular activities.

**5.5.2.3**

A student may start a new clinical rotation after having received a Z in a single clerkship.

**5.5.2.4**

Failure of the mandatory clinical performance exam (CPX) at the end of Phase II requires remediation by August 31st of Phase III.

#### 5.6 Academic Status While Repeating a Phase

Students who are given the opportunity to repeat a Phase will do so on probation, and they are expected to demonstrate improved academic performance (Annotation 9.5). While on probation, the student will come before CAPP if they receive an "F" as their final grade in a course, or if they accumulate four or more (≥4) additional marginality points during a Phase. If the student is successful in demonstrating an improved academic performance, the student will be taken off probation. Accumulation of new failures or marginality points while on probation may be grounds for dismissal.

### 5.7 Remediation of Failures

For detailed information on remediating failures, see the Assessment and Grading of Students in the LEARN Curriculum.

#### 5.7.1 Phase 1

In Phase I, each of the four components of the Biomedical Building Blocks (B3) course must be passed independently to achieve a final passing grade for the course. Failure to pass any B3 component, whether a result of a final overall component score of <65.0, an overall average on unit exams of <65.0, or a summative final exam score of <65.0, must be remediated. A maximum of two (2) remediation attempts is allowed. A student who fails a component will be assigned a grade of 'N' on CBase for the B3 course. Successful remediation of a failed component will result in the replacement of the 'N' on CBase with a Pass (P) grade for the B3 course. Failure to pass a component after the second remediation attempt will result in the replacement of the 'N' in CBase with a Fail (F) grade for the B3 course. Subsequent successful retake of the failed B3 component will result in an F/P grade on the transcript for the B3 course.

Failure to pass an Integrated Pathophysiology course, whether a result of a final overall course score of <65.0, an overall average on unit exams of <65.0, or a summative final exam score of <65.0, must be remediated. A maximum of two (2) remediation attempts is allowed. A student who receives an overall course score of ≥65.0, but whose overall average on unit exams is <65.0, or who receives a summative final exam score of <65.0, will be assigned a grade of 'N' on CBase for that IP course. Successful remediation of the failed exam(s) will result in the replacement of the 'N' on CBase with a Pass (P) grade for the course. Failure to pass the failed exam(s) after the second remediation attempt will result in the replacement of the 'N' on CBase with a Fail (F) grade for the course. Subsequent successful retake of a failed course will result in an F/P grad eon the transcript for the course.

**5.7.1.1 Shelf Rx for Students (Shelf Rx)**

Shelf Rx is an early warning system to identify students who may be at-risk for NBME shelf exam failure(s) in their Phase II clinical clerkships. Shelf Rx identifies at-risk students in Phase I and provides them with supplemental academic support to lessen their chances of experiencing shelf exam failures in Phase II. Shelf Rx is supportive, not punitive, and a student's Shelf Rx status is not noted in their academic record (i.e., transcript), nor is it reported in their Medical Student Performance Evaluation (MSPE).

Any student who has accumulated 4 marginality points (Annotation 9.5) or 4 or more suboptimal customized NBME exam scores (percent correct score < 70.0) in Academic Year 1 (AY1) is required to take the Comprehensive AY1 Customized NBME Assessment at the start of the Phase I summer break. The cost for the AY1 Customized NBME is covered by the Renaissance School of Medicine (RSOM). If a student scores ≥ 70.0 on the AY1 Customized NBME, no further intervention is required. If a student scores < 70.0, a customized supplemental academic support plan for the summer will be put in place. Development and oversight of the student's supplemental academic support plan is provided by the RSOM Learning Specialist, with the Associate Dean for Student Affairs and relevant Phase I course directors as guides in the process. Such students will meet with the Associate Dean for Student Affairs to decide if they are still eligible to participate in the Scholarly Concentrations Program, Global Health Program, or dual degree program during the summer between AY1 and AY2.

Any student who has accumulated 2 marginality points or 3 suboptimal customized NBME exam scores in AY1 is strongly recommended to take the Comprehensive AY1 Customized NBME Assessment at the start of the Phase I summer break. The cost for the AY1 Customized NBME is covered by the RSOM. If a student scores ≥ 70.0 on the AY1 Customized NBME, no further intervention is required. If a student scores < 70.0, the student may elect to have a customized supplemental academic support plan for the summer put in place, but they are not obligated to do so. Development and oversight of the student's supplemental academic support plan is provided by the RSOM Learning Specialist, with the Associate Dean for Student Affairs and relevant Phase I course directors as guides in the process. Such students may participate in the Scholarly Concentrations Program, Global Health Program, or dual degree program during the summer between AY1 and AY2.

**5.7.1.1.1 Preparation for the AY1 Customized NBME**

Students will take the AY1 Customized NBME Assessment at the designated time following the completion of AY1 courses. Students are strongly encouraged to meet with the RSOM Learning Specialist beforehand to review their performance in each of the AY1 courses, begin to assess their particular learning needs, and begin to develop their supplemental support study plan for the summer.

**5.7.1.1.2 Shelf Rx in Phase I AY2**

The Shelf Rx program continues to provide supplemental support to students in Phase I AY2. Students continue their work with the RSOM Learning Specialist on honing their study skills, time management, and test taking skills and strategies, as well as solidifying their content area knowledge.

Any student who accumulates an additional 2 marginality points (Annotation 9.5) or 2 or more suboptimal customized NBME exam scores (percent correct score < 70.0) in AY2 is required to take the NBME Comprehensive Basic Science Exam (CBSE) after completing Phase I and before starting clerkship rotations. The cost for the CBSE is covered by the RSOM. If a student scores ≥ 184 on the CBSE, no further intervention is required. If a student scores < 184, the student will be enrolled in a six-week supplemental support course, Learning Theory and Review in Basic Medical Sciences, which will be recorded on the student's transcript and noted in the MSPE. The start of the student's clinical rotations will be delayed by six weeks, at minimum. At the conclusion of the Learning Theory course, students will take the CBSE a second time. If a student scores ≥ 184 on this second CBSE, the student may begin clinical rotations. If a student scores < 184, the student will continue working with the RSOM Learning Specialist on an individual basis and their entry into clerkships will be further delayed. Such students will begin clinical rotations after they have scored at or above 184 on the CBSE.

**5.7.1.1.3 Shelf Rx in Phase II and Preparation for Clerkship NBME Subject Exams**

Students in the Shelf Rx program are strongly encouraged to take the NBME Clinical Mastery Series Exams (CMSE) prior to taking the NBME Subject Exams (aka shelf exams) in each Phase II clinical clerkship. The cost for each CMSE will be covered by the RSOM, and Shelf Rx students will be given a voucher to take the exam online. Shelf Rx students are strongly encouraged to meet with the RSOM Learning Specialist to review their performance on the CMSE and to prepare a study plan for the shelf exam.

#### 5.7.2 Phase II & III

Failure of a clinical course can occur in three ways:

1. Not meeting expectations of clinical performance and/or academic course work,
2. Lack of professionalism, and/or
3. Two NBME subject exam failures (Z+Z=F)

#### 5.7.3 NBME Subject Exam

A student must take a clerkship NBME subject exam (i.e., shelf exam) no later than two weeks after the start of the next next clerkship. If the student has no subsequent clerkship scheduled, they must take the shelf exam within two weeks of completing the clinical rotation.

A student must take a clerkship NBME subject exam (i.e., shelf exam) before taking a leave of absence. If a student does not take the shelf exam before being placed on an LOA, then the student must retake the entire clerkship.

A students who fails only the NBME subject exam in a clerkship will receive a temporary grade of 'Z' in that clerkship. If the student passes the retake exam, the 'Z' will be changed to the clerkship grade earned, either P, LP or F. Note: A student who has failed an NBME subject exam cannot earn an Honors or High Pass in a clinical course, i.e., there is no H or HP. A student who either accumulates two Z's at any time during Phase II or fails a clerkship will be stopped in their clinical rotations, and they will be reviewed by CAPP. Once both Z's are remediated, the student can resume clinical rotations. In the case of a clerkship failure, remediation must include a minimum of two weeks of additional clinical work, any additional remediation as determined by the clerkship director, and a passing grade on the NBME subject exam. The student's transcript will reflect the failed clerkship and a second entry will show the grade earned upon remediation, e.g. F/P.

If a student fails to take a scheduled NBME exam without an excused absence, they will be charged for any costs associated with the missed or unused exam, and they may have a Professionalism Note placed in their student record.

**5.7.3.1 Time Limit for Retaking a Failed NBME Subject Exam**

A student must retake a failed NBME Subject Exam no later than six weeks after the start of the next class' first block of clerkships.

#### 5.7.4 ICM Final OSCE and End-of-Phase II CPX

**5.7.4.1 ICM Final OSCE**

At the completion of Phase I, students must take and pass the ICM Final OSCE. Students who fail the ICM Final OSCE must successfully remediate by the end of the first clerkship block in Phase II. If the student fails the first retake, they have six months to take and pass a second retake. If the student fails the second retake, they will be reviewed by CAPP.

**5.7.4.2 End-of-Phase II CPX**

At the end of Phase II, students must take and pass the Clinical Performance Exam (CPX). Students who fail the CPX must remediate the failure by August 31st of Phase III.

Failure of both the ICM Final OSCE and the End-of-Phase II CPX will trigger a review by CAPP.

#### 5.7.5 Scheduling Make-Up Exams

Students are discouraged from taking any make-up exam in one course/clerkship while they are participating in another course/clerkship. Students who plan to take an exam in one course/clerkship during class time in another course/clerkship need the written permission of the Associate Dean for Student Affairs. Students who choose to take an NBME subject exam at a time when a regularly scheduled NBME exam is not being offered will bear the cost of the exam and the proctor.

### 5.8 In Good Standing

A student in good standing:

1. Has received passing grades in all courses, clerkships, electives, standardized patient exams and other mandatory exercises; and
2. Has passed the appropriate USMLE exams in the recommended time period during medical school; and
3. Is not on academic probation; and
4. Behaves in accordance with high standards of professional and academic ethics.

CAPP may review the record of any student who loses good standing. Absent an exception granted by CAPP, only students in good standing will be permitted to begin a new phase. Loss of good standing ends a student's eligibility for some special programs or activities, e.g. the Scholarly Concentrations Program, Global Health Program, dual degree programs, approval for conference travel, and permission to take clinical electives at other institutions. Loss of good standing results in loss of **Academic Eligibility for Financial Aid**. For purposes of international electives, due to travel arrangements involved, good standing will be assessed based on the student's record one semester before travel. However, students with concerns of chronic marginality may not be eligible for international electives or research scholarships. In such situations, the Associate Dean for Student Affairs will make the final decision regarding such eligibility.

A student who has lost good standing will return to good standing upon completion of the required remediation and of the required probation period.

### 5.9 Academic Probation

#### 5.9.1 Placement on Academic Probation

Students are placed on academic probation by CAPP as a warning that they are in danger of suspension or dismissal. CAPP may put a student on academic probation if the student:

1. Fails any course, clerkship, elective, or mandatory exercise;
2. Has been cited for lack of acceptable academic ethics or professional behavior (Note: Any professionalism concerns that rise to the level of CAPP will be noted in the student's MSPE.);
3. Does not take and/or pass USMLE Step 1 and Step 2 CK,in a timely manner;
4. Has two (2) or more Incompletes and/or "Z"'s; (Annotation 9.6)
5. Has a pattern of marginal academic performance. (Annotation 9.5)

#### 5.9.2 Ending Probation

CAPP may remove a student from academic probation after the student has, to the satisfaction of the committee, remedied the problem giving rise to probation. All assignments to probationary status will appear in the student's MSPE letter.

### 5.10 Suspension

A student will be automatically suspended, i.e. precluded from participation in academic and extracurricular activities, when the student:

1. Has been cited for lack of acceptable academic ethics or professional behavior as determined by the Vice Dean for Academic Affairs; and/or
2. Poses an imminent risk of danger to self, others, or the institution as determined by the Vice Dean for Academic Affairs.

The student has 14 days from notification of suspension to appeal the decision to the Dean of the School of Medicine. The suspension of any student who poses a threat to the community begins immediately. The Vice Dean will refer all such students to CAPP and/or Counseling and Psychological Services. The student is removed from the class list and from any remaining courses during the suspension period.

### 5.11 Mandatory Leave of Absence for Academic Remediation

A student will be automatically referred to CAPP and considered for a leave of absence for academic remediation and cessation of current academic activities if the student:

1. Accumulates eight marginality points in Phase I;
2. Accumulates four marginality points in Phase II;
3. Accumulates 14 marginality points at any time while in medical school;
4. Fails a clerkship;
5. Has two or more Incompletes and/or "Zs" in clinical coursework (Annotation 9.6);
6. Does not take the USMLE Step 1 or Step 2 CK exam by the stated deadlines; or
7. Fails the USMLE Step 1 or Step 2 CK exam more than once.

### 5.12 Medical Student Performance Evaluation (MSPE)

The deans in the Office of Academic and Faculty Affairs compose the MSPE letters. Each student chooses the dean whom they want to write their MSPE. Evaluative comments from required courses and clerkships are not substantively edited by the MSPE writers. The final draft of the MSPE is prepared after meeting with each student. Students are permitted to review the MSPE with the MSPE writer and correct factual errors, if any.

### 5.13 MSPE Quartile Determination

Although Renaissance School of Medicine does not have a formal class ranking system, students are placed into quartiles. Quartile determination is based solely on course grades weighted for course length. Class quartile is calculated based on academic performance in Phase I (35% ), Phase II ( 55% ), and Phase III (10%). The first quartile is the highest and represents the top students in a graduating class. MSPE quartile placement is based on a student's standing relative to other members of their graduating class, not their entering class.

## SECTION 6 – GUIDELINES FOR ACCOMMODATION FOR STUDENTS WITH DISABILITIES

### 6.1 Procedure for Determination of Disabilities and Accommodations*

The School of Medicine has specified certain criteria (Technical Standards) which all medical students are expected to meet in order to participate in the entire medical education program and the practice of medicine. These Technical Standards are not intended to deter any candidate or enrolled student for whom reasonable accommodation will allow the fulfillment of the complete curriculum. Candidates for admission, academic promotion, and graduation must meet these Technical Standards, with or without reasonable accommodation.

#### 6.1.1 Federal Law and University Policy

Federal law and University policy assure that *"no otherwise qualified handicapped individual ... shall solely by reason of his/her handicap be ... be denied the benefit of ... any program or activity receiving federal financial assistance."* In other

**9.2.1 USMLE Step 1**

***All students must successfully complete all Phase II requirements and take the USMLE Step 1 exam before beginning any Phase III courses.*** The deadline by which all students in each class must take Step 1 is provided in Table 9.1. This deadline is generally eight weeks following the end of the fourth block of Phase II clinical clerkships. Students who are "out of sync" and require additional time to complete all Phase II requirements, will have eight weeks from the time they complete all Phase II requirements in which to take Step 1. Such students must also successfully complete all Phase II requirements and take the USMLE Step 1 exam before beginning any Phase III courses. Any student who does not take Step 1 before the required deadline will be placed on a leave of absence for academic remediation, and this leave of absence will be noted in their MSPE.

In the event a student fails the first attempt of Step 1, the repeat examination must be taken within six months of the first attempt date. If a student fails Step 1 and has begun Phase III coursework, then the student may finish the course in progress, but then must stop all coursework. The student must retake Step 1 before continuing with any other coursework. A student who fails Step 1 a second time will be placed on a mandatory leave of absence for academic remediation. Such a student must take the repeat examination within six months of the second attempt date. A student who does not pass Step 1 within three attempts may be subject to dismissal after a review by the Committee on Academic and Professional Progress (CAPP).

**MSTP (MD/PhD) Students**

MSTP students must take Step 1 after completing Phase I and before starting their PhD program.

**9.2.2 Step 2 CK**

It is strongly recommended that students take Step 2 CK within 6-12 weeks of taking Step 1. All students' first attempt of Step 2 CK must be completed no later than December 15th of Phase III (see Table 9.1). April 30th of the graduation year is the deadline for passing Step 2 CK to graduate in May.

**Table 9.1. LEARN Curriculum Track deadlines for taking the USMLE Step 1 and Step 2 CK exams by graduation year. Dates for the RSOM Clinical Performance Exam (CPX) are also given.**

| Class of | Step 1 Deadline[1] | CPX Dates[2] | Step 2 CK Deadline |
|---|---|---|---|
| 2022 | March 5, 2021 | March 8-22, 2021 | December 15, 2021 |
| 2023 | March 4, 2022 | March 7-21, 2022 | December 15, 2022 |
| 2024 | March 10, 2023 | March 13-27, 2023 | December 15, 2023 |
| 2025 | March 8, 2024 | March 11-25, 2024 | December 15, 2024 |

[1]Deadline for students who are "out of sync" is eight (8) weeks from the date they complete all Phase II requirements.

[2]Dates are approximate and subject to the availability of the Clinical Skills Center.

**3YMD Curriculum Track**

Because the 3YMD Curriculum Track has a shortened Phase III, 3YMD students must take both the USMLE Step 1 and Step 2 CK exams generally within ten (10) weeks of completing all Phase II requirements (See Table 9.2). 3YMD students will take the Clinical Performance Exam (CPX) near the end of their fourth clinical clerkship block.

**Table 9.2. 3YMD Curriculum Track deadlines for taking the USMLE Step 1 and Step 2 CK exams by graduation year.[4]**

| Graduation Year | Step 1 Deadline[4] | CPX Dates | Step 2 CK Deadline[4] |
|---|---|---|---|
| 2022 | March 11, 2022 | December, 2021 | March 11, 2022 |
| 2023 | March 10, 2023 | December, 2022 | March 10, 2023 |
| 2024 | March 23, 2024 | December, 2023 | March 23, 2024 |

[4]Deadlines are approximate, and each 3YMD student will need to consult with the Director of the 3YMD Curriculum Track, Dr. Lisa Strano-Paul, to discuss scheduling their Step exams.

**9.3 Plagiarism**

The language or ideas taken from others may range from isolated formulas, sentences, or paragraphs to entire sections of books, periodical articles, speeches, or the writings of others. Plagiarism also includes offering someone else's work as one's own or submitting, without acknowledgment, materials assembled or collected by others in the form of projects or collections. Additional information about Plagiarism is available to students in CBase and at various orientation programs.

**9.4 Makeup Exam Policy**

Dates and times for *all* makeup/remediation exams will be established by the Office of Academic and Faculty Affairs in consultation with the course/component director(s). A student *must* take any make-up/remediation exam on its scheduled date and time. Inquiries regarding make-up/remediation examinations should be directed to the Assistant Dean of Student Affairs, Mary Jean Allen, in the Office of Undergraduate Medical Education, Level 4, Room 147, (631)444-2341 (mary.allen@stonybrookmedicine.edu ).

**9.5 Chronic Academic Marginality**

Academic marginality is determined by the number of marginality points a student accumulates. The initial grade that a student receives in a course or clerkship is used to determine marginality points. Marginal performance in Phase I is a final overall course grade of F or a final overall course grade of P with a final overall course score below 70.0. Marginal performance in Phases II and III is a final overall course/clerkship grade of F or LP. Marginality points are also assigned for failure of NBME Subject Exams, USMLE Step Exams, and RSOM summative OSCEs. Students who accumulate four or more marginality points at any time will be referred to the Associate Dean for Student Affairs. Students with chronic academic marginality5, irrespective of other grades, will be referred to CAPP, and may be at risk for dismissal. The number of marginality points for each course and component in LEARN is presented in Table 9.3.

**9.6 Two Incompletes and/or Zs**

A student who receives two (2) Incompletes (I) and/or Z's cumulatively must stop rotations and retake the failed exams and complete other unmet requirements before starting other coursework. The student may start an elective rotation while waiting for score reports from retaken exams.

**9.7 Decelerated Curriculum for Phases II and III**

If a student is brought to CAPP for significant academic difficulties, the student may request or CAPP may mandate (depending on the individual circumstances) that the student be placed in a decelerated curriculum that allows time for remediation of academic coursework. Such students may be at risk for failure of the required USMLE examinations. The recommended minimum time for concentrated study after failing an NBME subject examination in a clerkship is two weeks. At the end of each clerkship block, a student in a decelerated curriculum will stop clerkships to remediate one or more failed exams from prior clerkships. After the student successfully remediates such NBME failures, they may begin their next clerkship at that clerkships next scheduled start date.

Although the LEARN curriculum allows for 12 weeks of flexible time in Phase III, most students in decelerated curricula are likely to end up delaying their graduation date or year. Students in decelerated curricula must closely work with the Associate Dean for Student Affairs to plan their schedule carefully to minimize delays. Regardless, all students, except MSTP students, are required to complete all LEARN coursework within seven years of matriculation. Due to the nature of the pre-clinical curriculum, a deceleration of Phase I courses is not possible.

[5]Chronic academic marginality is defined as 8 marginality points in Phase I, 4 marginality points in Phase II, or 14 marginality points at any time in the curriculum.

**Table 9.3. Marginality points for each course and component in LEARN.**

| Phase I Course/Component | Marginality Points |
|---|---|
| TMDS | 2 |
| The Body | 2 |
| Molecular Foundations of Medicine | 2 |
| Basic Mechanisms of Disease | 2 |
| Pathogens and Host Defense | 2 |
| Biomedical Building Blocks | 8 |
| Integrated Pathophysiology: CPR | 4 |
| Integrated Pathophysiology: MBB | 3 |
| Integrated Pathophysiology: Endo/Repro | 2 |
| Integrated Pathophysiology: GI/N | 2 |
| Integrated Pathophysiology: MSK | 2 |
| ICM | 2 |
| MCS | 2 |
| TiME | 2 |
| ICM Final Summative OSCE | 3 |
| | |
| **Phases II and III Course/Component** | **Marginality Points** |
| TCC | 2 |
| NBME Subject Exam Failure (<5th percentile) | 2 |
| NBME Subject Exam Marginal Pass (5th-7th percentile) | 2 |
| Core Clerkship | 3 |
| Mini-Clerkship | 2 |
| Translational Pillar | 2 |
| End of Phase II CPX | 3 |
| Step 1 | 3 |
| Step 2 CK | 3 |
| Selective | 2 |
| Sub-internship | 3 |
| Elective | 2 |
| TTR-G | 2 |
| TTR-S | 2 |
| ACE | 2 |



Give us a call

For General Information
(631) 689-8333

For Renaissance School of Medicine Admissions (MD Program)
(631) 444-2113

For Undergraduate Medical Education
(631) 444-1030

For Graduate Medical Education *(Residency and Fellowship Programs)*
(631) 638-2698

Renaissance School of Medicine at Stony Brook University
101 Nicolls Road
Health Sciences Center, Level 4
Stony Brook, NY 11794-8434



© Copyright 2019 Stony Brook Medicine