# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

November 19, 2021

<u>VIA EMAIL ONLY</u>
Suzanne Shane
Associate Managing Counsel
Stony Brook Regional Office
Stony Brook University
Administration Building, Room 328
Stony Brook, NY 11794

Dear Ms. Shane,

    I received your letter dated today and would like to set up a time to discuss it with you as the information contained therein is not accurate. I am in the office next week Monday and Tuesday. Please let me know if you have any availability those days or alternatively we can set up a call for after the Thanksgiving holiday.

                         Sincerely,

                         Mary Vargas, Esq.
                         10 G Street NE, Suite 600
                         Washington, DC 20002
                         Tel. 240.793.3185
                         Fax 888.778.4620
                         mary.vargas@steinvargas.com