# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 8/4/2022          TIME: 2:00 PM          TIME IN COURT: 30 min

CASE:     **Sampson v. Stony Brook University et al**
          **2:22-cv-04490-JMA-AYS**

APPEARANCES:    For Plaintiff: Mary Vargas, Charles Weiner

                For Defendants:  Valerie Singleton

**FILED**
**CLERK**
8/4/2022 3:57 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone conference is scheduled for at   and will be conducted through the AT&T teleconference center.  Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other:  Defense to respond to preliminary injunction motion by 9/9/2022; plaintiff's reply due by 9/23/2022.  Any action on the plaintiff's status is stayed through 10/14/2022. A hearing on the preliminary injunction will be scheduled upon the completion of the Court's criminal trial.