UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON,<br><br>        *Plaintiff*,<br><br> v.<br><br>STONY BROOK UNIVERSITY; and MAURIE MCINNIS, in her official capacity as President of Stony Brook University,<br><br>        *Defendants*. | 2:22-cv-04490<br>(JMA) (AYS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the Attorney General of the State of New York, LETITIA JAMES, by HELENA LYNCH, Assistant Attorney General, of counsel, hereby appears as counsel for Defendants without waiver or prejudice with respect to any and all applicable defenses. All notices given in this action and all papers filed herein shall be served upon the undersigned at the address shown below.

Dated: Mineola, New York
   August 16, 2022

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendants*
By: s/ *Helena Lynch*
Helena Lynch
Assistant Attorney General, *of Counsel*
200 Old Country Road, Suite 240
Mineola, New York 11501
(516) 248-3312 | Helena.lynch@ag.ny.gov