IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 22-cv-04490 |
| | : JURY TRIAL DEMANDED |
| STONY BROOK UNIVERSITY; and MAURIE MCINNIS, in her official capacity as President of Stony Brook University, | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as attorney for Plaintiff Robert Sampson in the above captioned matter.

Dated: August 23, 2022

    /s/ Charles Weiner
Charles Weiner, Esquire (ID. No. 5445275)
Law Office of Charles Weiner
99 Lantern Drive, Suite 202
Doylestown, PA 18901
(267) 685-6311
charles@charlesweinerlaw.com

Counsel for Plaintiff