## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was served via the Court's CM/ECF on August 23, 2022, to the following counsel of record for Defendants:

Helena Lynch | Assistant Attorney General
Office of the New York State Attorney General
Nassau Regional Office
200 Old Country Road, Suite 240 | Mineola, New York 11501

                                            s/Mary C. Vargas