IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, : <br> : <br> Plaintiff, : <br> : CIVIL ACTION NO. 22-cv-04490 <br> v. : <br> : JURY TRIAL DEMANDED <br> STONY BROOK UNIVERSITY; and : <br> MAURIE MCINNIS, in her official capacity : <br> as President of Stony Brook University, : <br> : <br> Defendants. : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

      Kindly enter my appearance as attorney for Plaintiff Robert Sampson in the above captioned matter.

Dated: August 30, 2022

      /s/ Charles Weiner
Charles Weiner, Esquire (ID. No. 5445275)
Law Office of Charles Weiner
99 Lantern Drive, Suite 202
Doylestown, PA 18901
(267) 685-6311
charles@charlesweinerlaw.com

Counsel for Plaintiff