## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served via the Court's CM/ECF on

August 30, 2022, to the following counsel of record for Defendants:

Helena Lynch, Assistant Attorney General
Office of the New York Sate Attorney General
Nassau Regional Office
200 Old Country Road, Suite 240
Mineola, NY 11501
Email: Helena.lynch@ag.ny.gov


_____/s/_____
Charles Weiner, Esquire