# EXHIBIT 1

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 2 of 62 PageID #: 259



# Undergraduate Medical Education (/ugme)

**UGME (/ugme)  /  Academic Policy and Procedures**

## Academic Policy and Procedures

**Academic Policy and Procedures (with Annotations)**
**Office of Academic and Faculty Affairs**
**Updated July 1, 2022**

## SECTION 1: ADMINISTRATIVE STRUCTURE AND COMMITTEES

### 1.1 Introduction

The Medical Student Academic Policies and Procedures Manual is the official document on policies, procedures, and regulations for students attending Renaissance School of Medicine at Stony Brook University. Any individual who enrolls in the Renaissance School of Medicine at Stony Brook University voluntarily places oneself under the rules and regulations of the University, the School, and affiliated hospitals, and the individual agrees to abide by these rules and regulations. Therefore, students, faculty, and administrative personnel need to be familiar with these policies and procedures, and they are responsible for remaining familiar with these provisions. The School of Medicine faculty has established these policies and procedures in compliance with the Accreditation Standards and Elements of the Liaison Committee on Medical Education.

These policies and procedures were endorsed by the School of Medicine faculty to serve as guidelines for actions and decisions regarding academic policies and procedures. The Committee on Academic & Professional Progress (CAPP) is the body the faculty has charged with interpreting and applying the provisions herein. While every effort is made to provide accurate and current information, the School of Medicine reserves the right to change or amend policies, procedures, programs, and other matters without notice when circumstances dictate.  Note that some of the items in this manual have a more detailed explanation included in Section 9 as an Annotation.

### 1.2 Administrative Structure of the School of Medicine

The Dean of the School of Medicine is the Chief Academic Officer and has overall

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 4 of 62 PageID #: 261

responsibility for the school's educational, research, and clinical missions. The various functions related to medical education are distributed among members of the Office of the Dean.

The educational mission is the primary focus of the Vice Dean for Academic Affairs, who works in conjunction with the Vice Dean for Graduate Medical Education. Assistant and associate deans and senior professional staff oversee admissions, student affairs, academic advising, career counseling, curriculum, and evaluation and assessment. Services coordinated by these offices have been designed to assist students in achieving their educational goals, and include financial aid counseling and processing; registration and course scheduling; personal, academic and career counseling; residency application assistance; and other services.

### 1.3 Committees of the Faculty Senate
### 1.3.1 The Curriculum Committee

The Curriculum Committee is appointed by the Faculty Senate to develop and supervise the undergraduate medical education curriculum. The committee's functions include specifying the educational mission, goals, and objectives of the School of Medicine, defining the overall content of the curriculum, determining the length and sequence of courses, recommending course directors to the Dean of the School of Medicine, and regularly reviewing and evaluating individual courses and the curriculum as a whole. Student representation on this committee consists of one voting representative from each of the medical school classes chosen from students in good standing by the student body, and one voting member from the MSTP program chosen by fellow MSTP student members. The committee meets monthly.

### 1.3.2 The Committee on Academic & Professional Progress (CAPP)

The Committee on Academic & Professional Progress (CAPP) is appointed by the Faculty Senate to monitor students' adherence to academic and professional standards. CAPP is charged with making academic standing and professional progress decisions. Four elected student representatives, one from each of the medical school classes, serve as non-voting members of CAPP and participate in all

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 5 of 62 PageID #: 262

deliberations. The committee meets monthly.

If a student meets criteria for review by CAPP, the Associate Dean for Student Affairs will so notify the student and invite the student to meet with CAPP. Criteria for referral to CAPP include, but are not limited to, failure of two Phase I courses, failure of two NBME Clinical Science Subject Exams in Phase II, and/or behavioral or professionalism concerns at any time, among others. Although CAPP meetings are closed, but for invitees, and the deliberations are confidential, a student may bring a Renaissance School of Medicine medical student or faculty member as an advocate. Moreover, students may prepare a written statement to distribute to the committee before or during the meeting. Legal representation is not permitted at meetings of CAPP, and the proceedings of the meeting may not in any way be recorded by the student or the student's advocate.

### 1.3.2.1 CAPP Member Recusal

If a student is called to CAPP for an issue of an academic or professional nature, and that issue pertains to a particular course or clerkship, then any member of CAPP who serves as that course's or clerkship's director or co-director, or who is involved in evaluating or grading that student as it pertains to that particular course or clerkship, will recuse themselves from the discussion and voting process.

CAPP will consider the student's statements and academic record, as well as other supporting documents, and will decide on appropriate actions. CAPP's actions may include, but are not limited to, a letter of warning, remediation, or dismissal.  CAPP's decisions shall be transmitted by the Associate Dean for Student Affairs to the student, in writing, within ten days of the committee's review.

### 1.3.2.2 Permissible Appeals

CAPP's decisions are final except for the following permissible appeals:

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 6 of 62 PageID #: 263

1. Decisions other than those resulting in dismissal, suspension, or repeat of a year may be appealed back to CAPP if (a) pertinent evidence was available at the time of the initial review, but was not brought to the attention of CAPP, or (b) there was an error in the review process.

2. Decisions that result in dismissal, suspension, or repeat of a year may be appealed to the Dean of the School of Medicine. Students have 14 days from the date of notification to appeal the CAPP decision. If the student does not submit an appeal within 14 days, CAPP's decision becomes effective as of the 15th day. If there is an appeal, CAPP's decision is held in abeyance pending the outcome of the appeal.

### 1.3.2.3 Appeal Process

The student's written appeal must be submitted to CAPP (if based on subparagraph 1, above) or to the Dean of the School of Medicine (if based on subparagraph 2, above) within 14 calendar days of the notification date of the CAPP decision.  For appeals to CAPP, CAPP will review the appeal and notify the student of its determination within 30 days of receipt of the appeal. This CAPP decision will be final.

For appeals to the Dean of the School of Medicine, the Dean will review the student's file as it existed on the date of the CAPP meeting. The Dean will meet with the Chair and/or members of CAPP, the Associate Dean for Student Affairs, and the student before making a final decision on the appeal. The Dean's decision is final and is effective as of the date indicated on the Dean's decision letter. The Dean's final decision will be communicated to the student within 30 days of receipt of the appeal.

### 1.3.3 The Committee on Student Affairs

The Committee on Student Affairs (CoSA) considers and recommends to the Dean and the Executive Committee of the Faculty Senate matters affecting the well-being of the student body. The primary charge of this committee is to monitor all learning environment and mistreatment concerns reported by the students and to follow the

SMILE (/ugme/mistreatment_policy) program of the School of Medicine. The committee is co-chaired by one faculty member appointed by the Faculty Senate and one faculty member appointed by the Associate Dean for Student Affairs. Student representation on this committee consists of one voting student member from each medical school class who are chosen from among students in good standing by the student body.

## SECTION 2: CURRICULUM REQUIREMENTS FOR STUDENTS

### 2.1 LEARN Curriculum Guiding Principles
The **LEARN (/ugme/education/MD)** and **3YMD (/3YMD)** curriculum tracks adhere to the Curricular Guiding Principles (/system/files /UPDATED_LEARN_Curricular_Pedagogy_Guiding_Principles_Feb2021.docx) approved by the Renaissance School of Medicine Curriculum Committee.

### 2.2  Progress Through the Curriculum

Students in good standing automatically advance to the next course/course component, academic year, or curriculum phase.

### 2.3 Competencies and Institutional Learning Objectives
The School of Medicine has adopted six (6) Competencies and 20 Institutional Learning Objectives (/ugme/LEARN_curr/competencies) (ILOs) and the Association of American Medical College's 13 Core EPAs. As students progress through the curriculum, their achievement of ILOs and EPAs is tracked electronically and is available for viewing by both students and faculty. Students must achieve competence in all ILOs and EPAs prior to graduation.

### 2.4 Requirements for Promotion
In general, a student will not be promoted to the next academic phase until successfully completing all of the requirements of the preceding phase and meeting all health and certification requirements.

#### 2.4.1 LEARN Curriculum Track

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 8 of 62 PageID #: 265

#### Phase I Requirements

1. Successful completion of all Phase I courses (Annotation 9.1);

2. Passing grade on the ICM Final Objective Structured Clinical Examination (OSCE);

3. Successful completion of the HIPAA Policy and Procedure Training; and

4. Signing the SBU Organized Health Arrangement (HIPPA Confidentiality Agreement (https://cbase.som.sunysb.edu/hipaa_training/confidentiality2.cfm)).

#### Phase II  Requirements

1. Students may not begin Phase II until completing **all** Phase I requirements, including Basic Life Support (BLS) and Advanced Cardiac Life Support (ACLS) certifications;

2. Successful completion of all Phase II clerkships and courses (Annotation 9.1);

3. Successful completion of all Phase II clinical skills and conditions (Note: Students must document their completion of each clerkship's designated clinical skills and conditions in the Clinical Experiences e-Passport on CBase for release of grades.);

4. Passing score on the End-of-Phase II Clinical Performance Exam (CPX); and

5. Taking the USMLE Step 1  and Step 2 examinations by the designated deadlines. (Annotation 9.2)

#### Phase III Requirements

1. Students may not begin **any** Phase III coursework until completing all Phase II requirements and taking the USMLE Step 1 and Step 2 examinations by the designated deadlines;

2. Students must meet with a Specialty Advisor to discuss and plan their Phase III schedule **prior** to Phase III registration. Students must attest to meeting with

their chosen Specialty Advisor on CBase.

3. Successful completion of a minimum of forty (40) weeks of required coursework (Annotation 9.1); and

4. Passage of the USMLE Step 1 and Step 2 examinations.

### 2.4.2. 3YMD Curriculum Track

In general, students in the 3YMD curriculum track must fulfill the same requirements for promotion as students in the LEARN track (see Section 2.4.1 of the RSOM Academic Policies and Procedures). Additionally, 3YMD students are expected to meet the following academic performance standards:

1. Achieve a passing grade in all Phase I courses. Students who fail any Phase I course will exit the 3YMD track and enter the LEARN track;

2. Pass a remediation exam for any failed Phase I examination on the first attempt;

3. Pass all NBME Clinical Science Subject Exams on the first attempt. Any student who receives a 'Z' in a clinical clerkship will be moved to the four-year LEARN track.

4. Complete the USMLE Step 1 and Step 2 exams by the 3YMD designated deadlines and before beginning any Phase III coursework; (Annotation 9.2)

5. Pass the USMLE Step 1 and Step 2 exams on first attempt;

6. All USMLE exam results must be in by May of the third year;

7. Exhibit high standards of professional behavior as described in the *RSOM Academic Policies and Procedures* throughout the entire curriculum;

8. Complete the requirements for the MD degree in three years; and

9. Secured a direct linkage to a Graduate Medical Education (GME) program.

10. 3YMD students who enter the Shelf Rx program will be moved to the four-year LEARN track.

11. 3YMD students who meet the criteria for exiting the track do not need to go to CAPP prior to exiting the 3YMD track and entering the LEARN track.

### 2.5 Requirements for Graduation

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 10 of 62 PageID #: 267

The MD degree will be conferred by Stony Brook University upon persons who have met the following requirements:

### 2.5.1 LEARN (/ugme/education/MD) Curriculum Track

1. Students must successfully complete a minimum of 149 weeks of study in the LEARN curriculum track (Annotation 9.1).

2. Attended four (4) separate years of medical instruction and satisfactorily completed all coursework, examinations, and mandatory academic requirements;

3. Achieved passing scores on the USMLE Step 1 and Step 2 exams; (Annotation 9.2).

4. Maintained acceptable academic ethics and professional behavior;

5. Paid all tuition, fees, and fines in full;

6. For students who have received loans, completed an exit interview conducted by the Office of Student Affairs;

7. Entered PGY1 contact information into CBase; and

8. The School strongly recommends that students complete the AAMC Graduation Questionnaire as a professional obligation and contribution to future generations of RSOM students.

### 2.5.2 3YMD Curriculum Track

1. Students must successfully complete a minimum of 135 weeks of study in the **3YMD** curriculum track (Annotation 9.1).

2. Attended three (3) separate years of medical instruction and satisfactorily completed all coursework, examinations, and mandatory academic requirements;

3. Achieved passing scores on the USMLE Step 1 and Step 2 exams; (Annotation 9.2).

4. Secured a direct linkage to a GME position

5. Maintained acceptable academic ethics and professional behavior;

Case 2:22-cv-04490-JMA-AYS    Document 14-1    Filed 09/09/22    Page 11 of 62 PageID #: 268

6.  Paid all tuition, fees, and fines in full;

7.  For students who have received loans, completed an exit interview conducted by the Office of Student Affairs;

8.  Entered PGY1 contact information into CBase; and

9.  The School strongly recommends that students complete the AAMC Graduation Questionnaire as a professional obligation and contribution to future generations of RSOM students.

### 2.5.3 Time Limit for Degree Completion

Students must complete Phase I of the LEARN curriculum within three and one-half years after the date of first enrollment in the School of Medicine. There can be no more than two attempts to successfully complete Phase I of LEARN.

All requirements for the MD degree must be met within seven years after the date of first enrollment in the School of Medicine, or within five years after the date of first enrollment for a student who transfers into the School of Medicine after the first year. This time limit is exclusive of students in the MSTP or other approved combined degree programs.

Students who borrow should note that eligibility for loans carries time limits as well.

### 2.6 Combined Degree Program Requirements

### 2.6.1 Combined MD/PhD (Medical Scientist Training Program)

Students enrolled in the MSTP first complete Phase I of the LEARN curriculum and then pursue graduate study for three to four years. Upon completion of their graduate studies, students re-enter the School of Medicine and complete Phases II and III of LEARN.

MSTP students must take Step 1 after completion of all Phase I courses and before beginning graduate studies.

MSTP students receive eighteen (18) weeks of Phase III elective credit for completion

of PhD work. They must complete an additional twenty two (22) weeks of Phase III course work to attain the required forty (40) weeks of study. (Annotation 9.1)

### 2.6.2 Combined MD/MPH

The combined MD/MPH program requires the completion of all School of Medicine requirements for the MD and all 54 credits of the MPH program. However, students will receive up to 10 weeks of Phase III elective credit for the following MPH courses:

HPH 506   Biostatistics I    (3 weeks)
HPH 507   Biostatistics II    (3 weeks)
HPH 514   Epidemiology for Public Health (3 weeks)
HPH 542   Introduction to Global Health I (2 weeks)
HPH 546   Introduction to Global Health II (2 weeks)

In addition, the Program in Public Health will accept 6-9 credits from the School of Medicine for the following courses, which will substitute for a 3-credit course within the core MPH curriculum and 3-6 credits within the respective concentration:

MED 611   Introduction to Clinical Medicine (3 credits)
MED 612   Medicine in Contemporary Society (3 credits)
MED 616   Themes in Medical Education (3 credits)

Students have two options for completing the MD/MPH degree requirements:

Option 1: 5-Year Sequencing Option (RECOMMENDED): MD then MPH then MD
The student takes a one year Leave of Absence to participate in an Educational Program or Research between any two phases of the LEARN curriculum to enroll in full-time MPH course work. Some MPH course work does need to be taken during medical school.

Option 2: 4-Year Sequencing Option (NOT RECOMMENDED): MPH during MD
The student completes all MPH course work during medical school. Some MPH course work is required during the summer prior to beginning of medical school. (Note: Due to the rigorous nature of the MD program, students are **strongly discouraged** from pursuing Option 2.)

### 2.6.3 Combined MD/MBA

The combined MD/MBA program combines a 4 year MD degree and a 48 credit MBA degree. Students are expected to complete the majority of the MBA degree requirements either prior to starting the MD program or after completing the MD program. Due to the rigorous structure of the MD program, students should not enroll in MD and MBA courses concurrently. Students will receive 6 weeks of Phase III elective credit for the following MBA courses:

MBA 507   Ethics and Law (3 weeks)
MBA 522   Industry Project (3 weeks)

Students receive both degrees upon completion of the entire program. If a student withdraws from the combined program, they would receive only the MD or MBA, providing they completed all of the requirements for that particular degree.

### 2.6.4 Combined MD/MA
The combined MD/MA program combines a 4 year MD degree and an 18 credit MA degree in Medical Humanities, Compassionate Care and Bioethics. In addition to course work, MD/MA students must fulfill the requirements for the Scholarly Concentrations Program in Medical Humanities.

### 2.7 Electives
Elective courses allow students to experience various aspects of the field of medicine outside of the required courses. These courses provide an opportunity for a well-rounded medical education aligning students' career interests with their preparation for residency.

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 14 of 62 PageID #: 271

### 2.7.1 Phase I Electives

1. With the exception of some longitudinal electives that are open to Phase I students, students may not register for any elective that conflicts with required Phase I courses.

2. Phase I electives will appear on a student's official transcript. Up to four weeks of electives taken in Phase I will count towards the required number of elective weeks for graduation; however, the grades earned do not factor in MSPE quartile calculations.

3. Elective credit in Phase I is only given for courses or research offered at Stony Brook University.

4. Students on probation may not enroll in electives. The Committee on Academic and Professional Progress (CAPP) may limit electives for students who are not in good academic standing.  CAPP will determine academic standing on a case-by-case basis.

### 2.7.2 Phase III Electives

1. Phase III electives are either two or four weeks in length. Some electives are longitudinal, e.g. the student receives two weeks of credit for an elective they completed over an extended time period.

2. In order to ensure a well-rounded education, students are not permitted to take more than a **total** of four electives in any one specialty. This total **includes** electives taken here at Stony Brook and those taken elsewhere.

3. Students in the Scholarly Concentrations Program are required to take eight weeks of SCP Research Elective in Phase III. More than 8 weeks if research electives requires the approval of the Dean's Office.

4. Students outside of the Scholarly Concentrations Program may take up to 8 weeks of Research Elective in Phase III. More than 8 weeks will need the approval of the Dean's Office.

5. The minimum number of weeks that a student may register for a research elective is four.

6. All electives requested within two weeks of the start date must be pre-approved by the elective course director **and** by the Assistant Dean for Clinical Education.

7. Students are required to submit the appropriate Elective Approval Form to the Office of Student Affairs for final approval and course entry into CBase. Students will not receive credit for electives that are not approved and scheduled in CBase. **If you do not submit the Elective Approval Form to the Office of Student Affairs for final approval, the elective will not be scheduled in CBase and you will not get credit for the elective.**

### 2.7.3 Double Credit Policy

1. Students are not permitted to concurrently enroll in two electives listed as earning full-time elective credit. Students may take a two-week clinical elective twice to gain four weeks of exposure to a field. Students who do so will receive four weeks of elective credit in total, providing that the two elective blocks are not taken concurrently.

### 2.7.4 Away Electives

1. Students may not take more than 20 weeks of away electives.

2. In order to ensure a well-rounded education, students are not permitted to take more than a **total** of three away electives in any one specialty. Also see 2.7.2 for Phase III electives policies.

3. Students on away electives must be evaluated according to the RSOM Phase III Medical Student Evaluation Form – Sub-Internship/Electives. The student's RSOM

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 16 of 62 PageID #: 273

transcript will report the grade as reported by the host institution.

4. In order to provide accurate information for future students, we require all students taking away electives to complete an online Away Elective Course Evaluation Survey (survey link: https://stonybrookuniversity.co1.qualtrics.com /jfe/form/SV_5gzKmit6jGnKV93 (https://stonybrookuniversity.co1.qualtrics.com/jfe/form /SV_5gzKmit6jGnKV93)). This link is also on CBase.

5. In order for NYS to provide liability insurance coverage to students for away electives, NYS requires that an affiliation agreement be in place. A list of sites for which agreements are in place is available under the Course Information tab on CBase 2. If an affiliation agreement is not yet in place with an away site, the School of Medicine will make every effort to get one in place prior to the student's away rotation. In some instances, an agreement cannot be reached by both institutions. For example, Harvard does not enter into any affiliation agreements. In such cases, the away site often allows students to purchase their own liability insurance. Stony Brook students who want to do an away rotation at a site for which no affiliation agreement is in place, may do so if they purchase their own liability insurance. In all of these cases, students must submit the appropriate Elective Approval paperwork to the Dean's Office for approval.

**2.7.5 International Electives**
All international electives must first be approved by the Director of Global Medical Education.

**2.7.6 Assessment and Grading**
The following electives are Pass/Fail:
1.  All Phase I electives
2.  All two-week Phase III electives
3.  All non-clinical, non-research (primarily didactic-based) electives

All clinical/research electives longer than two weeks will use a five-tiered Honors/High Pass/Pass/Low Pass/Fail grading scheme, but they may be graded

Pass/Fail if so indicated in the course syllabus.

Given the broad range of courses and learning activities, the methods of student assessment may differ from course to course. However, all courses must use the same final grade submission form -- the Phase III Medical Student Evaluation Form – Sub-Internship/Electives –  that includes space for both the final course grade and narrative comments that will be included in the MSPE.

### 2.7.7 MSPE Quartile Determination

Phase III electives taken up to the first seven months of Phase III will be included in the MSPE quartile determination. Phase III electives will be weighted for the course duration and, regardless of the course grading scheme, will be counted as Pass/Fail. The MSPE will also include the narrative comments.

### 2.7.8 Submitting Electives Grades

All Phase I electives grades must be submitted no later than four weeks after the completion of the course. For Phase III electives, course directors must complete the final student Phase III Medical Student Evaluation Form – Sub-Internship/Electives that summarizes the student's performance and includes comments. Course directors must ensure that all clinical elective grades are submitted within six weeks of course completion, and grades for all non-clinical electives must be submitted within four weeks of course completion.

### 2.8 Placing Out of a Course

In special circumstances, a student may request to place out of a course. To determine whether this is possible, the student follows this process:

1. The student submits to the Registrar a course description of the course they completed along with an official transcript;

2. The Registrar forwards this information to the course director for review and recommendation on the student's request;

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 18 of 62 PageID #: 275

3. The course director communicates their recommendation to the Registrar; then

4. The Registrar notifies the student of the final decision and enters the decision into the student's permanent file.

## SECTION 3: PROFESSIONAL BEHAVIOR

### 3.1 Professional Behavior

Medical students are preparing for a career that demands the highest standards of honor, ethics, and professional behavior and appearance. All students are required to sign and act in accordance with the principles of the Student Honor Code (/som/StudentHonorCode). All students are required to act in accordance with the University Student Code of Responsibility (http://studentaffairs.stonybrook.edu/ucs/docs/universitystudentconductcode.pdf) and in accordance with the laws of the State of New York.

Renaissance School of Medicine at Stony Brook University promotes a sense of mutual respect among patients, faculty, staff, house staff, and students. Certain behaviors, such as violence, sexual harassment, and discrimination are inherently destructive to the student/teacher, student/patient, and student/student relationships. Other behaviors, such as making demeaning or derogatory remarks, or giving destructive criticism, are also inappropriate and interfere with professional identity formation and professional development. Unprofessional behavior may be reviewed by the CAPP and may result in disciplinary action. Student behavior may also be reviewed by the Student Honor Code Committee, which may forward recommendations for action to the Office of Student Affairs (OSA). The OSA may impose the Student Honor Committee's recommendations, wholly or in part, or refer the matter to CAPP. Any professionalism concerns that rise to the level of CAPP will be noted in the student's MSPE.

Students are expected to fulfill their clinical obligations while exhibiting "the highest level of professionalism and sensitivity to the diverse personal and cultural contexts

in which medical care is delivered" (RSOM Mission Statement (/mission)).

Students are expected to become familiar with and follow any written rules of conduct and professional behavior at any clinical or research site at which the student trains. Students accorded housing at such sites are expected to treat this space and their host institution with respect. Students who damage property, engage in unlawful behavior, or act unprofessionally in that space may be referred to the host institution's and/or RSOM's CAPP and are subject to such committee's decisions. If the student resides in group housing, all members of the group may be held responsible for any misconduct or damage that occurs in the space.

Students participating in The Body (anatomy) course are expected to treat the donor cadavers with the utmost respect and sensitivity. Donors and their family members understand that their remains will be used for educational and scientific purposes. The donors and their families deserve our admiration and deepest gratitude. To treat a cadaver in any way that does not serve educational or scientific purposes constitutes unprofessional behavior. This type of behavior includes, but is not limited to, the taking of photographs (film or digital images) that serve no educational or scientific purpose. Any student known to have taken such a photograph will be referred to the CAPP as having engaged in unprofessional behavior. Any student who has knowledge of a colleague having taken such a photograph is bound to follow the procedures of the Student Honor Code for dealing with unprofessional behavior by a colleague.

Students who exhibit behavioral problems may be referred by the Dean's Office or by CAPP to the University's Behavioral Assessment Committee on the main campus of Stony Brook University for further review and recommendations.

### 3.2 Social Networking Policy

Renaissance School of Medicine has a Social Networking Policy (/ugme /social_networking_policy), while Stony Brook University publishes Social Media Guidelines (http://www.stonybrook.edu/social/guidelines/). Students are expected to adhere to both.

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 20 of 62 PageID #: 277

### 3.3 Standards of Conduct for the Teacher-Learner Relationship

The School of Medicine is committed to maintaining a positive environment for study and training, in which individuals are judged solely on relevant factors such as ability and performance, and can pursue their educational and professional activities in a learning environment that is humane, respectful, and safe. Our core values are ICARE: Integrity, Compassion, Accountability, Respect and Excellence. Medical student mistreatment violates these fundamental principles and will not be tolerated in the medical school community.

#### 3.3.1 The Faculty Code of Ethics (/facultysenate/codeofethics)

Section 2, Respect for Persons, delineates faculty behaviors demonstrating respect for other persons and the prohibition against discrimination and harassment. "*All members of the medical school and its students are expected to adhere to this Code of Ethics (/facultysenate/codeofethics) in their interactions with patients, colleagues, other health professionals, students, other trainees, other staff, and the public.*"

### 3.4 Student Mistreatment

The full student mistreatment policy can be found at http://medicine.stonybrookmedicine.edu/ugme/mistreatment_policy (http://medicine.stonybrookmedicine.edu/ugme/mistreatment_policy).

Excerpts are provided below.

The School of Medicine has a school wide program entitled **WE SMILE** which is an acronym for "We can Eradicate Student Mistreatment In the Learning Environment." The six components of the WE SMILE program include a) Definition, b) Education, c) Reporting, d) Review and Adjudication, e) Enforcement, and f) Communication/Closing the Loop. The School has defined mistreatment as physical, verbal or emotional behavior that shows disrespect for medical students and unreasonably interferes with their respective learning process.

Examples of mistreatment include but are not limited to:

1. insults or unjustifiably harsh language in speaking to or about a person;

2. public belittling or humiliation;

3. requiring performance of personal services (e.g., shopping, babysitting);

4. intentional neglect or lack of communication (e.g., neglect, in a rotation, of students with interests in a different field of medicine);

5. disregard for student safety;

6. denigrating comments about a student's field of choice;

7. assigning tasks for punishment rather than for objective evaluation of performance;

8. exclusion of a student from any usual and reasonable expected educational opportunity for any reason other than as a reasonable response to that student's performance or merit;

9. other behaviors which are contrary to the spirit of learning and/or violate the trust between the teacher and learner.

### 3.5 Reporting Mistreatment

The School of Medicine has created multiple avenues to report mistreatment to encourage reporting as well as to track patterns and frequency of mistreatment in order to target specific prevention initiatives. Students should keep in mind that the range of responses available to the School of Medicine will be contingent not only on the nature of the mistreatment, but also the degree to which a student is willing to identify her/himself. Further, the School of Medicine may decide that a report of mistreatment rises to a level where University policy has been violated and be required to notify the Office of Diversity and Affirmative Action, Labor Relations, and/or University Police.

**All reports of mistreatment are anonymous unless the person reporting the mistreatment chooses to identify themselves. All reports of mistreatment are**

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 22 of 62 PageID #: 279

**held in the strictest confidence.**

### 3.5.1   Face to Face Report

1. **The Associate Dean for Student Affairs**:  Students may report any concerns of mistreatment directly to the Associate Dean for Student Affairs.

2.  **Student Focus Groups and Exit Interviews**: Non-teaching personnel in the School of Medicine conduct periodic focus groups and clerkship exit interviews with students. This serves as another safe venue for students to report learning environment concerns confidentially. Such reports will be directed to the Associate Dean for Student Affairs.

### 3.5.2   Online Reporting

1.  **Professionalism Note**: The Professionalism Note on the RSOM website (**https://cbase.som.sunysb.edu/cbase2/public/comments/index.cfm** (https://cbase.som.sunysb.edu/cbase2/public/comments/index.cfm)) allows any student/staff member/trainee/faculty to anonymously report potential concerns, or compliments, regarding the learning environment. Such reports will be reviewed by the Associate Dean for Student Affairs for appropriate further action.

2.  **Mistreatment Note**:  This note, in CBase (https://cbase.som.sunysb.edu /cbase2 (https://cbase.som.sunysb.edu/cbase2)), allows students to confidentially or anonymously report any mistreatment they have experienced or witnessed during their education at Stony Brook. Available 24/7, students may report events at the time they occur or at any later time, so that they can do so without fear of retribution. These reports are sent to the Associate Dean for Student Affairs for review.  Based on the review of the situation in conjunction with the student, the Associate Dean for Student Affairs may issue a report to the Committee on Student Affairs.

3.  **End of Course Evaluation Form in CBase**:  This form, completed by all students at the end of each course or clerkship, allows aggregate assessment of the prevalence of mistreatment and learning environment concerns

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 23 of 62 PageID #: 280

anonymously. It also allows any student to report a mistreatment incident during that course/clerkship confidentially to the Associate Dean for Student Affairs.

While all reports of mistreatment are confidential and separate from any academic record, there may be incident reporting of extreme situations where anonymity cannot be guaranteed. Students who are unsure of which route to take in addressing an incident of mistreatment can make use of consultation services of Counseling and Psychological Services at either the East Campus location (3rd floor, near the HSC Library) or West Campus location (2nd floor, Student Health Services Building). Licensed counselors are able to help a student talk through options available in a confidential setting including whether or not a student wants to report mistreatment.  In cases where the student wishes to maintain anonymity, the student may designate a proxy to present the information for review by the Committee on Student Affairs.

### 3.6 Academic Integrity

Academic Integrity The fundamental values of academic integrity - honesty, trust, fairness, respect, responsibility, and courage -  are of prime importance within the Renaissance School of Medicine and Stony Brook University communities. Every member of the RSOM community is expected to uphold and promote these communal standards.

Academic dishonesty includes any act that is designed to obtain fraudulently, either for oneself or for someone else, academic credit, grades, or other recognition that is not properly earned or that adversely affects another's grade or misrepresents one's academic status. Breaches in academic integrity are taken seriously and will be referred to the appropriate student conduct committee.

#### 3.6.1 Cheating

Dishonesty of any kind with respect to examinations, course assignments, alteration of records, or illegal possession of examinations shall be considered cheating. It is the responsibility of the student not only to abstain from cheating, but also to avoid the appearance of cheating and to guard against facilitating

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 24 of 62 PageID #: 281

cheating by others. Students who cheat, and students who help others cheat, are equally culpable of academic dishonesty. Students must also do everything possible to induce respect for the examining process and for honesty in the performance of assigned tasks, in and out of class.

### 3.6.2 Fabrication

Students and professionals are expected to be honest in their representations of fact and not report as true information they do not know to be true, i.e. they are to report only what they know to have a basis in fact.  Reporting false information in academic, research or patient care settings is forbidden.

### 3.6.3 Plagiarism

Honesty requires full acknowledgement of any words, data, ideas or materials taken from others and used for one's own written, graphic or oral use. Any student who fails to give credit for words, data, ideas or materials taken from other sources is guilty of plagiarism whether intentional or unintentional. (Annotation 9.3)

### 3.6.4 Scientific Misconduct

Students involved in research are expected to conduct themselves according to the highest standards of scientific integrity. Anyone conducting research involving human subjects is required to undergo training in the ethical conduct of human subjects research and have their research protocol reviewed and approved by the **Stony Brook University Institutional Review Board**. (http://research.stonybrook.edu/orc/humans/CORIHS/index.shtml#overview-of-human-subjects)

### 3.6.5 Appropriate Identification

It is improper for medical students to present themselves to patients or others as licensed physicians. In the clinical setting, students must wear, in a highly visible location, an official Stony Brook Medicine name badge which shows their name and photo as identification as a medical student. This badge should be worn in conjunction with additional name badges given to students at off-campus clinical training or research sites.

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 25 of 62 PageID #: 282

### 3.7 Sexual Harassment and Gender-Based Discrimination

In a combined effort with students, the RSOM administration has sought to expand the processes by which students can report occurrences of sexual harassment or gender-based discrimination. In addition to previous ways to report through CBase, Student Health Services, Counseling and Psychological Services and the Title IX Office, we have created a committee geared towards dealing with reports of gender-based mistreatment. Dr. Lauren Maloney has been appointed as the school's Gender-Based Mistreatment Liaison. Dr. Maloney is an Emergency Medicine Attending and a Renaissance School of Medicine Alumna. Reports may go directly to her. In addition, we have created a student committee with 1-2 students from each class serving as a representative who you can turn to. These students can help facilitate the reporting process and, if requested, maintain the reporter's anonymity. Dr. Maloney may be reached at lauren.maloney@stonybrookmedicine.edu.

### SECTION 4: GENERAL POLICIES

### 4.1 Communications

Each student is given an official @stonybrookmedicine.edu e-mail address and access to CBase, the web-based student academic record and course management system. Official communications from the school (deans, course directors, faculty, administrative support staff, etc.) occurs via the official @stonybrookmedicine.edu e-mail address that each student has been assigned. Students are responsible for accessing and reading their e-mail on a regular basis and, when required, responding appropriately and in a timely manner. The official email address of RSOM students is firstname.lastname@stonybrookmedicine.edu.    Students are responsible for maintaining an up-to-date personal profile in CBase.  If a student withdraws or is terminated, their email access is terminated generally within a three month period.

### 4.2 HIPAA Training & Confidentiality Agreement

All RSOM faculty, staff, and students at the Health Sciences Center (HSC) must be

Case 2:22-cv-04490-JMA-AYS    Document 14-1    Filed 09/09/22    Page 26 of 62 PageID #: 283

trained in HIPAA Policies and Procedures and must sign a **Confidentiality Agreement** **(https://cbase.som.sunysb.edu/hipaa_training/).** Instructions on fulfilling the HIPAA requirement can be found on CBase or on the HSC Training Website: https://cbase.som.sunysb.edu/hipaa_training (https://cbase.som.sunysb.edu/hipaa_training). All students must complete their training and sign the **Confidentiality Agreement** **(https://cbase.som.sunysb.edu/hipaa_training/)** by the end of their first semester enrolled in the School of Medicine.

### 4.3 Class Attendance and Work Hours

Each faculty member has responsibility and authority for matters pertaining to the general attendance and classroom/clinic conduct of students. Faculty members have the responsibility to notify students which class/clinic activities are mandatory. Except in extraordinary circumstances, these mandatory activities will appear on the official academic calendar at least 30 days prior to the scheduled activity.

#### 4.3.1 Training Sites

Students are assigned to their clinical training sites through a lottery system. If there are extenuating circumstances that affect a student at a particular training site, the student may request an alternate site by submitting a written request to the Associate Dean for Student Affairs.

#### 4.3.2 First Session and Day After Holiday Breaks

The first session of every course and clerkship is mandatory, regardless of whether it is indicated as such on the academic calendar on CBase. The first day of class following a holiday break is mandatory for all classes regardless of whether it is indicated as such on the academic calendar on CBase.

#### 4.3.2 Day Prior to NBME Shelf Exam

The day prior to an NBME shelf exam in a clinical clerkship is a scheduled work day, thus there is no designated study day before such exams.

#### 4.3.3 Work Hours

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 27 of 62 PageID #: 284

#### 4.3.3.1 Phase I Work Hours

The maximum number of hours students may be scheduled in instructor-led and self-directed learning activities in Phase I courses is five (5) per day and 25 per week. Generally, Phase I course activities are scheduled each day from 9:00AM to 12:00PM and 1:00PM to 3:00PM.

#### 4.3.3.2 Phases II and III Work Hours

The School of Medicine adheres to the Accreditation Council for Graduate Medical Education (ACGME) duty hour requirements for workload. Students are encouraged to report any violations of the eighty (80) hour limit and/or duty hour rules. Specifically, students may not be requested to work more than eighty (80) hours per week, averaged over a four (4) week period, inclusive of all in-house call activities. Duty periods must not exceed twenty four (24) hours in duration. Specifically, duty hours are defined as all clinical and academic activities related to the program; i.e., patient care (both inpatient and outpatient), administrative duties relative to patient care, the provision for transfer of patient care, time spent in-house during call activities, and scheduled activities, such as conferences. Duty hours do not include reading or preparation time spent away from the duty site. Students must be provided with one (1) day in seven (7) free from all educational and clinical responsibilities, averaged over a four (4) week period, inclusive of call. Adequate time for rest and personal activities must be provided. Adequate time is defined as a minimum of eight (8) hour time period provided between all daily duty periods and after in-house call. See the Stony Brook University Hospital Graduate Medical Education (GME) Duty Hours Policy (/sites/default/files/GME0010 Duty Hours.pdf) for detailed information.

### 4.4 Enrollment

Students must be registered for a minimum of twelve (12) weeks of coursework per medical school term to be considered active. There are a total of eight (8) terms during the four (4) years required for the MD degree. All blocks/holds in SOLAR (https://psns.cc.stonybrook.edu/psp/csprods/?cmd=login&languageCd=ENG) must be resolved in

order to be enrolled to avoid incurring late registration fees.

### 4.4.1 Enrollment in Dual Degree Programs (MD/PhD, MD/MPH, MD/MA, MD/MBA)

Students in dual degree programs may not enroll in more than one course per semester in the supplemental degree program while enrolled in Phase I courses. Such students must remain in good academic standing in the School of Medicine. If the student loses their good academic standing, then the student will be invited to CAPP, which may mandate completion of the joint program in five (5) rather than four (4) years.

### 4.5 Absences

Course requirements - including attendance requirements - are determined by course directors within the guidelines for managing courses found in the Course Director's Handbook (https://medicine.stonybrookmedicine.edu/cdh). Hence it is the course director who has the authority to determine the nature of any make-up work. When a student is excused from required course activities, the Dean's office will notify the course director, and it is the student's responsibility to arrange for and complete the make-up work in a timely fashion.

Students may be excused from mandatory coursework in certain circumstances with the approval of the Associate Dean for Student Affairs. Students enter their request for an excused absence in CBase (under Document/Excused Absence). Requests for excused absences on scheduled exam days will generally not be approved. The following are the only valid reasons for requesting an excused absence:

1. Medical illness or checkup, including care for an ill dependent (e.g. parent, child). *A doctor's note must be submitted to the Office of Student Affairs or uploaded to CBase **within 14 days** of the date of the absence. If no note is provided, the excused absence will convert to an unexcused absence.*

2. Death of a family member or significant other

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 29 of 62 PageID #: 286

3. Act of God, disaster, or nature occurrence

4. Significant educational experience. *Students who wish to be excused from mandatory academic activities for religious observance or once-in-a-lifetime educational experience must request an excused absence through CBase **at least 30 days before** the holiday or event.*

5. Religious observance. *Students who wish to be excused from mandatory academic activities for religious observance or once-in-a-lifetime educational experience must request an excused absence through CBase **at least 30 days before** the holiday or event.*

An absence for any other reason will be noted as unexcused. In general, students may not accumulate more than ten (10) excused absences per year. Students who accumulate more than ten (10) absences in a given year may be invited to CAPP. ***Students who accumulate three (3) or more unexcused absences will meet with the Associate Dean for Student Affairs. Students who accumulate five (5) or more unexcused absences may be invited to CAPP.***

Students requesting to attend professional conferences must be in good standing at the time of the conference. No student shall request an excused absence to attend more than three conferences throughout medical school.

In the case of inclement weather, students should call 631-444-SNOW or 631-632-SNOW, and read their emails to learn whether to report for exams or other mandatory activities. The Stony Brook University Emergency Management Website (http://www.stonybrook.edu/commcms/emergency/alerts/alerts.html) posts university information regarding university closings and other emergency notifications. Students are also strongly encouraged to sign up for SB Alert, the University's emergency notification system that automatically sends emergency alerts to mobile devices and computers. Sign-up for SB Alert (http://www.stonybrook.edu/commcms/emergency/alerts/alerts.html) is available on SOLAR (http://it.stonybrook.edu/services/solar).

### 4.6 Vacations and Religious Holidays

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 30 of 62 PageID #: 287

The School of Medicine academic calendar specifies the days on which there are no mandatory academic activities.  There are eight (8) official RSOM holidays:  Christmas Day-New Year's Day (winter break), MLK Day, Memorial Day, Juneteenth, 4th of July, Labor Day, Thanksgiving (day and day after).  Students who wish to be excused from mandatory academic activities for religious observance must request an excused absence through CBase *at least thirty (30) before* the holiday.  Missed work must be made up.

### 4.6.1 Phase III Students

Phase III students who are participating in sub-internships may be required to work on holidays. Attendance is at the discretion of the course director.

### 4.7 Leaves of Absence (LOA)

A leave of absence may be granted to enable a student to resolve personal, health, or academic problems, or to further their education away from the School of Medicine. Except for leaves granted pursuant to degree granting or other approved programs, the maximum cumulative leave of absence for personal or health problems or for supplemental education may not exceed a total of eighteen (18) months. All leaves of absence must be requested in writing and approved by the Associate Dean for Student Affairs. The Associate Dean may specify conditions that must be met for the student to be permitted to return after the leave of absence.

#### 4.7.1 Leave of Absence for Personal or Health Problems

Granted after a student has submitted a written request to the Associate Dean for Student Affairs containing supporting documentation and recommendation from the student's physician or other healthcare provider. All submitted materials will be kept in strict confidence.

#### 4.7.2 Leave of Absence for Academic Remediation

Students may request a leave of absence for academic remediation for completion or makeup of academic work if their performance indicates a pattern of chronic marginality. Such requests should be made in writing to the Associate

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 31 of 62 PageID #: 288

Dean for Student Affairs explaining the reason for the request and the time period requested with a recommendation from one of the School of Medicine's success coaches/learning specialists. A student will not be granted a leave of absence solely to avoid completing course requirements in a timely manner.

### 4.7.2.1 USMLE Deadlines

A student who fails to take the USMLE Step 1 or Step 2 exam by the stated deadline for their class or who requests extended time to prepare for and take a Step exam will be placed on an LOA for academic remediation, and this LOA will appear on the student's official transcript and be noted in the MSPE.

### 4.7.3 Leave of Absence to Participate in an Educational Program or Research

Students may request a leave of absence to participate in an educational program or research. Such requests should be made in writing to the Associate Dean for Student Affairs. The request must include a written petition specifying the goals, scope and duration of study, and written verification from the supervisor of such activity. ***Students may not take an LOA for research after July 1st of Phase III.***

Students taking a leave of absence (or gap year) may have tuition/financial aid implications depending on start/end dates. Semesters run July–Dec (Fall) and Jan–Jun (Spring). Contact Mary.Allen@stonybrookmedicine.edu (mailto:Mary.Allen@stonybrookmedicine.edu ) for tuition/financial aid questions. Contact Caroline.Lazzaruolo@stonybrookmedicine.edu (mailto:Caroline.Lazzaruolo@stonybrookmedicine.edu) for enrollment questions. *(Traditional 4-Year MD students are required to pay tuition for a minimum of 8 semesters. 3YMD and OMFS students are required to pay tuition for a minimum of 6 semesters.)*

### 4.7.4  Leave of Absence After Completion of Phase II

Students must complete both the USMLE Step 1 and Step 2 Exams and RSOM Clinical Performance Exam (CPX) prior to starting a leave of absence after completion of Phase II.

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 32 of 62 PageID #: 289

In accordance with SUNY policy and federal guidelines for the administration of Title IV financial aid programs, there are billing and financial aid regulations that must be followed when beginning a leave of absence immediately following completion of Phase II.

a. Phase II ends after the 100% tuition liability period for the spring term. Students beginning an LOA immediately after completing Phase II are NOT entitled to a refund of any portion of the spring term tuition.

b. Students receiving federal loans for living expenses are required to return a portion of the loan proceeds based on the last date of attendance for the spring term.  A Return of Title IV Funds calculation will be conducted by the university Financial Aid Office. The calculated loan funds returned to the federal government by the university will appear as a balance due to the university on the student's SOLAR account.

c. Students returning from an LOA at the scheduled start of Phase III the following year will be billed for spring tuition/fees for the academic period ending on June 30th of that year.  Fall tuition/fees will be charged for the period of July 1st through December 31st.

### 4.7.5 Returning from a Leave of Absence

A student wishing to return from a leave of absence must request, in writing, authorization to do so from the Associate Dean for Student Affairs. The petition must include the anticipated date of return. For medical leaves of absence, we require a standard "fit for duty" letter from the treating physician. Students returning from a gap year or LOA will be added to the appropriate Phase of the LEARN curriculum and will be required to fulfill the **current** requirements of that Phase. Certain school requirements may expire during an LOA (or gap year). Students are required to ensure that all requirements are up to date prior to returning to medical school and resuming coursework (i.e. all health requirements, Mask Fit, ACLS/BLS, etc.).

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 33 of 62 PageID #: 290

### 4.8 Withdrawal from the School of Medicine

Students may withdraw from the School of Medicine by notifying the Vice Dean for Academic Affairs in writing. Once approved, the decision is final and the student is no longer enrolled in the School of Medicine.

### 4.9 Supervision of Students

RSOM requires that medical students in clinical learning situations involving patient care are appropriately supervised at all times in order to ensure patient and student safety, that the level of responsibility delegated to the student is appropriate to their level of training, and that the activities supervised are within the scope of practice of the supervising health professional. These supervisory guidelines shall provide medical students with an educational program that is clinically and academically progressive and that complies with the requirements of RSOM. If any student believes that they have not been adequately supervised in the clinical environment, the student is strongly encouraged to submit a Clinical Supervision Note, which is under the Feedback and Assessments tab on CBase.

### 4.10 Evaluation of Faculty and the Curriculum by Students

The Office of Undergraduate Medical Education provides mechanisms for student input regarding their educational experiences at Stony Brook. These include student surveys, focus groups, exit interviews, and end of course evaluations. Such feedback is used by the Curriculum Committee to improve the structure and content of the educational program. End of course evaluations on CBase are required to be completed before students can view their grades. Likewise, course faculty are required to enter grades before they can view student evaluations.

### 4.11 Student Records

The School of Medicine Registrar's Office maintains a record for each student that includes an academic file. The file contains registration material, evaluation forms, academic summaries, and other relevant correspondence. The academic file contains

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 34 of 62 PageID #: 291

information deemed necessary for the proper documentation of the student's progress through the program. Student grades and evaluations are electronically posted on CBase, and students are encouraged to review them regularly. This electronic posting constitutes official notification of grades.

The maintenance and utilization of the student file are guided by national standards. The School of Medicine defines the official student record as stated by the *AAMC Handbook for Student Records Administrators*. A student has the right to inspect their academic file. Before the file is open to the student's inspection, it is checked for material not covered by the Family Educational Rights and Privacy Act of 1974 (Buckley Amendment, also commonly known as FERPA). A student wishing to review their official record must submit a written request to the RSOM Registrar and then make an appointment for review. Any School of Medicine faculty member who has a legitimate need to know may review a student's academic file with explicit permission from the Assistant Dean for Student Affairs.

### 4.12 Students and FERPA Guidelines

For the details regarding student rights and FERPA, visit the <u>SBU Registrar's FERPA website</u> (http://www.stonybrook.edu/commcms/registrar/policies/ferpa.html).      FERPA gives students the following rights regarding educational records:

1. Right of inspection records;
2. Right to challenge records believed to be inaccurate;
3. Right to consent to disclosure of personally identifiable records (with exceptions).

Upon written request, the School of Medicine shall provide a student with access to their educational records. The RSOM Registrar's Office has been designated by the institution to coordinate the inspection and review procedures for student education records, which include admissions, academic and financial files.

A students wishing to review their educational records must submit a written

requests to the RSOM Registrar's Office listing the item(s) of interest. Educational records covered by FERPA will be made available to the student within 45 days of the request.

Directory information, including name, address, phone number, email address, date of attendance, degree awarded, enrollment status, and major field of study will be disclosed to third parties upon such request without student permission (unless limited explicitly by the student).

However non-directory information, such as SSN, identification number, race, gender, transcripts and grade reports, requires student consent for release. Students may give consent for the release of records by going into CBase and checking off the release box under the Documents/Release Information tab to enable smooth processing of such requests.

Transcripts are sent out by the Registrar's Office. Transcript requests must be made in writing by the student. Except when legally permitted to do so, transcripts will not be released unless the student gives permission to release in CBase.

### SECTION 5: GRADES, FAILURES ACADEMIC STANDING, AND MSPE

Grades are recorded in each student's record in CBase and reported in the Medical Student Performance Evaluation (MSPE) sent to residency programs. The assignment and distribution of grades in a course are determined by the director of that course and are described in the syllabus of each course.

#### 5.1 Grading and Evaluative Comments

The School of Medicine uses a two-tier grading system (Pass, Fail) for Phase I courses and a five-tier grading system (Honors, High Pass, Pass, Low Pass, Fail) for Phase II and III clerkships and courses. For detailed information on current grading policies, For detailed information on current grading policies, see the Assessment and Grading in the LEARN Curriculum (/system/files /Assessment%20and%20Grading%202021-22%20202110220845.pdf) approved by the Curriculum Committee.

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 36 of 62 PageID #: 293

### 5.1 Grading and Evaluative Comments

The School of Medicine uses a two-tier grading system (Pass, Fail) for all Phase I courses, transition courses, translational pillars, longitudinal electives, two-week mini-clerkships, selectives, Advanced Clinical Experience, short courses, and non-clinical electives. The School uses a five-tier grading system (Honors, High Pass, Pass, Low Pass, Fail) for all core clinical clerkships in Phase II and sub-internships and clinical electives in Phase III. For detailed information on current grading policies, see the Assessment and Grading of Students in the LEARN Curriculum approved by the Curriculum Committee.

### 5.2 Grade Definitions
1. **Honors (H)** signifies exceptionally superior performance.
2. **High Pass (HP)** signifies above average performance.
3. **Pass (P)** signifies satisfactory performance.
4. **Low Pass (LP)** signifies less than satisfactory performance but not failing.
5. **Fail (F)** signifies that the student has not performed satisfactorily.

### 5.3 Other Grades

**Incomplete (I)** signifies that extenuating circumstances, usually out of the student's control, have prevented the student from completing the course requirements. A grade of Incomplete will be replaced by the final grade when the student completes the requirements.

**No Grade Yet (NGY )** will be given in a Phase I course to a student who meets one or more of the following criteria:
1. Receives an initial final overall course score less than 70.0
2. Averages less than 70.0 on all course unit exams
3. Receives a summative final exam score less than 70.0


An NGY is not a permanent grade that appears on the student's official transcript. The NGY will remain on CBase until the student either passes or fails

the first remediation attempt. If the student passes the first remediation attempt, the NGY on CBase will be replaced with a P, and a grade of Pass will be recorded on the student's official transcript. If the student fails the first remediation attempt, the NGY on CBase will be replaced with an F, and a grade of Fail will be recorded on the student's transcript. A student who Fails two Phase I courses will be invited to CAPP.

**Z** will be given in a core clinical clerkship to a student who has passed other elements of a clerkship, but who has failed the initial attempt of the NBME Clinical Science Subject Exam (i.e., shelf exam) for that clerkship. A Z is not a permanent grade that appears on the student's official transcript. If the student passes the second attempt of the NBME subject exam, the Z on CBase will be replaced with a P, and a grade of Pass will be recorded on the student's official transcript. A student with a Z may not earn a grade above Pass in that clinical clerkship, i.e., no H or HP will be awarded. If the student fails the second attempt, the Z on CBase will be replaced with an F, and a grade of Fail will be recorded on the student's transcript.

**Withdrawal (W)** signifies that the student withdrew before completing course objectives.

**Placed-Out (PO)** signifies that the student was given credit for a course by (a) having previously taken the same or a similar course and/or (b) by passing an exam deemed appropriate and sufficient by the course director. With the consent of both the course director and the Vice Dean for Undergraduate Medical Education, a student may substitute an alternative educational experience for any course if consistent with the learning objectives of that course.

### 5.4 Grade/Comment Reconsideration

At the completion of each course and clinical rotation, course directors are responsible for making grades and evaluation reports available on CBase as soon as

possible. Phase I faculty have four (4) weeks from the end of a course/component to submit final course/component grades. All clinical course grades must be submitted within six (6) weeks of course completion, and grades for all non-clinical courses must be submitted within four (4) weeks of course completion. Students will be notified by e-mail when grades are entered into or changed in CBase. Students are responsible for checking their own grades and for completing the course evaluations necessary to gain access to course grades.

A student who wishes to contest a final course/clerkship grade or evaluation must submit a written request for reconsideration to the course director within five (5) days after the grade has been posted. The course director, who may consult with the appropriate course/clerkship faculty, will notify the student of their decision regarding the student's request. If the student wishes to appeal the course director's decision, the student must submit an appeal in writing to the Chair of the Grade Appeals Committee (GAC), Dr. Eva Swoboda, within five (5) days of receiving the course director's decision. This written request must clearly state the basis for the appeal. The GAC is comprised of selected Phase I, Phase II and Phase III course directors in the SOM. If the course director who conducted the initial request for reconsideration is a member of the GAC, she/he will recuse themself from the proceedings and deliberations on that specific case to avoid any conflict of interest. The GAC will notify the student of its decision. If the student wishes to appeal the GAC's decision, she/he must submit an appeal in writing to the Associate Dean for Student Affairs within five (5) days of receiving the GAC's decision. The Associate Dean will rule on the matter, and the Associate Dean's ruling is final. The Associate Dean will notify the student of the final decision.

### 5.5 Failing an Academic Year

#### 5.5.1 Phase I
Failure of two Phase I courses constitutes a failure of Phase I. (**Note:** Biomedical Building Blocks (B3) is a single course.) A student who fails a course but who has not failed Phase I, will be given an opportunity to take a make-up exam or complete other remediation as determined by the course director. Annotation

9.4 details the process for taking a make-up exam.

CAPP may decide that a student who fails Phase I be dismissed or invited to repeat the Phase. At the Committee's discretion, any student who repeats Phase I may be exempted from re-taking courses in which s/he scored at or above the class mean.   CAPP may also require a student who displays a pattern of marginal academic performance (Annotation 9.5) to repeat a Phase, or CAPP may dismiss the student from the educational program.

### 5.5.2 Phase II & III

The criteria for passing a clinical course are included in each course syllabus, but generally student achievement is measured by clinical performance, and performance on assignments and written, oral or practical exams. All core clerkships require passage of an NBME subject exam at the 5th percentile level, at minimum, as determined by the latest academic year norms from the NBME for examinee performance.

#### 5.5.2.1

If a student accumulates two Zs during the clinical phases, fails a clinical clerkship, or accumulates a total of 14 marginality points, the student will be stopped from further rotations. The student will also be referred to CAPP. Those students with chronic marginality are at risk for delayed graduation or dismissal from the school.

#### 5.5.2.2

Progress through Phases II & III will be interrupted if a student is put on probation or is suspended.  A student who is on probation may not begin any new clerkship or elective clinical course.  A student who is suspended will be precluded from participation in all academic and extracurricular activities.

#### 5.5.2.3

A student may start a new clinical rotation after having received a Z in a single clerkship.

**5.5.2.4**

Failure of the mandatory clinical performance exam (CPX) at the end of Phase II requires remediation by August 31st of Phase III.

### 5.6 Academic Status While Repeating a Phase

Students who are given the opportunity to repeat a Phase will do so on probation, and they are expected to demonstrate improved academic performance (Annotation 9.5). While on probation, the student will come before CAPP if they receive an "F" as their final grade in a course, or if they accumulate four or more (≥4) additional marginality points during a Phase. If the student is successful in demonstrating an improved academic performance, the student will be taken off probation. Accumulation of new failures or marginality points while on probation may be grounds for dismissal.

### 5.7 Remediation of Failures

For detailed information on remediating failures, see the Assessment and Grading of Students in the LEARN Curriculum (/sites/default/files /Assessment%20and%20Grading%20LEARN%20Curriculum%202018-19%20FINAL%2020180824.pdf).

### 5.7.1 Phase 1

In Phase I, each of the four components of the Biomedical Building Blocks (B3) course must be passed independently to achieve a final passing grade for the course. Failure to pass any B3 component, whether a result of a final overall component score of <65.0, an overall average on unit exams of <65.0, or a summative final exam score of <65.0, must be remediated. A maximum of two (2) remediation attempts is allowed. A student who fails a component will be assigned a grade of 'N' on CBase for the B3 course. Successful remediation of a failed component will result in the replacement of the 'N' on CBase with a Pass (P) grade for the B3 course. Failure to pass a component after the second remediation attempt will result in the replacement of the 'N' in CBase with a Fail (F) grade for the B3 course. Subsequent successful retake of the failed B3

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 41 of 62 PageID #: 298

component will result in an F/P grade on the transcript for the B3 course.

Failure to pass an Integrated Pathophysiology course, whether a result of a final overall course score of <65.0, an overall average on unit exams of <65.0, or a summative final exam score of <65.0, must be remediated. A maximum of two (2) remediation attempts is allowed.  A student who receives an overall course score of ≥65.0, but whose overall average on unit exams is <65.0, or who receives a summative final exam score of <65.0, will be assigned a grade of 'N' on CBase for that IP course.  Successful remediation of the failed exam(s) will result in the replacement of the 'N' on CBase with a Pass (P) grade for the course.  Failure to pass the failed exam(s) after the second remediation attempt will result in the replacement of the 'N' on CBase with a Fail (F) grade for the course.  Subsequent successful retake of a failed course will result in an F/P grad eon the transcript for the course.

### 5.7.1.1 Shelf Rx for Students (Shelf Rx)

Shelf Rx is an early warning system to identify students who may be at-risk for failing the NBME Clinical Science Subject Exam, i.e., Shelf Exam, in their Phase II clinical clerkships. Shelf Rx identifies at-risk students in Phase I and provides them with supplemental academic support to lessen their chances of experiencing shelf exam failures in Phase II. Shelf Rx is supportive, not punitive, and a student's Shelf Rx status is not noted in their academic record (i.e., transcript), nor is it reported in their Medical Student Performance Evaluation (MSPE).

Any student who has failed (percent correct score < 70.0) 4 or more customized NBME exams or NBME-style in-house exams in Academic Year 1 (AY1) will enter the Shelf Rx program. Students in the Shelf Rx program are required to participate in the Summer Success Program, which includes taking a Comprehensive AY1 Customized NBME. The cost for the AY1 Customized NBME is covered by the Renaissance School of Medicine (RSOM).

The results on the AY1 Customized NBME Assessment are used to develop a

personalized academic support plan for each Shelf Rx student. Development and oversight of the student's individualized plan is provided by an RSOM Success Coach, with the Associate Dean for Student Affairs and relevant Phase I course directors as guides in the process. Together, this team will work with the student throughout the Summer Success Program to support the student in attaining the plans goals and objectives.

While participating in other summer programs such as the Scholarly Concentrations program, Global Health, combined degrees program, and clinical shadowing may make it more challenging for a student to attain the goals and objectives in their Summer Success Program plan, the School of Medicine recognizes the significant value these experiences provide to medical students in their educational and career development. Therefore, most Shelf Rx students may participate in these summer programs while also participating in the SSP. Any Shelf Rx student who does not complete the SSP by August 15th of AY2 will be invited to CAPP.

Any student who has failed (percent correct score < 70.0) 3 customized NBME exams or NBME-style in-house exams in Academic Year 1 (AY1) will be strongly encouraged to participate in the Shelf Rx program. If the student chooses to participate in Shelf Rx, they may want to take the Comprehensive AY1 Customized NBME Assessment during the summer. If they so choose, the cost for the AY1 Customized NBME is covered by the Renaissance School of Medicine (RSOM). Similar to those students who are required to participate in Shelf Rx, the results on the AY1 Customized NBME Assessment are used to develop an individualized plan for the Summer Success Program. Development and oversight of the student's individualized plan is provided by an RSOM Success Coach, with the Associate Dean for Student Affairs and relevant Phase I course directors as guides in the process. Together, this team will work with the student throughout the Summer Success Program to support the student in attaining the plans goals and objectives. Volunteer Shelf Rx students may fully participate in summer enrichment programs while working on their SSP plan, but they are

also encouraged to complete their SSP plan by August 15th of AY2. Volunteer students will not be invited to CAPP should they not fulfill their SSP stated goals and objectives.

### 5.7.1.2 Preparation for the AY1 Customized NBME Assessment

Students will take the AY1 Customized NBME Assessment at the designated time following the completion of AY1 courses. Although students are strongly encouraged to meet with an RSOM Success Coach beforehand to review their performance in each of the AY1 courses, they need not undertake a formal review of AY1 subject matter prior to taking the assessment. The AY1 Customized NBME Assessment is purely intended to serve as a formative assessment to identify the student's areas of strength and areas in need of improvement. The results will be used to inform the creation of the student's PASS.

The Office of Academic Affairs has developed a Guide to the AY1Customized NBME Assessment, and students are encouraged to review the Guide prior to taking the assessment so as to get a sense of the AY1 Assessment's content and goals, as well as responses to Frequently Asked Questions (FAQs).

### 5.7.2 Shelf Rx in Phase I AY2

The Shelf Rx program continues to provide supplemental support to students in Phase I AY2. Students who entered Shelf Rx in AY1 continue their work with their RSOM Success Coach on updating their Personalized Academic Success Syllabus (PASS) and honing their academic success skills.

Any student who fails (percent correct score < 70.0) 2 or more customized NBME exams or NBME-style in-house exams in AY2 will enter the Shelf Rx program, if they are not already in the program. A student entering the Shelf Rx program in AY2 will work with an RSOM Success Coach on developing their PASS.

All Shelf Rx students are required to take the NBME Comprehensive Basic Science Exam (CBSE) after completing Phase I and before starting Phase II

clinical clerkship rotations. The cost for the CBSE is covered by the RSOM. The CBSE score is reported as a two-digit equated percent correct, which is statistically adjusted from the actual percent correct to account for variations in difficulty from test to test. If a student scores ≥ 70 on the CBSE, no further intervention is required. If a student scores < 70, the student will enter a decelerated clerkship track. The decelerated clerkship track provides the student with additional time to prepare for the clerkship NBME Shelf Exams.

### 5.7.3 Shelf Rx in Phase II and Preparation for NBME Shelf Exams

All students on a decelerated clerkship track are required to take an NBME Clinical Mastery Series Exam (CMSE) prior to taking each clerkship NBME Shelf Exam in Phase II. All other Shelf Rx students are strongly encouraged to also take the CMSE prior to each shelf exam. The cost for the CMSEs will be covered by the RSOM, and Shelf Rx students will be given a voucher to take the CMSE online. Shelf Rx students are strongly encouraged to continue following their PASS, including meeting with their Success Coach to review their performance on the CMSE and to prepare a study plan for the subsequent shelf exam.

### 5.8 NBME Clinical Science Subject Exams in Phase II

All students must take the clerkship NBME Clinical Science Subject Exam no later than two weeks after the start of their next clerkship. If a student has no subsequent clerkship scheduled, the student must take the subject exam within two weeks of completing the clinical rotation.

A students who fails only the NBME subject exam in a clerkship will receive a temporary grade of Z in that clerkship. If the student passes the retake exam, the Z will be replaced by the clerkship grade earned, either P, LP or F. A student who has failed an NBME subject exam cannot earn an Honors or High Pass in a clinical clerkship, i.e., there is no H or HP.

A student who either accumulates two Z's at any time during Phase II or fails a clerkship will be stopped in their clinical rotations, and they will be reviewed by CAPP. The student can resume clinical rotations only after both Z's have been

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 45 of 62 PageID #: 302

successfully remediated. In the case of a clerkship failure, remediation of the clerkship must include a minimum of two weeks of additional clinical work, any additional remediation as determined by the clerkship director, and a passing grade on the NBME subject exam. Upon successful remediation of the clerkship, the student's academic record will reflect the failed clerkship; a second entry will show a grade of Pass, i.e., F/P.

If a student fails to take a scheduled NBME subject exam without an excused absence, they will be charged for any costs associated with the missed or unused exam, and they may have a Professionalism Note placed in their student record.

If a student wishes to take a leave of absence upon completing a clerkship, the student must take the clerkship NBME subject exam before taking the leave. If a student does not take the subject exam before being placed on an LOA, then the student must retake the clerkship in its entirety.

### 5.8.1 Time Limit for Retaking a Failed NBME Subject Exam
A student must retake a failed NBME subject exam no later than six weeks after the start of the next class' first block of clerkships. Out of sync students must retake a failed NBME subject exam no later than six weeks after the end of their last clerkship.

### 5.9 Introduction to Clinical Medicine (ICM) Final OSCE and End-of-Phase II Clinical Performance Exam (CPX)

### 5.9.1 ICM Final OSCE
At the end of Phase I, students must take and pass the ICM Final OSCE. Students who fail the ICM Final OSCE must successfully remediate the failure by the end of the first clerkship block in Phase II. If the student fails the first retake, they have six months to take and pass a second retake. If the student fails the second retake, they will be reviewed by CAPP.

### 5.9.2 End-of-Phase II CPX
After the completion of Phase II, students must take and pass the CPX. Students

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 46 of 62 PageID #: 303

who fail the CPX must successfully remediate the failure by August 31st of Phase III.

A student who fails both the ICM Final OSCE and the End-of-Phase II CPX will be invited to CAPP.

## 5.10 In Good Standing

A student in good standing:

1.   Has received passing grades in all courses, clerkships, electives, standardized patient exams, and other mandatory exercises; and

2.   Has passed the appropriate USMLE exams in the recommended time period during medical school; and

3.   Is not on academic probation; and

4.   Behaves in accordance with high standards of professional and academic ethics. CAPP may review the record of any student who loses good standing. Absent an exception granted by CAPP, only students in good standing will be permitted to begin a new phase. Loss of good standing ends a student's eligibility for some special programs or activities, e.g. the Scholarly Concentrations Program, Global Health Program, dual degree programs, approval for conference travel, and permission to take clinical electives at other institutions. Loss of good standing results in loss of **Academic Eligibility for Financial Aid (/ugme/financialaid#eligibility).** For purposes of international electives, due to travel arrangements involved, good standing will be assessed based on the student's record one semester before travel. However, students with chronic academic concerns may not be eligible for international electives or research scholarships. In such situations, the Associate Dean for Student Affairs will make the final decision regarding such eligibility.

A student who has lost good standing will return to good standing upon completion of the required remediation and of the required probation period.

## 5.11 Academic Probation

### 5.11.1 Placement on Academic Probation

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 47 of 62 PageID #: 304

Students are placed on academic probation by CAPP as a warning that they are in danger of suspension or dismissal. CAPP may put a student on academic probation if the student:

1. Fails any course, clerkship, elective, or mandatory exercise;

2. Has been cited for lack of acceptable academic ethics or professional behavior (Note: Any professionalism concerns that rise to the level of CAPP will be noted in the student's MSPE.);

3. Does not take and/or pass USMLE Step 1 and Step 2, in a timely manner;

4. Has two (2) or more Incompletes and/or "Z"'s; (Annotation 9.4)

5. Has a pattern of chronic academic concerns.

### 5.11.2 Ending Probation
CAPP may remove a student from academic probation after the student has, to the satisfaction of the committee, remedied the problem giving rise to probation. All assignments to probationary status will appear in the student's MSPE.

### 5.12 Suspension
A student will be automatically suspended, i.e. precluded from participation in academic and extracurricular activities, when the student:

1. Has been cited for lack of acceptable academic ethics or professional behavior as determined by the Vice Dean for Undergraduate Medical Education; and/or

2. Poses an imminent risk of danger to self, others, or the institution as determined by the Vice Dean for Undergraduate Medical Education.

The student has 14 days from notification of suspension to appeal the decision to the Dean of the School of Medicine. The suspension of any student who poses a threat to the community begins immediately. The Vice Dean will refer all such students to CAPP and/or Counseling and Psychological Services. The student is removed from

the class list and from any remaining courses during the suspension period.

### 5.13 Mandatory Leave of Absence for Academic Remediation

A student will be referred to CAPP and placed on a Leave of Absence for Academic Remediation for the following circumstances:

**Phase I**
1. Failure of any two courses
2. Accumulation of two Incompletes
3. Failure of the Final ICM OSCE

**Phase II**
1. Failure of any one clerkship
2. Accumulation of two Zs

**Phase III**
1. Failure to take the USMLE Step 1 or Step 2 exams by the stated deadlines
2. Failure of the USMLE Step 1 or Step 2 exams more than once
3. Failure of any one course

### 5.14 Medical Student Performance Evaluation (MSPE)
The deans in the Office of Undergraduate Medical Education compose the MSPE letters. Each student chooses the dean whom they want to write their MSPE. Evaluative comments from required courses and clerkships are not substantively edited by the MSPE writers. The final draft of the MSPE is prepared after meeting with each student, and students are permitted to review the MSPE with the MSPE writer and correct only factual errors, if any.

### 5.15 MSPE Quartile Determination
Although Renaissance School of Medicine does not have a formal class ranking system, students are placed into quartiles just before the MSPEs are released to residency programs. Quartile determination is based solely on course grades weighted for course length. Class quartile is calculated based on academic

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 49 of 62 PageID #: 306

performance in Phase I (35%), Phase II (55%), and Phase III (10%). The first quartile is the highest and represents the top students in a graduating class. MSPE quartile placement is based on a student's standing relative to other members of their graduating class, not their entering class.

## SECTION 6 – GUIDELINES FOR ACCOMMODATION FOR STUDENTS WITH DISABILITIES

### 6.1 Procedure for Determination of Disabilities and Accommodations*

The School of Medicine has specified certain criteria (Technical Standards) (/sites /default/files/Technical%20Standards%20FINAL%20011315.docx) which all medical students are expected to meet in order to participate in the entire medical education program and the practice of medicine. These Technical Standards are not intended to deter any candidate or enrolled student for whom reasonable accommodation will allow the fulfillment of the complete curriculum. Candidates for admission, academic promotion, and graduation must meet these Technical Standards, with or without reasonable accommodation.

#### 6.1.1 Federal Law and University Policy

Federal law and University policy assure that *"no otherwise qualified handicapped individual ... shall solely by reason of his/her handicap be ... be denied the benefit of ... any program or activity receiving federal financial assistance."* In other words, a student with a physical, psychological, medical or learning disability that may impact their coursework, may have a right to "reasonable accommodations," e.g. extra time on written exams, special support facilities, special transportation or parking facilities, etc.

#### 6.1.2 Seeking Appropriate Accommodations

Students are responsible for seeking accommodations, though the School of Medicine is ready and willing to help. The Student Accessibility Support Center (https://www.stonybrook.edu/dss/) (SASC) is the Stony Brook office that works with a student to assure every request for accommodations is handled appropriately. Any

student seeking assistance from the SASC office must self-disclose the believed presence of a specific disability. In order to receive services, appropriate documentation, complete with a diagnosis and stated specific limitations, must be provided to the SASC. All information and documentation are confidential.

If necessary and if the student requests, the School of Medicine will help the student to get tested for a disability and also facilitate SASC review to determine what accommodations are necessary and appropriate. A student who already has a documented disability may contact SASC directly (631-632-6748). A student who wishes to determine whether or not they have a disability that qualifies for accommodations, should notify the Associate Dean for Student Affairs of their desire. At that point three avenues are available:

1. For psycho-educational testing, the student will usually be referred to the Krasner Psychological Center (KPC) on West Campus (631-632-6720). KPC conducts a wide array of testing depending on the question at hand (e.g. ADHD evaluation). KPC does not accept insurance, but their fees are based on a sliding scale according to income. The KPC also offers reduced fees to Stony Brook University students. The student must pay the testing fee upfront, and then submit a claim to their health insurance provider. Some insurers may reimburse a portion of the out-of-pocket expense.

2. If the Committee on Academic and Professional Progress (CAPP) recommends that a student undergo psycho-educational testing, the School of Medicine will cover the reasonable out-of-pocket costs that are not covered by the student's insurance. The student must arrange to have the test results forwarded, in confidence, to the Office of Academic and Faculty Affairs. The student will also receive a copy of the report.

3. A student who needs other than psycho-educational testing will, with the assistance of the Office of Undergraduate Medical Education, be referred for the necessary testing to an appropriate specialist or facility.

Case 2:22-cv-04490-JMA-AYS    Document 14-1    Filed 09/09/22    Page 51 of 62 PageID #: 308

A student may choose to pay out-of-pocket for testing from a private specialist or facility. Sharing the results with the Office of Undergraduate Medical Education will, if accommodations are granted, better enable the school to tailor the accommodations to the student's needs.

When a student has documentation of a disability, they should contact the Student Accessibility Support Center (https://www.stonybrook.edu/dss/) to arrange an appointment (631-632-6748) in order to determine eligibility for accommodations. SASC reviews the available information and determines for what, if any, accommodations the student qualifies. This determination is confidential and the student determines who is notified. If the accommodation is being sought in the School of Medicine, the confidential notification must be sent to the Assistant Dean for Student Affairs. A copy of this notification, as well as the testing report, if available, will be securely placed by the Registrar in the confidential portion of the student record. SASC, the student, and the Office of Undergraduate Medical Education will come to an accord regarding what constitutes an accommodation that is "reasonable" in the School of Medicine. The School of Medicine's internal decisions about disability and accommodations do not govern the National Board of Medical Examiners' licensing exams.

The policies of the School of Medicine require that if a student wishes to take advantage of SASC and School approved accommodations, ***the student is responsible for notifying directors of courses/clerkships in which the accommodations are sought. The notification must be made before the beginning of the course/clerkship***. The notification must be made before the beginning of the course. SASC or the Dean's Office will notify course directors only when specifically asked to do so by a student.

Students with approved testing accommodations will take all exams at the Student Accessibility Support Center located in the Student Union on West Campus. Reservations must be made at least 5 days in advance using the SASC online

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 52 of 62 PageID #: 309

scheduling tool. In situations where a decision regarding accommodations has to be made urgently and testing has been requested but the results are pending, the Associate Dean for Student Affairs in consultation with the other Deans may make a temporary determination.

### STUDENT CONSENT FOR RELEASE OF CONFIDENTIAL INFORMATION
**(http://studentaffairs.stonybrook.edu/dss/forms/release_treatment_form.pdf)**

### SECTION 7 – STUDENT HEALTH POLICIES
Refer to the complete **Health Policy for Medical Students** (/ugme/studenthealth). The remarks below are only meant as general guidelines.

### 7.1 Health Requirements and Immunizations
All entering medical students must meet the following health requirements before matriculation:

a.   A comprehensive physical exam within twelve (12) months prior to matriculation.

b.   Documentation of  immunization for rubella, tetanus, polio, rubeola, diphtheria, varicella, and Hepatitis B. (Students who choose not to complete the Hepatitis B series must contact the Office of Student Affairs to sign a declination and to be informed of their rights waived in case of infection.)

c.   Lab reports showing quantitative values of titers for measles, mumps, rubella, varicella, and Hepatitis B prior.

d.   Results of TB testing within twelve (12) months prior to matriculation.  Students with positive TB readings must submit a copy of a chest x-ray report dated within the last two (2) years.

e.   Annual immunization with influenza vaccine is strongly recommended.

f.  Other immunizations required by Stony Brook University

Pertinent health information (date of annual physical, TB testing, titers) is included in the CBase record for each student.  Students must have updated physical exams and TB testings every twelve (12) months.  The dates of these updates are noted in

CBase, and students will receive email reminders beginning thirty (30) days prior to their expiration. Health updates should be submitted to the Office of Student Affairs, or can be uploaded directly into CBase.

Payment for these immunizations is the student's responsibility. Health requirements are determined through University Hospital Rules and Regulations and are consistent with the NYS Department of Health requirements. Changes that might occur from year to year are reflected in the Student Health Services Health Form (http://studentaffairs.stonybrook.edu/shs/forms/Health Form 2015-1.pdf). The university is required to distribute information about meningococcal disease and vaccination to all enrolled students. This information includes availability and cost of meningococcal meningitis vaccine. All students are required to respond to receipt of this information through the SOLAR (https://it.stonybrook.edu/services/solar) system. Additionally, students must provide a record of meningococcal meningitis immunization within the past ten (10) years OR a signed acknowledgement of meningococcal disease risks and refusal of meningococcal meningitis immunization. This acknowledgement can also be submitted through the SOLAR system.

**Exposure to Emerging Pathogens:**
In case of notification by reporting agencies of unusual and high risk pathogens (e.g. bioterrorism, other emerging high risk infections), medical students must refrain from providing care to infected individuals to minimize risks to themselves.

**7.2 HIV**
Renaissance School of Medicine has established guidelines for the management of Human Immunodeficiency Virus (HIV) seropositivity, and Acquired Immunodeficiency Syndrome (AIDS) in students of the School. An individual whose behavior significantly deviates from guidelines at the practice site, thereby placing patients, staff, or colleagues at risk of exposure to HIV infection, may be suspended from participation at the practice site pending the prompt review by the Dean of the School of Medicine. Students who wish to know their HIV antibody status may be tested, at the student's expense. For anonymous HIV counseling and testing, call 1-800-462-6786. Testing will be done confidentially and reported only to the individual tested and to any

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 54 of 62 PageID #: 311

agency required by state and local health codes.

**7.3 Student Health Insurance**

All students are required to have, and provide documentation of, adequate health insurance coverage for inpatient and outpatient care. Stony Brook offers all full-time domestic students a health insurance plan that fulfills this requirement. The plan pays for most medically necessary bills, such as doctor visits, mental health counseling, prescriptions, emergency room visits, lab testing, diagnostic testing, surgery, hospitalization, etc.

All full time RSOM students are automatically billed for the University Health Insurance plan at the beginning of each semester. The cost of the plan for 2021-22 is $3,986.50 per year for medical students.   The policy year is August 15 through August 14.  The cost will be pro-rated for students who, due to a qualifying event, enroll in the plan after the start of the policy year.

Waivers for this plan and fee are given only if the student has health insurance through a job, a parent, a spouse, another related individual, Medicaid, or "Healthy New York." To file a waiver, students must go to the SOLAR (https://it.stonybrook.edu /services/solar) system and follow the instructions under "Student Requirements" on the menu. In order for the waiver process to be complete, documentation of other insurance coverage must be provided to the Office of Student Affairs.

**7.4 COVID**

At this writing, students are directed to the Stony Brook University Stronger Together website (https://www.stonybrook.edu/commcms/strongertogether/students.php) for the latest campus guidelines, policies and resources regarding COVID.

**SECTION 8 - REGISTRATION AND FEES**

**8.1 Registration**

The RSOM Registrar's Office registers all medical students with Stony Brook

University for each term of enrollment. Enrollment in courses outside those prescribed in the medical curriculum is permitted only when the student is participating in an approved combined degree program, or secures the approval of the Vice Dean for Academic Affairs. Registration is not complete and enrollment may not occur until the student has paid all fees and complied with all immunization and health insurance requirements. These are resolved in the SOLAR system by the student prior to the start of a new semester. Medical students who have not complied with the above will not be permitted to attend classes or clinical experiences. Inquiries regarding registration should be directed to the School of Medicine Registrar, Caroline Lazzaruolo, in the Office of Undergraduate Medical Education Level 4, Room 150, (631) 638-2005 (caroline.lazzaruolo@stonybrookmedicine.edu (mailto:caroline.lazzaruolo@stonybrookmedicine.edu)).

## 8.2 Academic Fees

Students are expected to pay the annual rate charged for the academic year regardless of the beginning and ending dates. Renaissance School of Medicine fees, as approved by the Stony Brook University Board of Trustees, will be billed by the Stony Brook Office of the Bursar and payment will be due on the following schedule (approximate):

### 8.2.1 First and Second Year Students:
Fall semester (August)
Spring semester (January)

### 8.2.2 Third and Fourth Year Students:
Fall semester (July)
Spring semester (January)

## 8.3 Other Fees

The University and the School of Medicine assess other, non-academic fees. Unless waived, fee bills for both fall and spring registrations will include an assessment for

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 56 of 62 PageID #: 313

one-half the required health insurance annual premium.

The University Comprehensive Fee is billed to all university students.  Included in the comprehensive fee are the College Fee, Academic Excellence Fee, Student Health Service Fee, Technology Fee and Transportation Fee.  Renaissance School of Medicine Fees include the Renaissance School of Medicine Student Activity Fee and Clinical Skills Center Fee. First year students are assessed anatomy and laboratory fees. Second year students are assessed a laboratory fee.

These fees are subject to change based on University administrative action. Account details are posted to SOLAR upon term enrollment. For exact academic year rates, contact the Student Financial Services Office (http://ws.cc.sunysb.edu/bursar) at (631) 632-9316. Current tuition and fee rates may be viewed on the Tuition and Fees website.

### 8.4 Other Educational Expenses

Educational expenses not billed to each student include room and board, books and supplies, transportation expenses, health care expenses, board exam fees and personal expenses. Only required educational expenses may be considered in determining financial aid eligibility.

### 8.5 Refund Policy

#### 8.5.1 Financial Aid Policy and Procedure in Case of Student Withdrawal, Dismissal or Leave of Absence During the Academic Semester

Federal regulations determine the amount of federal Title IV financial aid students are entitled to keep once they withdraw from classes or are placed on leave prior to the end of a semester.  This amount is determined by the date when a student last attended classes.  Title IV funds available to medical students are the Unsubsidized Stafford and the Grad PLUS loan programs.

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 57 of 62 PageID #: 314

| Table 8.1: Tuition Liability and Refund for Student Withdrawal, Dismissal, or Leave of Absence | | |
|---|---|---|
| **Liability Period per Term\*** | **Tuition Liability** | **Tuition Refund** |
| Prior to end of Term Week 1 | 0% | 100% |
| Start of Week 2 – End of Week 2 | 30% | 70% |
| Start of Week 3 – End of Week 3 | 50% | 50% |
| Start of Week 4 – End of Week 4 | 70% | 30% |
| After start of Week 5 | 100% | 0% |
| | | |
| **Term start date is the first day of the term for which each class is enrolled.** | | |
| **2019-20 Term** | **Start Date** | |
| Fall 2021 Year 1 | August 10, 2022 | |
| Fall 2021 Year 2 | August 15, 2022 | |
| Fall 2021 Years 3 and 4 | July 1, 2022 | |
| Spring 2022 ALL YEARS | January 3, 2023 | |

\* Week starts Monday and ends Sunday; refer to the up-to-date liability schedule at: Withdrawals & Refunds

1. Students are eligible to retain all of their federal aid only if withdrawing or placed on leave after the 60% point of the start date of the term has passed. The start date of the term and the 60% point are determined by the RSOM Registrar.

2. If a student withdraws or is placed on leave prior to the 60% point, a Return to Title IV calculation will be performed by the West Campus Office of Financial Aid.

3. This calculation will determine the amount of aid the student is eligible to keep and the amount that the University needs to refund to the federal government.

Factored into this calculation is the start date of the term **AND** the last date of attendance for the student.

4. The last date of attendance is the last day on which the student attended classes or took exams. The last date is **not** the date on which the student's leave of absence or withdrawal is approved if s/he stopped attending classes/took exams prior to that date.

5. Students are strongly advised to consult with the Assistant Dean for Student Affairs for further clarification of this policy.

## **SECTION 9 – ANNOTATIONS**

### **9.1 LEARN and 3YMD Curriculum Tracks Required Courses**

**9.1.1 LEARN (/admissions/curriculum) Curriculum Track Required Courses List.**
**9.1.2 3YMD (/3YMD) Curriculum Track Required Courses List**

### **9.2 USMLE Step 1 and Step 2**
It is the responsibility of the student to register for the USMLE with the National Board of Medical Examiners. Every medical student at Renaissance School of Medicine is required to take and pass the USMLE Step 1 and Step 2 exams at the designated times in the curriculum and in order to graduate.

#### **9.2.1 USMLE Step 1**

The deadline by which all students in each class must take Step 1 is provided in Table 9.1. This deadline is generally eight weeks following the end of the fourth block of Phase II clinical clerkships. All students must successfully complete all Phase II requirements and take the USMLE Step 1 exam before beginning any Phase III courses.

**Out of Sync Students**
Students who are "out of sync" and require additional time to complete all Phase II

Case 2:22-cv-04490-JMA-AYS    Document 14-1    Filed 09/09/22    Page 59 of 62 PageID #: 316

requirements will have eight weeks from the time they complete all Phase II requirements in which to take Step 1. Such students must also successfully complete all Phase II requirements and take the USMLE Step 1 exam before beginning any Phase III courses. Any student who fails to take the USMLE Step 1 exam by the stated deadline for their class or who requests extended time to prepare for the exam will be placed on a mandatory leave of absence for academic remediation, and this LOA will appear on the student's official transcript and be noted in the MSPE.

### Step 1 Failure

In the event a student fails the first attempt of Step 1, the repeat examination must be taken within six months of the first attempt date. If a student fails Step 1 and has begun Phase III coursework, then the student may finish the course in progress, but then must stop all coursework. The student must retake Step 1 before continuing with any other coursework. A student who fails Step 1 a second time will be placed on a mandatory leave of absence for academic remediation. Such a student must take the repeat examination within six months of the second attempt date. A student who does not pass Step 1 within three attempts will be invited to CAPP and may be subject to dismissal.

### MSTP (MD/PhD) Students

MSTP students must take Step 1 after completing Phase I and before starting their PhD program.

### Students in the 3YMD Track

Because the 3YMD Curriculum Track has a shortened Phase III, 3YMD students must take both the USMLE Step 1 and Step 2 exams generally within ten (10) weeks of completing all Phase II requirements (see Table 9.2). 3YMD students will take the Clinical Performance Exam (CPX) near the end of their fourth clinical clerkship block.

***Beginning with the Class of 2024, all students must successfully complete all Phase II requirements and take both the USMLE Step 1 and Step 2 exams before beginning any Phase III courses.***

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 60 of 62 PageID #: 317

### 9.2.2   Step 2 CK

Beginning with the Class of 2024, all students must take Step 2 by the deadline stated in Table 9.1. This deadline is generally 12 weeks following the end of the fourth block of Phase II clinical clerkships. All students' first attempt of Step 2 must be completed no later than August 15th of Phase III (see Table 9.1). April 30th of the graduation year is the deadline for passing Step 2 to graduate in May.

**Table 9.1. LEARN Curriculum Track deadlines for taking the USMLE Step 1 and Step 2 CK exams by graduation year. Dates for the RSOM Clinical Performance Exam (CPX) are also given.**

| Class of | Step 1 Deadline[1] | CPX Dates[2] | Step 2 Deadline[3] |
|---|---|---|---|
| 2023 | March 11, 2022 | April 13-30, 2022 | August 15, 2022 |
| 2024 | March 10, 2023 | TBD | April 7, 2023 |
| 2025 | March 8, 2024 | TBD | April 5, 2024 |
| 2026 | March 12, 2025 | TBD | August 11, 2025 |

[1] Deadline for students who are "out of sync" is eight (8) weeks from the date they complete all Phase II requirements.

[2] Dates are approximate and subject to the availability of the Clinical Skills Center.

[3] Deadline for students who are "out of sync" is four weeks from their deadline for taking Step 1.

**Table 9.2. 3YMD Curriculum Track deadlines for taking the USMLE Step 1 and Step 2 CK exams by graduation year.[4]**

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 61 of 62 PageID #: 318

| Graduation Year | Step 1 Deadline[4] | CPX Dates | Step 2 Deadline[4] |
|---|---|---|---|
| 2023 | March 10, 2023 | December, 2022 | March 10, 2023 |
| 2024 | March 8, 2024 | December, 2023 | March 8, 2024 |
| 2025 | March 14, 2025 | December, 2024 | March 14, 2025 |
| 2026 | March 13, 2026 | December, 2025 | March 13, 2026 |

[4]Deadlines are approximate, and each 3YMD student will need to consult with the Director of the 3YMD Curriculum Track, Dr. Lisa Strano-Paul, to discuss scheduling their Step exams.

### 9.3 Plagiarism

The language or ideas taken from others may range from isolated formulas, sentences, or paragraphs to entire sections of books, periodical articles, speeches, or the writings of others. Plagiarism also includes offering someone else's work as one's own or submitting, without acknowledgment, materials assembled or collected by others in the form of projects or collections. Additional information about Plagiarism is available to students in CBase and at various orientation programs.

### 9.4 Two Incompletes and/or Zs

A student who receives two Incompletes (I) and/or Z's cumulatively must stop rotations and retake the failed exams and complete other unmet requirements before starting other coursework. The student may start an elective rotation while waiting for score reports from retaken exams.

Case 2:22-cv-04490-JMA-AYS   Document 14-1   Filed 09/09/22   Page 62 of 62 PageID #: 319