# EXHIBIT 2

Entered on 11/28/2016 by Bonnie Chalson    2016-11-28 CAPP Invitation Letter-Dec 5, 2016
*Date:* 11/28/2016
*Author:* Bonnie Chalson

*Title:* 2016-11-28 CAPP Invitation Letter-Dec 5, 2016

November 28, 2016

Mr. Robert Sampson
11 Whitford Road
Stony Brook, NY 11790

Dear Mr. Sampson:

Your academic record will be discussed at the meeting of the Committee on Academic and Professional Progress on Monday, December 5, 2016 at approximately 3:45 PM. Please contact Bonnie at 444-1030 to set up an appointment with me as soon as mutually agreeable to review your situation before the CAPP meeting.

You are invited to come before the Committee to discuss the issues pertaining to your academic marginality in medical school. The Committee will be interested in hearing what in your view has gone wrong, what your plans are to help assure success in the future, and what the school can do to help in this process. If you wish to put your thoughts into the form of a letter, please bring it to my office at least one day in advance of the scheduled Committee meeting.

Legal representation is not permitted at meetings of the Committee on Academic and Professional Progress, and students may not in any way record the proceedings of the meeting.

Please be in my office, Medical Education Level 4, Room 158 of the HSC building at 3:30 to be ready for the committee.

Sincerely yours,


cc: Linda De Motta
Jack Fuhrer, MD
Susan Guralnick, MD
Susan Larson, PhD
Caroline Lazzaruolo, Registrar
Steven Shelov, MD

Created on 11/28/2016 by bchalson .
Updated on 11/28/2016 by bchalson .