# EXHIBIT 3

Entered on 12/12/2016 by Bonnie Chalson    2016-12-12 CAPP Results Letter-Dec 5, 2016
*Date:* 12/12/2016
*Author:* Bonnie Chalson

*Title:* 2016-12-12 CAPP Results Letter-Dec 5, 2016

Mr. Robert Sampson
11 Whitford Road
Stony Brook, New York 11790

Dear Mr. Sampson:

On Monday, December 5, 2016, the Committee on Academic and Professional Progress (CAPP) met to discuss your academic performance. The Committee thanks you for presenting your view of the problem and acknowledges that this is a difficult situation for you.

You were asked to come to the meeting due to academic marginality. The decision by the CAPP is as follows:

* According to policy, a student displaying a pattern of marginal academic performance may be required to repeat a phase or may be dismissed from medical school.
* In light of your diagnosed learning disability and other health issues you shared with the committee, CAPP offers you the opportunity to proceed in medical school under the following conditions:
1. You must successfully pass both the Endocrine/Reproductive and GI/Nutrition pathophysiology courses.
2. Upon completion of Phase 1, you must stop and begin reviewing for USMLE Step 1
3. You must successfully pass the USMLE Step 1 exam by May 31, 2017 in order to improve your foundation of knowledge.
4. If you fail Step 1 on your first attempt, you will be required to repeat Phase I in its entirety.
* Avail yourself of all available resources, including working with Linda DeMotta as well as your counselor, to develop better time management strategies and test taking skills in order to be successful in your future academic career.
In line with School Policy, the decisions of CAPP are final except for the following permissible appeals:
* Decisions other than those resulting in dismissal, suspension, or repeat of a year may be appealed back to CAPP if: (a) there is pertinent evidence that though available at the time of the initial review, was not brought to the attention of CAPP; or (b) there was an error in the review process.
* Decisions that require repeating a year, suspension, or dismissal may be appealed to the Dean. Students have 14 days from the date of notification to appeal the CAPP decision. If there is no appeal within 14 days, the decision becomes effective as of the 15th day. If there is an appeal, the decision is held in abeyance, pending the outcome of the appeal. Please feel free to come and see me if you wish. Make an appointment with Bonnie Chalson at 444-1030 if you wish to discuss this further.

Sincerely,

Andrew Wackett, MD

CC: Allen, Mary J.
Chandran, Latha
DeMotta, Linda
Fuhrer, Jack
Larson, Susan G.

Chalson, Bonita
Strano-Paul, Lisa

Created on 12/12/2016 by bchalson .
Updated on 12/12/2016 by bchalson .