# EXHIBIT 4

Entered on 01/12/2017 by Bonnie Chalson    2017-01-12 CAPP Results Letter-Jan 9, 2017
*Date:* 01/12/2017
*Author:* Bonnie Chalson

*Title:* 2017-01-12 CAPP Results Letter-Jan 9, 2017

January 10, 2017

Mr. Robert Sampson
11 Whitford Road
Stony Brook, New York 11790

Dear Mr. Sampson:

On Monday, January 9, 2017, the Committee on Academic and Professional Progress (CAPP) met to discuss your appeal to the Dean following the December 5, 2016 CAPP meeting where we discussed your academic performance. The Committee thanks you for presenting your appeal and acknowledges that this is a difficult situation for you.

According to policy, a student displaying a pattern of marginal academic performance may be required to repeat a phase or may be dismissed from medical school. After careful consideration and discussion of your appeal, the decision by CAPP is as follows:

1. You have the option to repeat Phase I.
2. If you choose not to repeat Phase I, you must successfully pass the Endocrine/ Reproductive course.
3. Upon completion of Phase I, you must stop and begin reviewing for USMLE Step 1.
4. You must take the USMLE Step 1 exam by May 31, 2017 resulting in a successful passing score in order to proceed with the start of Phase II clerkships.
5. If you fail Step 1 on your first attempt, you will be required to repeat Phase I in its entirety.
6. Avail yourself of all available resources, including working with Linda DeMotta as well as your counselor to develop better time management strategies and better test taking skills in order to be successful in your future academic career.

In line with School Policy, the decisions of CAPP are final except for the following permissible appeals:
1. Decisions other than those resulting in dismissal, suspension, or repeat of a year may be appealed back to CAPP if: (a) there is pertinent evidence that though available at the time of the initial review, was not brought to the attention of CAPP; or (b) there was an error in the review process.
2. Decisions that require repeating a year, suspension, or dismissal may be appealed to the Dean. Students have 14 days from the date of notification to appeal the CAPP decision. If there is no appeal within 14 days, the decision becomes effective as of the 15th day. If there is an appeal, the decision is held in abeyance, pending the outcome of the appeal. Please feel free to come and see me if you wish. Make an appointment with Bonnie Chalson at 444-1030 if you wish to discuss this further.

Sincerely,

cc: Mary Jean Allen
Latha Chandran, MD, MPH
Linda De Motta

Jack Fuhrer, MD
Susan Guralnick, MD
Susan Larson, PhD
Caroline Lazzaruolo, Registrar
Steven Shelov, MD
Lisa Strano-Paul, MD

Created on 01/12/2017 by bchalson .
Updated on 01/12/2017 by bchalson .