# EXHIBIT 5

Entered on 08/25/2017 by Bonnie Chalson 2017-08-25 CAPP Results Letter-Aug 7, 2017

*Date:* 08/25/2017
*Author:* Bonnie Chalson

*Title:* 2017-08-25 CAPP Results Letter-Aug 7, 2017

August 11, 2017

Mr. Robert Sampson
11 Whitford Road
Stony Brook, New York 11790

Dear Mr. Sampson:

On Monday, August 7, 2017, the Committee on Academic and Professional Progress (CAPP) met to discuss your academic performance. The Committee thanks you for presenting your view of the problem and acknowledges that this is a difficult situation for you.

You were asked to come to the meeting due to your delay in taking the USMLE Step 1 exam. The decision by the CAPP is as follows:

* You are invited to retake Phase I with the Class of 2021 starting August 21, 2017. If you accept this invitation, let us know as soon as possible. By policy, any student who repeats Phase I may be exempt from retaking courses in which the student scored at or above the class mean.
* If you decline this invitation, then be reminded that by policy, all requirements for the MD degree must be met within seven years after the date of first enrollment in the School of Medicine. If you choose to further delay taking Step 1 while awaiting your NBME accommodation, you will need to take Step 1 no later than July 2018 so that CAPP has your Step 1 score before the start of the next Phase I in August 2018.
* Avail yourself of all available resources, including working with Linda DeMotta to develop better time management strategies and better test taking skills in order to be successful in your future academic career.

In line with School Policy, the decisions of CAPP are final except for the following permissible appeals:

1. Decisions other than those resulting in dismissal, suspension, or repeat of a year may be appealed back to CAPP if: (a) there is pertinent evidence that though available at the time of the initial review, was not brought to the attention of CAPP; or (b) there was an error in the review process.
2. Decisions that require repeating a year, suspension, or dismissal may be appealed to the Dean. Students have 14 days from the date of notification to appeal the CAPP decision. If there is no appeal within 14 days, the decision becomes effective as of the 15th day. If there is an appeal, the decision is held in abeyance, pending the outcome of the appeal. Please feel free to come and see me if you wish. Make an appointment with Bonnie Chalson at 444-1030 if you wish to discuss this further.

Sincerely,

cc: Mary Jean Allen

Latha Chandran, MD, MPH
Linda De Motta
Jack Fuhrer, MD
Susan Larson, PhD
Caroline Lazzaruolo, Registrar
Lisa Strano-Paul, MD

Created on 08/25/2017 by bchalson .
Updated on 08/25/2017 by bchalson .