# EXHIBIT 6

On 7/17/2018 12:33 AM, Sampson, Robert wrote:

Dear Dr. Wackett,

I reached out to you earlier in the month because it became apparent to me that the NBME is continuing to draw out the accommodations process for improper reasons and that the process would likely go beyond July 2018. To protect my rights of equal access to the USMLE Step 1, I have retained legal counsel and they have been in communication with the NBME to correct the situation. I also retained counsel so I could focus maximally on being a medical student and studying for this important exam—the most important priorities—and delegate protecting my equal access to the exam. In addition to waiting for the NBME to make a reasonable decision, it is the NBME's policy that students who have applied for accommodations cannot sign up for a test date until there is a resolution. While I anxiously await the outcome of this situation, I also understand that the school policy is clear that all requirements

for the MD degree must be met within seven years after the date of first enrollment in the School of Medicine. To me, it would be a clear mistake to be forced to take the exam by July when I am clearly not the one who is causing the delay in my progress to becoming a doctor.

As you stated, because I would prefer to spend my time on test preparation, I hope this letter will suffice in not requiring another meeting with CAPP while I focus on exam preparation and my legal counsel focuses on protecting my rights.

Best,

Robert

---

**From:** Wackett, Andrew
**Sent:** Wednesday, July 11, 2018 2:17 PM
**To:** Sampson, Robert
**Subject:** Delaying Step 1 and CAPP

Dear Robert,

I have reviewed the decision by CAPP and they had required that you take Step 1 by July 2018.

With this in mind, can you please draft a letter to CAPP, you can send it to Dr. Susan Larson, with Dr. Latha Chandran, Caroline Lazzaruolo and myself cc'd.

In the letter, discuss the reason for the delay and your understanding of the 7 year requirement for graduation and how this could impact the feasibility of that. Perhaps this will suffice and not require another meeting with CAPP.  I know you would prefer to spend your time on your test preparation.

Sincerely;
Andrew Wackett


This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution

is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original.