# EXHIBIT 7

5

Entered on 08/09/2018 by Bonnie Chalson    2018-08-09 CAPP Results Letter-Aug 6, 2018
*Date:* 08/09/2018
*Author:* Bonnie Chalson

*Title:* 2018-08-09 CAPP Results Letter-Aug 6, 2018

August 7, 2018


Mr. Robert Sampson
11 Whitford Road
Stony Brook, New York 11790

Dear Mr. Sampson

On Monday, August 6, 2018, the Committee on Academic and Professional Progress (CAPP) met to discuss your current academic situation with the NBME, and we acknowledge that this is a difficult situation for you.

Given the SOM seven year policy, CAPP sees only two possible pathways forward for you:

1. Restart Phase I of medical school with the incoming class later this month. This would strengthen your mastery of basic foundational material promoting success during your clinical years. We continue to strongly recommend this choice.
2. Take/pass USMLE Step 1 on your first attempt and in a timeframe to complete the requirements for the MD degree within seven years.

In line with School Policy, the decisions of CAPP are final except for the following permissible appeals:
1. Decisions other than those resulting in dismissal, suspension, or repeat of a year may be appealed back to CAPP if: (a) there is pertinent evidence that though available at the time of the initial review, was not brought to the attention of CAPP; or (b) there was an error in the review process.
2. Decisions that require repeating a year, suspension, or dismissal may be appealed to the Dean. Students have 14 days from the date of notification to appeal the CAPP decision. If there is no appeal within 14 days, the decision becomes effective as of the 15th day. If there is an appeal, the decision is held in abeyance, pending the outcome of the appeal.


Please feel free to come and see me if you wish. Make an appointment with Bonnie Chalson at 444-1030 if you wish to discuss this further.

Sincerely,


cc: Mary Jean Allen
Dan Barlev, MD
Latha Chandran, MD, MPH
Linda De Motta
Jack Fuhrer, MD
Susan Larson, PhD
Caroline Lazzaruolo, Registrar

Steven Shelov, MD
Lisa Strano-Paul, MD

Created on 08/09/2018 by bchalson .
Updated on 08/09/2018 by bchalson .