# EXHIBIT 8

From: Wackett, Andrew
To: Lynch, Helena
Subject: Fw: Step 1
Date: Saturday, August 27, 2022 4:31:16 PM
Attachments: Outlook-42v15t0q.png

[EXTERNAL]

**Andrew Wackett, MD**
Vice Dean of Undergraduate Medical Education
Director, Clinical Simulation Center
Clinical Associate Professor of Emergency Medicine



Renaissance School *of* Medicine
Stony Brook University

**From:** Wackett, Andrew
**Sent:** Wednesday, November 20, 2019 9:07 AM
**To:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
**Subject:** Re: Step 1

I understand. Per CAPP, you won't be able to start rotations unless you have a passing score so if the score comes back after January 12, you will have to delay.

Sent from my iPhone

On Nov 20, 2019, at 12:13 AM, Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu> wrote:

> Hi Dr. Wackett,
>
> Yes, I understand the timeline. Due to the proximity of the transitional course, I will take the exam in late December around the 27th to give me a few more days after the first part of the course is over. If the score comes back later, if you'd like, we can wait to see the score before beginning rotations in the next block.
>
> I think either way, the exam report will likely come out after the first block has already started.
>
> Best,
>
> Robert
> On Nov 18, 2019, 11:06 AM -0500, Wackett, Andrew <Andrew.Wackett@stonybrookmedicine.edu>, wrote:

Dear Robert,

I hadn't heard back from you after our last email. Just wanted to follow up regarding your Step 1 plans and to make sure you understood the timeline.

Sincerely;
Andrew Wackett

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original.