# EXHIBIT 9

Entered on 06/03/2020 by Debra Sepulveda    CAPP MEETING RESULTS 6/1/2020
*Date:* 06/03/2020
*Author:* Debra Sepulveda

*Title:* CAPP MEETING RESULTS 6/1/2020

June 3, 2020

Dear Mr. Sampson:

On Monday, June 1, 2020, the Committee on Academic and Professional Progress (CAPP) met to discuss your academic history. The Committee thanks you for presenting your view of the situation, and we again acknowledge that this is a difficult situation for you.

You were asked to return to CAPP due to failure of USMLE Step 1 as well as expiration of available time to complete the MD degree within seven years as per School policy.

The decision by CAPP is as follows:

Since December 2016, CAPP has recommended that you repeat Phase I with your documented accommodation in order to ensure you have the foundation of medical knowledge needed to proceed successfully through to Phase II of the curriculum. Despite this repeated recommendation, you chose a different pathway, which was to take and pass Step 1 on your first attempt as a way to prove the adequacy of your base of medical knowledge.

While the School has been sympathetic to your pursuit for testing accommodations through the USMLE/NBME for your Step 1 exam, you have repeatedly been reminded over the years about the School's policy that students need to meet the requirements for the MD degree within seven years. At this point in time, you have failed Step 1, and it is no longer possible for you to complete medical school within seven years. The Committee has recommended to the Dean that you be dismissed from medical school. According to our Academic Policies and Procedures, Section 2.5, "All requirements for the MD degree must be met within seven (7) years after the date of first enrollment in the School of Medicine."

In line with School Policy, the decisions of CAPP are final except for the following permissible appeals:
Decisions other than those resulting in dismissal, suspension, or repeat of a year may be appealed back to CAPP if: (a) there is pertinent evidence that, though available at the time of the initial review, was not brought to the attention of CAPP; or (b) there was an error in the review process.
Decisions that require repeating a year, suspension, or dismissal may be appealed to the Dean. Students have 14 days from the date of notification to appeal the CAPP decision. If there is no appeal within 14 days, the decision becomes effective as of the 15th day. If there is an appeal, the decision is held in abeyance, pending the outcome of the appeal. Please feel free to come and see me if you wish. Make an appointment with Debra Sepulveda at 444-1030 if you wish to discuss this further.

Sincerely,


Andrew Wackett, MD
Vice Dean for Undergraduate Medical Education
Associate Professor of Emergency Medicine

cc: Mary Jean Allen
David Cohen, MD
Linda De Motta
Jack Fuhrer, MD
Richard J. Iuli, PhD
Susan Larson, PhD
Caroline Lazzaruolo, Registrar
Lisa Strano-Paul, MD

CERTIFIED MAIL

Created on 06/03/2020 by debra.sepulveda .
Updated on 06/03/2020 by debra.sepulveda .