# EXHIBIT 10

 **Stony Brook Medicine**

Kenneth Kaushansky, M.D., M.A.C.P.
Senior Vice President, Health Sciences
Dean, Renaissance School of Medicine at Stony Brook University
SUNY Distinguished Professor

July 13, 2020

Robert Sampson
11 Whitford Rd.
Stony Brook, NY 11790

Dear Robert,

I write with regard to your timely appeal of the outcome of your June 1, 2020 meeting with the Committee on Academic and Professional Progress (CAPP). The subject of the CAPP meeting was your failure of USMLE Step 1 as well as the imminent expiration of sufficient time to complete your medical school education in accordance with the School of Medicine (SOM) policy. At the CAPP meeting you presented your arguments in support of your continuation in the school of medicine and responded to questions from the committee regarding same.

On June 2, 2020 CAPP issued its determination and recommended that you be dismissed from medical school. Shortly thereafter, you submitted a timely appeal of that recommendation. On June 25, 2020 I met with you for your appeal meeting. At our meeting you presented your request that the CAPP recommendation be reversed and that you be permitted to continue to Phase II of your medical education despite your marginality in Phase I of the medical school curriculum and your failure of the USMLE Step 1. After due consideration, including review the CAPP decision and your academic record, I make the following final, determination:

You are permitted to proceed to Phase II of the curriculum at this time. At the end of Phase II you will take Step 1 of the USMLE. This progression provides sufficient time for you to comply with the SOM policy which requires completion of your medical education within seven years of the date of first enrollment.

Pursuant to School of Medicine policy, this decision is final; there are no further appeals.

Sincerely,

*Kenneth Kaushansky*

Kenneth Kaushansky, M.D., M.A.C.P.
Senior Vice President, Health Sciences
Dean, Renaissance School of Medicine
SUNY Distinguished Professor

Cc: Andrew Wackett, MD