# EXHIBIT 11



William A. Wertheim, M.D., M.B.A., F.A.C.P.
Interim Dean, Renaissance School of Medicine at Stony Brook University
Professor of Clinical Medicine

August 17, 2021

Robert Sampson
11 Whitford Rd.
Stony Brook, NY 11780

Dear Robert,

I've had the opportunity to carefully review your request to postpone Step 1. Additionally, I have
reviewed the RSOM Policy and Procedure Manual and the letter written to you by Dr. Kaushansky,
which reversed the CAPP decision to dismiss you from medical school and clarified your pathway
through medical school moving forward.

Section 9.2.1 of the Policy and Procedure Manual states that all students from the Classes of 2021 and
onward must complete the Step 1 within 8 weeks of completion of Phase 2, including students who are
"out of sync" like yourself.

Furthermore, in Dr. Kaushansky's letter, he writes, "After due consideration, including review of the
CAPP decision and your academic record, I make the following final determination: You are permitted to
proceed to Phase II of the curriculum. At the end of Phase II you will take Step 1 of the USMLE. This
progression provides sufficient time for you to comply with the SOM policy which requires completion
of your medical education within seven years of the date of first enrollment. Pursuant to School of
Medicine policy, this decision is final; there are no further appeals."

Both the Policy and Procedure Manual to which we hold all students accountable, and Dr Kaushansky's
letter are quite clear regarding your requirement to complete the Step 1 exam by September 12, 2021
and complete your medical education within 7 years from the date of your enrollment.

Sincerely,

William A. Wertheim, M.D., M.B.A, F.A.C.P
Interim Dean, Renaissance School of Medicine
Professor of Clinical Medicine

cc: Andrew Wackett, MD