# EXHIBIT A

**From:** "Sampson, Robert" <Robert.Sampson@stonybrookmedicine.edu>
**Date:** April 29, 2021 at 9:59:07 AM EDT
**To:** "Cohen, David" <David.Cohen@stonybrookmedicine.edu>
**Subject: Re: Combined Degree MD/MBA Question**

Hi Dr. Cohen,

Is there an advisor I can speak to about the program to see if it fits? I really couldn't find any information online about who is in charge of this program, especially from the MD side. It could be a good option given my business and entrepreneurial experience. I think having more information about this would help me have a more informed

discussion with you about scheduling, but I can meet whenever it is convenient for you.

Best,

Robert
On Apr 29, 2021, 8:37 AM -0400, Cohen, David <David.Cohen@stonybrookmedicine.edu>, wrote:

> Hi Robert,
>
> That's an interesting thought. I'll look into it and see what the requirements are. I think the timing will be tight though given that you have to finish all of phase 2 before starting phase 3.  In any case, lets set up another meeting to talk about this and go over your plans for next year.
>
> Best,
> DC
>
>
> David Cohen, MD
>
> Associate Dean of Student Affairs
>
> Associate Professor of Emergency Medicine
>
> Renaissance School of Medicine at Stony Brook University
>
> (631) 624-7109
>
>
> > On Apr 29, 2021, at 12:14 AM, Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu> wrote:
> >
> > Dear Dr. Cohen,
> >
> > Given the extra time that is in my curriculum, do you think it's possible that I can fit in an MD/MBA program at Stony Brook? I read that the MBA component was an extra 48 credits, but that 6 are co-mingled with the SOM. They also accept some transfer credits, and I'm wondering if any courses from the school of medicine, and perhaps my business experience would count towards that credit requirement. Please let me know what you think; there wasn't that much information on any Stony Brook website about the program. How many months do 48 credits

> generally take?
>
> Best,
>
> Robert
>
>
> This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.