# EXHIBIT B

**From:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
**Sent:** Sunday, July 18, 2021 11:37 PM
**To:** Cohen, David <David.Cohen@stonybrookmedicine.edu>
**Subject:** Re: MBA

Dear Dr. Cohen,

I hope you had a good weekend. I already sent the Dean this letter tonight (see below), but I thought you should see it too.

-Robert

Dear Dean Wertheim,

I want to thank you again for taking the time to consider my request. As an update, last Friday I recently completed my transitional pillar on lipid metabolism, and I am entering the third week of my MBA and doing well.

As you are aware, my academic record has had some red flags beginning with the last months of Phase 1 of my basic science curriculum. Unfortunately, I came to a delayed awareness of my learning disability and how academically important the receiving of testing accommodations was to exhibiting my proficiency in Step examinations. I was inaccurately

labeled as having academic marginality due to a lack of knowledge, but in reality, I just couldn't read through the test fast enough to finish the exam under standard testing conditions. Prior to receiving these accommodations, I would routinely struggle to complete the Step exams, basically guessing on a large swath of the exam because time ran out. The hard evidence for this truth is that since receiving testing accommodations, I have passed every Step exam I have received accommodations.

Despite a 3 ½ year hiatus from medical school limbo, I have desperately tried to overcome all the obstacles and I think I have thrived clinically throughout my 3rd year clerkships. This hardened experience has further solidified my desire to be the best doctor I can be no matter how many hoops I have to jump through.

My perseverance to overcome my learning disability is still in need of getting testing accommodations from the NBME and I feel this is critical. I may not be sight-impaired to be considered blind by Snellen chart standards, but, nonetheless, my reading disability is real and needs to be accommodated.

I cannot overstate how important your decision is to make the next chapter of my life a success in medicine. I need your blessing to gain fair access to the same Step exams as my current Class of '23, during the winter of 2022.

Sincerely,

Robert

---

**From:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
**Sent:** Thursday, July 15, 2021 12:34 PM
**To:** Cohen, David <David.Cohen@stonybrookmedicine.edu>
**Subject:** Re: MBA

Dear Dr. Cohen,

I wanted to share this publication with you in response to your question the other day regarding getting accommodations from the NBME. It is a bulletin to provide guidance put out by the DOJ I think you might find informative.

Best,

Robert

---

**From:** Cohen, David <David.Cohen@stonybrookmedicine.edu>
**Sent:** Thursday, July 1, 2021 8:07 AM
**To:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
**Subject:** Re: MBA

Around 1p could work - have a class in the csc - stop by if your around.

David Cohen, MD

Associate Dean of Student Affairs

Associate Professor of Emergency Medicine

Renaissance School of Medicine at Stony Brook University

(631) 624-7109

> On Jul 1, 2021, at 8:03 AM, Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu> wrote:
>
> I have an osce at 1:45. Does any other time work like 12 or 1?
> On Jul 1, 2021, 6:18 AM -0400, Cohen, David <David.Cohen@stonybrookmedicine.edu>, wrote:
>
>> Hi Robert,
>>
>> How about 130?
>>
>> David Cohen, MD
>>
>> Associate Dean of Student Affairs
>>
>> Associate Professor of Emergency Medicine
>>
>> Renaissance School of Medicine at Stony Brook University
>>
>> (631) 624-7109
>>
>>> On Jul 1, 2021, at 12:04 AM, Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu> wrote:

Dear Dr. Cohen,

Would you happen to be free to talk on the phone for a few minutes today around 12:30pm? I'd like to update you.

Best,

Robert

On May 17, 2021, 8:54 AM -0400, Cohen, David <David.Cohen@stonybrookmedicine.edu>, wrote:

> Unfortunately not, have a meeting at 1p.
>
> David Cohen, MD
>
> Associate Dean of Student Affairs
>
> Associate Professor of Emergency Medicine
> Renaissance School of Medicine at Stony Brook University
>
> ---
>
> **From:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
> **Sent:** Monday, May 17, 2021 8:52 AM
> **To:** Cohen, David <David.Cohen@stonybrookmedicine.edu>
> **Subject:** Re: MBA
>
> Hi Dr. Cohen,
>
> Are you free at 1?
>
> Best,
>
> Robert
>
> On May 17, 2021, 8:50 AM -0400, Cohen, David <David.Cohen@stonybrookmedicine.edu>, wrote:

Hi Robert,

Hope you are doing well!

Sure - let me know when you have time. I will be in the CSC w/ students throughout the day.

Best,
DC

David Cohen, MD

Associate Dean of Student Affairs

Associate Professor of Emergency Medicine
Renaissance School of Medicine at Stony Brook University

---

**From:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
**Sent:** Monday, May 17, 2021 7:22 AM
**To:** Cohen, David <David.Cohen@stonybrookmedicine.edu>
**Subject:** MBA

Dear Dr. Cohen,

I hope you enjoyed your weekend. I would like to submit an application today to the college of business regarding the conversation I had last week with them. Do you have 5 minutes to speak today; I have a question I would like to ask you before I do that.

Best,

Robert

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original.