# EXHIBIT C

**From:** Cohen, David
**Sent:** Wednesday, September 15, 2021 12:17 PM
**To:** Sampson, Robert <Robert.Sampson@stonybrookmedicine.edu>
**Subject:** USMLE 1

Hi Robert,

I hope all is going well!

I just wanted to check in and see what your plans were for Step one.

Your deadline to take the exam is 9/12/21 – do you have a date scheduled?

Let me know when you have a few minutes to chat – we have to plan your schedule out so we can get all the requirements for graduation in by August of 2022.

Best,
DC

David Cohen, MD

Associate Dean of Student Affairs

Clinical Associate Professor of Emergency Medicine