

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

REGIONAL OFFICE DIVISION
NASSAU REGIONAL OFFICE

October 6, 2022

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:**   ***Sampson v. Stony Brook University, et al.,***
> **No. 2:22-cv-04490 (E.D.N.Y.) (JMA) (AYS**)

Dear Judge Azrack:

This Office represents Defendants in the above-referenced matter. Pursuant to the Court's instruction at this morning's teleconference, and with thanks to the Court for allowing the undersigned time to confer on this matter, Defendants consent to a sixty-day extension of the stay, currently scheduled to expire on October 14, 2022, on action with respect to Plaintiff's enrollment status at Stony Brook University's Renaissance School of Medicine.

Thank you for your attention to this matter.

Respectfully submitted,

s/ *Helena Lynch*

Helena Lynch
Assistant Attorney General, *of Counsel*
(516) 248-3312 | Helena.lynch@ag.ny.gov