# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 10/6/2022          TIME: 11:00 AM          TIME IN COURT: 10 min

CASE:  **Sampson v. Stony Brook University et al**
       **2:22-cv-04490-JMA-AYS**

APPEARANCES:   For Plaintiff: Mary Vargas, Charles Weiner

                For Defendants:  Helena Lynch

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone conference is scheduled for at   and will be conducted through the AT&T teleconference center.  Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other:  Counsel for the defendant to advise the Court if they consent to a 60 day stay on the plaintiff's status by close of business 10/6/2022.