# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

December 5, 2022

**VIA ECF**
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

      Re:    *Sampson v. Stony Brook University, et al.*
                2:22-cv-04490

Dear Judge Azrack:

The undersigned write in reference to the Status Conference scheduled in the above-noticed matter for Friday, December 9, 2022, at 11:30 am eastern. Prior to the entry of the Court's Order setting the Status Conference, Counsel for Plaintiff was previously scheduled to appear in a proceeding involving multiple parties at that same time. Therefore, we respectfully request a change in the time for the Status Conference.

Counsel for Plaintiff consulted with Counsel for Defendants and all are available on December 9, 2022, between 8:30 and 11:00 am eastern and between 3-5 pm eastern.

                                                  Respectfully Submitted,
                                                  s/*Mary C. Vargas*
                                                  Mary C. Vargas
                                                  Michael Stein
                                                  STEIN & VARGAS, LLP
                                                  10 G Street NE, Suite 600
                                                  Washington, DC 20002
                                                  Tel. (240)793-3185
                                                  Fax (888)778-4620

Mary.Vargas@steinvargas.com  
Michael.Stein@steinvargas.com

Charles Weiner  
LAW OFFICE OF CHARLES WEINER  
Cambria Corporate Center  
501 Cambria Avenue  
Bensalem, PA 19020  
Tel. (267) 685-6311  
Fax (215) 604-1507  
charles@charlesweinerlaw.com

Counsel for Plaintiff

Cc: Helena Lynch, Assistant Attorney General
      Counsel for Defendants