# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 12/9/2022           TIME: 10:15 AM           TIME IN COURT:   20 Mins.

CASE:     **Sampson v. Stony Brook University et al**
          **2:22-cv-04490-JMA-AYS**

APPEARANCES:   Plaintiff:  Charles Weiner, Mary Vargas

               For Defendants: Heena Lynch

FTR:

**FILED**
**CLERK**

11:56 am, Dec 09, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers to be served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ This case is respectfully referred to Magistrate Judge
- ☐ Jury selection and trial is scheduled for   before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
- ☐ The telephone status conference is rescheduled for   with Judge Joan M. Azrack. Counsel shall dial 1-877-873-8017 and enter access code 4785432 at the prompt.
- ☒ Other:  Parties advise the Court of settlement negotiations. Counsel should file any case resolving documents upon finalization.