UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT SAMPSON,

                *Plaintiff*,

   v.

STONY BROOK UNIVERSITY; and MAURIE MCINNIS, in her official capacity as President of Stony Brook University,

                *Defendants*.

No. 2:22-cv-04490 (JMA) (AYS)

## **PROPOSED ORDER**

On this date, May 3, 2023, the parties stipulate as follows:

1. Stony Brook University will permit Mr. Sampson until August 12, 2024, to complete his medical education.

2. Mr. Sampson cannot proceed to Phase III of his medical education until he takes and passes Step 1.

3. This stipulation does not include fees.

DATED May __, 2023

SO ORDERED

_____
The Honorable Joan M. Azrack