# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/3/2023            TIME: 10:00 AM            TIME IN COURT: 20 min
                          2nd call: 11:15 AM        TIME: 20 min

**FILED**
**CLERK**
12:42 pm, May 03, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

CASE:   **Sampson v. Stony Brook University et al**
        **2:22-cv-04490-JMA-AYS**

APPEARANCES:   For Plaintiff:   Mary Vargas, Charles Weiner

               For Defendants:  Helena Lynch

FTR:

☒   Case called.
☒   Counsel present for all sides.
☐   Briefing schedule set.
☐   Case to be referred to the Magistrate Judge for
☐   Jury selection is scheduled for
☐   A further telephone conference is scheduled for and will be conducted through the AT&T conference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
☒   Other: Stipulation read into the record and should be filed electronically immediately after the conference.