

99 Lantern Drive
Suite 202
Doylestown, PA 18901

267-685-6311
215-340-7685 (fax)
www.CharlesWeinerLaw.com

June 2, 2023

**VIA ECF**

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    Sampson v. Stony Brook University
                 No. 2:22-CV-04490

Dear Judge Azrack:

Counsel for both parties respectfully and jointly request a status conference in order to seek the court's direction for proceeding in an orderly fashion to resolve the litigation. Counsel have conferred and are available, in the afternoon on Friday, June 9, 2023.

Thank you for your consideration.

Very truly yours,

    /s/
Charles Weiner

cc:    Helena Lynch, Esq.
       Mary Vargas, Esq.
       Michael Stein, Esq.