# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/13/2023          TIME: 3:00 PM          TIME IN COURT: 20 min

CASE:     **Sampson v. Stony Brook University et al**
          **2:22-cv-04490-JMA-AYS**

APPEARANCES:     For Plaintiff: Mary Vargas, Charles Weiner

                 For Defendants: Helena Lynch

FTR:

**FILED**
**CLERK**

3:43 pm, Jun 13, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☒ A further telephone conference is scheduled for at 6/21/2023 at 1:00 PM and will be conducted through the AT&T teleconference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☐ Other: