# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/21/2023    TIME: 1:00 PM    TIME IN COURT: 20 min

CASE: **Sampson v. Stony Brook University et al**
**2:22-cv-04490-JMA-AYS**

APPEARANCES:   For Plaintiff:   Mary Vargas, Charles Weiner

For Defendants:  Helena Lynch

**FILED**
**CLERK**

2:21 pm, Jun 21, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection is scheduled for
- ☒ A further telephone conference is scheduled for 7/11/2023 at 2:30 PM and will be conducted through the AT&T conference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other: Parties to file a proposed briefing schedule by 7/10/2023.