

99 Lantern Drive  
Suite 202  
Doylestown, PA 18901

267-685-6311  
215-340-7685 (fax)  
www.CharlesWeinerLaw.com

July 5, 2023

**VIA ECF**

Honorable Joan M. Azrack  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY 11722

    Re:    Sampson v. Stony Brook University  
              No. 2:22-CV-04490

Dear Judge Azrack:

The parties have conferred and are amenable to the following briefing schedule for Plaintiff's Petition for Reasonable Fees and Costs:

| | |
|---|---|
| Plaintiff's Petition for Reasonable Fees and Costs: | August 23, 2023 |
| Defendant's Response: | September 22, 2023 |
| Plaintiff's Reply: | October 9, 2023. |

Respectfully Submitted,

/s/

Charles Weiner  
Law Office of Charles Weiner  
99 Lantern Drive, Suite 202  
Doylestown, PA 18901  
Tel. (267) 685-6311

Mary C. Vargas  
Michael Stein  
STEIN & VARGAS, LLP  
10 G Street NE, Suite 600  
Washington, DC 20002  
Tel. (240)793-3185  
Fax (888)778-4620  
Mary.Vargas@steinvargas.com  
Michael.Stein@steinvargas.com

Counsel for Plaintiff

cc: Helena Lynch
Office of the Attorney General
Helena.Lynch@ag.ny.gov

## CERTIFICATE OF SERVICE

The foregoing has been filed via CM/ECF with copies sent via CM/ECF to all counsel of record.

    /s/ Charles Weiner
    Charles Weiner