# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 7/11/2023   TIME: 2:30 PM   TIME IN COURT: 10 min

CASE:   **Sampson v. Stony Brook University et al
        2:22-cv-04490-JMA-AYS**

APPEARANCES:   For Plaintiff: Mary Vargas, Charles Weiner

               For Defendants: Helena Lynch

FTR:

**FILED
CLERK**

4:19 pm, Jul 11, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone conference is scheduled for at and will be conducted through the AT&T teleconference center.  Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☐ Other: