FILED
CLERK
2:24 pm, Aug 11, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK

-------------------------------X  Docket#
ROBERT SAMPSON,                :  22-cv-04490-JMA-AYS
                               :
           Plaintiff,          :
                               :
   - versus -                  :  U.S. Courthouse
                               :  Central Islip, New York
STONY BROOK UNIVERSITY, ET AL,:
                               :  July 11, 2023
           Defendants          :
-------------------------------X
```

TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
BEFORE THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

**A P P E A R A N C E S:**
(**VIA VIDEO/AUDIO**)

**For the Plaintiffs**:   **Mary C. Vargas, Esq.**
Stein & Vargas LLP
10 G Street NE, Suite 600
Washington, DC 20002

**Charles Weiner, Esq.**
Law Office of Charles Weiner
99 Lantern Drive, Suite 202
Doylestown, PA 18901

**For the Defendants**:   **Helena A. Lynch, Esq.**
NYS Office of The Attorney General
Nassau Regional Office
200 Old Country Road, Ste. 240
Mineola, NY 11501

**Transcription Service**:   Transcriptions Plus II, Inc.
61 Beatrice Avenue
West Islip, New York 11795
RL.Transcriptions2@gmail.com

Proceedings recorded by electronic sound-recording, transcript produced by transcription service

2

Proceedings

1  THE DEPUTY: 22-cv-4490, *Sampson v. Stony
2 Brook.*
3  State your appearances, please.
4  MR. WEINER: This is Charles Weiner along with
5 my co-counsel Mary Vargas on behalf of the plaintiff.
6  THE DEPUTY: Thank you. Good afternoon.
7  MS. LYNCH: And Helena Lynch with the Attorney
8 General's Office here for the defendants. Good
9 afternoon.
10  THE DEPUTY: Okay, great. Thank you. Good
11 afternoon.
12  (Pause in proceedings)
13  THE COURT: Hi. Good afternoon. It's Judge
14 Azrack. Who do we have on the line?
15  MR. WEINER: Good afternoon, your Honor. It's
16 Charles Weiner along with Mary Vargas on behalf of the
17 plaintiff.
18  MS. LYNCH: And good afternoon, your Honor.
19 Helena Lynch here with the Attorney General's Office for
20 defendants.
21  THE COURT: Okay. All right. What's the
22 status today, folks?
23  MR. WEINER: Your Honor, Charles Weiner again.
24 The parties have worked on a settlement agreement. There
25 are a few provisions that we are still wordsmithing

3

Proceedings

1  relating to the dismissal, future claims, and the
2  signature page.  But the parties have agreed to hold the
3  execution of the agreement in abeyance until the Court's
4  determination over the fee petition and any responses
5  thereto.
6          THE COURT:  Okay.  But we have a briefing
7  schedule on the fee petition.
8          MR. WEINER:  Yes.
9          THE COURT:  So nothing that you do in the
10 interim is going to affect that date, correct?
11         MR. WEINER:  Correct.
12         THE COURT:  Okay.  All right.  Sounds fine.
13         MR. WEINER:  Thank you.
14         THE COURT:  Okay.  Thanks, everybody.  I guess
15 we'll just wait for your submissions and take it from
16 there.
17         MR. WEINER:  Agreed, your Honor.
18         THE COURT:  Thank you.
19         MS. LYNCH:  Agreed.  Thank you.
20         THE COURT:  Be well.
21         MR. WEINER:  Bye-bye.
22                  (Matter concluded)
23                       -oOo-
24
25

4

# C E R T I F I C A T E

     I, MARY GRECO, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

     I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

     IN WITNESS WHEREOF, I hereunto set my hand this **9th** day of **August**, 2023.

_Mary Greco_
Transcriptions Plus II, Inc.