IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | : |
| | : |
| Plaintiff, | :  CIVIL ACTION NO. 2:22-cv-04490-JMA |
| | : |
| v. | : |
| | : |
| STONY BROOK UNIVERSITY, *et al.*, | : |
| | : |
| Defendants. | : |

## MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS

Plaintiff Robert Sampson moves this Court to award his reasonable attorneys' fees and costs incurred, for the reasons set forth in the accompanying fee petition. For the reasons set forth in the fee petition and supporting documentation, his reasonable attorneys' fees are $82,092.50 and his reasonable litigation expenses and costs are $598.94.

Respectfully submitted,

*s/Mary C. Vargas*
Mary C. Vargas
Michael S. Stein
STEIN & VARGAS, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel.:   (240) 793-3185
mary.vargas@steinvargas.com
michael.stein@steinvargas.com

Charles Weiner
LAW OFFICES OF CHARLES WEINER
99 Lantern Drive, Suite 202
Doylestown, PA 18901
Tel:    (267) 685-6311
charles@charlesweinerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on August 23, 2023, via electronic mail consistent with the Court's bundling instructions and agreement of counsel on the following:

> Helena Lynch
> Assistant Attorney General
> Office of the New York State Attorney General
> helena.lynch@ag.ny.gov

The foregoing will be filed via the Court's CM/ECF system when the matter is fully briefed.

*Mary C. Vargas*
Stein & Vargas, LLP
