**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ROBERT SAMPSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:22-cv-04490-JMA |
| | : | |
| v. | : | |
| | : | |
| STONY BROOK UNIVERSITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**PROPOSED ORDER**

For good cause shown, Defendants are ordered to pay reasonable attorneys' fees as follows:

| Attorney | Reasonable hours (excluding travel) | Requested Rate | Fee |
|---|---|---|---|
| Charles Weiner | 57.8 | $450 | $26,010.00 |
| Mary Vargas | 86.0 | $450 | $38,700.00 |
| Michael Stein | 40.9 | $425 | $17,382.50 |
| **Total** | | | $82,092.50 |

In addition, Defendants are ordered to pay Sampson's litigation expenses and costs in the amount of $598.94.

_____
The Honorable Judge Joan M. Azrack