# EXHIBIT 1



**Office of General Counsel**

Stony Brook Regional Office
Stony Brook University
Administration Building, Room 328
Stony Brook, New York 11794-1212

www.suny.edu

April 1, 2022

<u>Via Email & Overnight Mail</u>

Mary Vargas, Esq.
Stein & Vargas LLP
10 G Street NE, Suite 600
Washington, DC 20002

   Re: Robert Sampson

Dear Ms. Vargas:

  I write in response to your March 21, 2002 letter requesting that your client Robert Sampson be allowed to continue at the Renaissance School of Medicine (RSOM) beyond the 7 year limit, "to allow him to pursue accommodations from the National Board of Medical Examiners for the United States Medical Licensing Examination". This is a request that your client has made to the NBME several times and has been denied each time.

  During his tenure at RSOM, Mr. Sampson has requested and received accommodations as appropriate. However, the accommodation that you request now, i.e., that Mr. Sampson's medical education be extended indefinitely in the hope that the National Board of Medical Examiners will finally grant the accommodations that he has requested, would constitute a fundamental alteration of the RSOM's program which requires that students complete the 4 year program within 7 years.

  I understand that this is not the response that your client was hoping for.

          Yours truly,

         Suzanne V. Shane