# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ROBERT SAMPSON,                :
                               :
                               :    CIVIL ACTION NO. 2:22-cv-04490-JMA
        v.                     :
                               :
STONY BROOK UNIVERSITY, *et al*,  :
                               :
                               :

**DECLARATION OF MICHAEL STEVEN STEIN**

I, Michael Steven Stein, make the following declaration upon personal knowledge:

1. I am one of the attorneys representing Robert Sampson.

2. In this case, I was the lead author of the reply brief in support of the fee petition.

3. I have exercised billing judgment in deleting time that was redundant or inefficient while working on the reply brief.

4. Please see Exhibit 1 to this Affidavit for a true and accurate record of my time in the case after the exercise of billing discretion.

5. Stein & Vargas, LLP has also relied on paralegal assistance in the preparation of the reply brief.  In the exercise of billing discretion, Stein & Vargas, LLP has fully discounted paralegal time in this matter.

6. I declare under the penalties of perjury that the foregoing is true and correct.

Dated:  October 6, 2023

_____
Michael Stein
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel: (202) 510-9553
Fax: (888) 778-4620
michael.stein@steinvargas.com

1

# EXHIBIT 1

**Sampson v. Stony Brook**

| Date | Time | Description |
|---|---|---|
| 9/25/2023 | 0.3 | Initial review of Stony Brook's brief opposing fee petition/begin outlining response |
| 9/26/2023 | 0.7 | Continue outlining reply to Stony Brook's opposition to fee petition |
| 9/27/2023 | 0.4 | Zoom call with Mary Vargas discussing strategy for responding to Stony Brook's opposition to fee |
| 9/28/2023 | 1.3 | Begin drafting reply brief in response to Stony Brook's opposition to fee petition |
| 9/29/2023 | 0.4 | Continue drafting reply brief in response to Stony Brook's opposition to fee petition |
| 9/30/2023 | 2.9 | Continue drafting reply brief in response to Stony Brook's opposition to fee petition |
| 10/4/2023 | 1.1 | Revise reply brief in response to Stony Brook's opposition to fee petition |
| 10/5/2023 | 1.0 | Subcite, proofread reply brief |
| 10/6/2023 | 0.2 | Revise introduction to reply brief/final proofread |

| | | |
|---|---|---|
| **Total** | **8.3** | |
| @ $425/hour | $3,527.50 | |