# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT SAMPSON, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:22-cv-04490-JMA |
| | : | |
| STONY BROOK UNIVERSITY, et al. | : | |
| | : | |

### DECLARATION OF MARY CAROLINE VARGAS

I, Mary Caroline Vargas, make the following declaration upon personal knowledge:

1. I am one of the attorneys representing Robert Sampson.

2. A true and correct copy of my billing records related to my work directly on the Reply Brief to Plaintiff's Motion for Reasonable Fees and Costs is attached as Exhibit 1.

3. I exercised billing judgment and excised from the attached time records all time spent counseling my client about the Reply Brief.

4. I declare under penalties of perjury the foregoing is true and correct.

Dated: October 6, 2023

_____
Mary C. Vargas
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel: (240) 793-3185
Fax: (888) 778-4620
Mary.Vargas@steinvargas.com

1

# EXHIBIT 1

**Sampson, Robert**

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 9/29/23 | 0.2 | $450 | $90 | SB | Zoom w Stein to outline reply brief on fee petition |
| 10/2/23 | 0.5 | $450 | $225 | SB | Review and edit draft reply brief on fee petition |
| 10/5/23 | 0.4 | $450 | $180 | SB | Review and edit draft reply brief on fee petition |
| 10/5/23 | 0.1 | $450 | $45 | SB | Draft Vargas Declaration to Reply Brief |
| 10/6/23 | 0.5 | $450 | $225 | SB | Final revisions and prepare for filing of Fee Petition bundle |
| | 1.7 | | $765 | | |