# EXHIBIT 2

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK
```

------------------------------X **Docket#**
ROBERT SAMPSON,                : 22-cv-04490-JMA-AYS
                               :
          Plaintiff,           :
                               :
    - versus -                 : U.S. Courthouse
                               : Central Islip, New York
STONY BROOK UNIVERSITY, ET AL,:
                               : October 6, 2022
          Defendants           :
------------------------------X

```
       TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
              BEFORE THE HONORABLE JOAN M. AZRACK
                  UNITED STATES DISTRICT JUDGE
```

**A  P  P  E  A  R  A  N  C  E  S:**
(**VIA VIDEO/AUDIO**)


| | |
|---|---|
| **For the Plaintiffs**: | **Mary C. Vargas, Esq.**<br>Stein & Vargas LLP<br>10 G Street NE, Suite 600<br>Washington, DC 20002 |
| | **Charles Weiner, Esq.**<br>Law Office of Charles Weiner<br>99 Lantern Drive, Suite 202<br>Doylestown, PA 18901 |
| **For the Defendants**: | **Helena A. Lynch, Esq.**<br>NYS Office of The Attorney<br> General<br>Nassau Regional Office<br>200 Old Country Road, Ste. 240<br>Mineola, NY 11501 |
| **Transcription Service**: | **Transcriptions Plus II, Inc.**<br>61 Beatrice Avenue<br>West Islip, New York 11795<br>RL.Transcriptions2@gmail.com |

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

Proceedings

1           THE CLERK: So 22-cv-4490, *Sampson v. Stony
2  Brook University*.
3           Counsel for plaintiff, who's on the call,
4  please?
5           MS. VARGAS:  This is Mary Vargas for the
6  plaintiff.
7           THE CLERK:  Thank you.
8           MR. WEINER:  And Charles Weiner for the
9  plaintiff.
10          THE CLERK:  Okay.  Thank you.  And for
11 defendant?
12          MS. LYNCH:  For the defendant, Helena Lynch
13 with the Attorney General's Office.  And good morning.
14          THE CLERK: Good morning.  So will there be
15 anyone else calling in or this is everyone?
16          MS. VARGAS:  This is everyone from the
17 plaintiff's side.  Thank you.
18          THE CLERK:  All right.  Thank you.
19          MS. LYNCH:  And no one else for defendant.
20          THE CLERK:  Okay.  Thanks so much.  All right.
21 I'm just going to let the judge you're all on and she'll
22 call in in a moment.
23                 (Pause in proceedings)
24          THE COURT:  Hi, good morning.  It's Judge
25 Azrack.  We have Ms. Vargas and Ms. Lynch?

Proceedings                                3

1      MS. VARGAS:  Good morning, your Honor.

2      MS. LYNCH:  Yes, good morning, your Honor.

3      MR. WEINER:  Good morning, your Honor.

4      THE COURT:  Okay.  Hi.  I put this conference
5 on because we're getting close to the date where the
6 agreed-upon stay will expire.  And as I'm sure you both
7 know, I'm doing the hearing, the preliminary injunction
8 hearing, starting next Tuesday in the case against the
9 board.  So I'm wondering have you discussed extending the
10 stay?

11      MS. VARGAS:  This is Mary Vargas for the
12 plaintiff.  We have not had that discussion, your Honor.

13      MS. LYNCH:  Your Honor, we have on the defense
14 side given it some thought with the guess that this issue
15 would come up today.  And we would consent to an
16 extension to give the Court additional time.

17      THE COURT:  Okay.  Well, the Court certainly
18 appreciates that.  Can I suggest 60 days?

19      MS. LYNCH:  If I could -- would the Court
20 prefer an answer now or can the parties confer?  Because
21 I (indiscernible) --

22      THE COURT:  Okay.  Did you have a period of
23 time in mind?

24      MS. LYNCH:  Sensing like half of that that --

25      THE COURT:  Half of that is putting the Court

4

Proceedings

1  in a difficult position.  I'm doing a hearing next week.
2  That's difficult.  All right.  Why don't you discuss 60
3  days with whoever you have to discuss it with and let my
4  chambers know by close of business today.
5           MS. LYNCH:  Absolutely, your Honor.  Much
6  appreciated.
7           THE COURT:  All right.  Ms. Vargas, you have no
8  problem, right, with 60 days?
9           MS. VARGAS:  I have no problem with 60 days.
10 One thing I would add if it factors at all into the
11 discussion is that from the plaintiff's perspective, we
12 do not think that a hearing is necessary in this matter.
13 So I'm just throwing that out there.
14          THE COURT:  Okay.  Good to know.  Thank you.
15 That is helpful.
16          All right.  Ms. Lynch, so I guess this ball's
17 in your court.  Let us know by close of business today.
18          MS. LYNCH:  We will do so, your Honor.  Thank
19 you very much.
20          THE COURT:  Okay.  Great.  Thank you, everyone.
21          MS. VARGAS:  Thank you, your Honor.
22                    (Matter concluded)
23                         -oOo-
24
25

Transcriptions Plus II, Inc.

5

**C E R T I F I C A T E**

    I, MARY GRECO, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

    I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

    IN WITNESS WHEREOF, I hereunto set my hand this **6th** day of **August**, 2023.

*Mary Greco*
Transcriptions Plus II, Inc.