# EXHIBIT 6

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

-------------------------------X Docket#
ROBERT SAMPSON,                : 22-cv-04490-JMA-AYS
                               :
          Plaintiff,           :
                               :
   - versus -                  : U.S. Courthouse
                               : Central Islip, New York
STONY BROOK UNIVERSITY, ET AL,:
                               : July 11, 2023
          Defendants           :
-------------------------------X
```

TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
BEFORE THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

**A  P  P  E  A  R  A  N  C  E  S:**
(**VIA VIDEO/AUDIO**)


For the Plaintiffs:         **Mary C. Vargas, Esq.**
                            Stein & Vargas LLP
                            10 G Street NE, Suite 600
                            Washington, DC 20002

                            **Charles Weiner, Esq.**
                            Law Office of Charles Weiner
                            99 Lantern Drive, Suite 202
                            Doylestown, PA 18901


For the Defendants:         **Helena A. Lynch, Esq.**
                            NYS Office of The Attorney
                             General
                            Nassau Regional Office
                            200 Old Country Road, Ste. 240
                            Mineola, NY 11501


Transcription Service:      Transcriptions Plus II, Inc.
                            61 Beatrice Avenue
                            West Islip, New York 11795
                            RL.Transcriptions2@gmail.com


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

                    Proceedings

1         THE DEPUTY:  22-cv-4490, *Sampson v. Stony Brook.*

3         State your appearances, please.

4         MR. WEINER:  This is Charles Weiner along with my co-counsel Mary Vargas on behalf of the plaintiff.

6         THE DEPUTY:  Thank you.  Good afternoon.

7         MS. LYNCH:  And Helena Lynch with the Attorney General's Office here for the defendants.  Good afternoon.

10         THE DEPUTY:  Okay, great.  Thank you.  Good afternoon.

12         (Pause in proceedings)

13         THE COURT:  Hi.  Good afternoon.  It's Judge Azrack.  Who do we have on the line?

15         MR. WEINER:  Good afternoon, your Honor.  It's Charles Weiner along with Mary Vargas on behalf of the plaintiff.

18         MS. LYNCH:  And good afternoon, your Honor.  Helena Lynch here with the Attorney General's Office for defendants.

21         THE COURT:  Okay.  All right. What's the status today, folks?

23         MR. WEINER:  Your Honor, Charles Weiner again.  The parties have worked on a settlement agreement.  There are a few provisions that we are still wordsmithing

                                                                  3
                         Proceedings

1   relating to the dismissal, future claims, and the
2   signature page.  But the parties have agreed to hold the
3   execution of the agreement in abeyance until the Court's
4   determination over the fee petition and any responses
5   thereto.
6             THE COURT:  Okay.  But we have a briefing
7   schedule on the fee petition.
8             MR. WEINER:  Yes.
9             THE COURT:  So nothing that you do in the
10  interim is going to affect that date, correct?
11            MR. WEINER:  Correct.
12            THE COURT:  Okay.  All right.  Sounds fine.
13            MR. WEINER:  Thank you.
14            THE COURT:  Okay.  Thanks, everybody.  I guess
15  we'll just wait for your submissions and take it from
16  there.
17            MR. WEINER:  Agreed, your Honor.
18            THE COURT:  Thank you.
19            MS. LYNCH:  Agreed.  Thank you.
20            THE COURT:  Be well.
21            MR. WEINER:  Bye-bye.
22                    (Matter concluded)
23                         -oOo-
24
25

4

# C E R T I F I C A T E

I, MARY GRECO, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **9th** day of **August**, 2023.

_____
Transcriptions Plus II, Inc.