# EXHIBIT 7

| Charles Weiner | | | Mary Vargas | | | Michael Stein | | | | | Fees post 12/9/2022 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Amount | Total | Date | Amount | Total | Date | Time Billed $425/HR | Amount | Total | | Charles Weiner | $15,390.00 |
| 1/9/2023 | $315.00 | | 12/12/2022 | $45.00 | | 12/12/2022 | 0.1 | $42.50 | | | Mary Vargas | $21,060.00 |
| 1/9/2023 | $180.00 | | 12/12/2022 | $45.00 | | 12/13/2022 | 0.1 | $42.50 | | | Michael Stein | $11,007.50 |
| 1/18/2023 | $90.00 | | 12/12/2022 | $45.00 | | 12/18/2022 | 0.6 | $255.00 | | | | $47,457.50 |
| 1/24/2023 | $225.00 | | 12/13/2022 | $135.00 | | 12/19/2022 | 0.1 | $42.50 | | | | |
| 1/24/2023 | $90.00 | | 12/20/2022 | $45.00 | | 12/20/2022 | 0.1 | $42.50 | | | | |
| 1/25/2023 | $90.00 | | 12/20/2022 | $45.00 | | 1/24/2023 | 0.1 | $42.50 | | | | |
| 1/25/2023 | $225.00 | | 12/20/2022 | $45.00 | | 1/25/2023 | 0.1 | $42.50 | | | | |
| 5/1/2023 | $270.00 | | 12/22/2022 | $45.00 | | 5/1/2023 | 0.6 | $255.00 | | | | |
| 5/3/2023 | $270.00 | | 12/26/2022 | $540.00 | | 5/1/2023 | 0.2 | $85.00 | | | | |
| 5/3/2023 | $45.00 | | 12/28/2022 | $90.00 | | 5/3/2023 | 0.3 | $127.50 | | | | |
| 5/3/2023 | $135.00 | | 1/3/2023 | $45.00 | | 5/23/2023 | 0.1 | $42.50 | | | | |
| 5/3/2023 | $90.00 | | 1/4/2023 | $90.00 | | 5/24/2023 | 0.2 | $85.00 | | | | |
| 5/3/2023 | $90.00 | | 1/10/2023 | $45.00 | | 6/13/2023 | 0.1 | $42.50 | | | | |
| 5/3/2023 | $135.00 | | 1/16/2023 | $45.00 | | 6/13/2023 | 0.1 | $42.50 | | | | |
| 5/3/2023 | $180.00 | | 1/18/2023 | $45.00 | | 6/13/2023 | 0.2 | $85.00 | | | | |
| 5/24/2023 | $45.00 | | 1/18/2023 | $45.00 | | 6/15/2023 | 0.1 | $42.50 | | | | |
| 5/30/2023 | $135.00 | | 1/24/2023 | $225.00 | | 6/15/2023 | 0.1 | $42.50 | | | | |
| 6/13/2023 | $180.00 | | 1/25/2023 | $90.00 | | 6/22/2023 | 0.1 | $42.50 | | | | |
| 6/13/2023 | $135.00 | | 1/25/2023 | $225.00 | | 7/6/2023 | 0.3 | $127.50 | | | | |
| 6/20/2023 | $45.00 | | 1/25/2023 | $45.00 | | 7/7/2023 | 0.1 | $42.50 | | | | |
| 6/20/2023 | $180.00 | | 1/30/2023 | $90.00 | | 7/8/2023 | 0.1 | $42.50 | | | | |
| 6/20/2023 | $585.00 | | 1/31/2023 | $45.00 | | 7/10/2023 | 0.3 | $127.50 | | | | |
| 6/21/2023 | $45.00 | | 1/31/2023 | $45.00 | | 8/3/2023 | 0.2 | $85.00 | | | | |
| 6/21/2023 | $45.00 | | 1/31/2023 | $45.00 | | 8/8/2023 | 0.2 | $85.00 | | | | |
| 6/21/2023 | $90.00 | | 5/1/2023 | $45.00 | | 8/11/2023 | 0.2 | $85.00 | | | | |
| 6/21/2023 | $360.00 | | 5/1/2023 | $45.00 | | 8/14/2023 | 0.5 | $212.50 | | | | |
| 6/21/2023 | $45.00 | | 5/1/2023 | $45.00 | | 8/14/2023 | 2.9 | $1,232.50 | | | | |
| 6/26/2023 | $180.00 | | 5/1/2023 | $90.00 | | 8/17/2023 | 0.4 | $170.00 | | | | |
| 6/28/2023 | $135.00 | | 5/1/2023 | $45.00 | | 8/17/2023 | 0.1 | $42.50 | | | | |
| 6/29/2023 | $360.00 | | 5/3/2023 | $225.00 | | 8/17/2023 | 1.5 | $637.50 | | | | |
| 6/29/2023 | $360.00 | | 5/3/2023 | $270.00 | | 8/21/2023 | 0.2 | $85.00 | | | | |
| 7/5/2023 | $90.00 | | 5/3/2023 | $135.00 | | 8/21/2023 | 1.3 | $552.50 | | | | |
| 7/5/2023 | $45.00 | | 5/3/2023 | $180.00 | | 8/21/2023 | 0.2 | $85.00 | | | | |
| 7/6/2023 | $135.00 | | 5/3/2023 | $225.00 | | 8/22/2023 | 0.6 | $255.00 | | | | |
| 7/7/2023 | $180.00 | | 5/3/2023 | $135.00 | | 8/22/2023 | 0.7 | $297.50 | | | | |
| 7/10/2023 | $315.00 | | 5/3/2023 | $135.00 | | 8/22/2023 | 0.4 | $170.00 | | | | |
| 7/10/2023 | $90.00 | | 5/3/2023 | $90.00 | | 8/22/2023 | 0.5 | $212.50 | | | | |
| 7/10/2023 | $225.00 | | 5/23/2023 | $45.00 | | 8/23/2023 | 1 | $425.00 | | | | |
| 7/11/2023 | $90.00 | | 5/23/2023 | $45.00 | | | | | $6,375.00 | | | |
| 7/11/2023 | $90.00 | | 5/23/2023 | $45.00 | | | | | | | | |
| 7/11/2023 | $180.00 | | 5/24/2023 | $180.00 | | | Submitted Fee | | $17,382.50 | | | |
| 7/11/2023 | $45.00 | | 5/26/2023 | $45.00 | | | Post 12/9/2022 | | $6,375.00 | | | |
| 7/11/2023 | $45.00 | | 5/26/2023 | $45.00 | | | Fee | | $11,007.50 | | | |
| 7/11/2023 | $45.00 | | 5/26/2023 | $45.00 | | | | | | | | |
| 7/26/2023 | $180.00 | | 5/26/2023 | $45.00 | | | | | | | | |
| 7/31/2023 | $90.00 | | 6/1/2023 | $45.00 | | | | | | | | |
| 8/9/2023 | $270.00 | | 6/2/2023 | $45.00 | | | | | | | | |
| 8/9/2023 | $585.00 | | 6/13/2023 | $45.00 | | | | | | | | |
| 8/15/2023 | $585.00 | | 6/13/2023 | $180.00 | | | | | | | | |
| 8/21/2023 | $225.00 | | 6/13/2023 | $90.00 | | | | | | | | |
| 8/21/2023 | $225.00 | | 6/13/2023 | $45.00 | | | | | | | | |
| 8/21/2023 | $180.00 | | 6/14/2023 | $45.00 | | | | | | | | |
| 8/22/2023 | $450.00 | | 6/14/2023 | $90.00 | | | | | | | | |
| 8/22/2023 | $135.00 | | 6/14/2023 | $360.00 | | | | | | | | |
| 8/22/2023 | $540.00 | | 6/15/2023 | $90.00 | | | | | | | | |
| 8/23/2023 | $225.00 | | 6/20/2023 | $45.00 | | | | | | | | |
| | | $10,620.00 | 6/20/2023 | $45.00 | | | | | | | | |
| | | | 6/21/2023 | $45.00 | | | | | | | | |
| | | | 6/21/2023 | $45.00 | | | | | | | | |
| Submitted Fee | | $26,010.00 | 6/21/2023 | $90.00 | | | | | | | | |
| Post 12/9/2022 | | $10,620.00 | 6/21/2023 | $45.00 | | | | | | | | |
| Fee | | $15,390.00 | 6/21/2023 | $360.00 | | | | | | | | |
| | | | 6/21/2023 | $45.00 | | | | | | | | |
| | | | 7/5/2023 | $45.00 | | | | | | | | |
| | | | 7/6/2023 | $45.00 | | | | | | | | |
| | | | 7/6/2023 | $45.00 | | | | | | | | |
| | | | 7/7/2023 | $90.00 | | | | | | | | |
| | | | 7/7/2023 | $90.00 | | | | | | | | |
| | | | 7/10/2023 | $90.00 | | | | | | | | |
| | | | 7/11/2023 | $45.00 | | | | | | | | |
| | | | 7/11/2023 | $180.00 | | | | | | | | |
| | | | 7/11/2023 | $45.00 | | | | | | | | |
| | | | 7/11/2023 | $225.00 | | | | | | | | |
| | | | 7/11/2023 | $90.00 | | | | | | | | |
| | | | 7/11/2023 | $45.00 | | | | | | | | |
| | | | 7/11/2023 | $135.00 | | | | | | | | |
| | | | 7/12/2023 | $45.00 | | | | | | | | |
| | | | 7/12/2023 | $45.00 | | | | | | | | |
| | | | 7/12/2023 | $45.00 | | | | | | | | |
| | | | 7/14/2023 | $45.00 | | | | | | | | |
| | | | 7/14/2023 | $45.00 | | | | | | | | |
| | | | 7/25/2023 | $90.00 | | | | | | | | |
| | | | 7/31/2023 | $90.00 | | | | | | | | |
| | | | 7/31/2023 | $45.00 | | | | | | | | |
| | | | 8/1/2023 | $45.00 | | | | | | | | |
| | | | 8/1/2023 | $135.00 | | | | | | | | |
| | | | 8/3/2023 | $180.00 | | | | | | | | |
| | | | 8/3/2023 | $135.00 | | | | | | | | |

| Date | Amount | |
|---|---|---|
| 8/8/2023 | $180.00 | |
| 8/8/2023 | $90.00 | |
| 8/8/2023 | $45.00 | |
| 8/8/2023 | $90.00 | |
| 8/9/2023 | $45.00 | |
| 8/11/2023 | $45.00 | |
| 8/14/2023 | $45.00 | |
| 8/15/2023 | $1,620.00 | |
| 8/16/2023 | $2,295.00 | |
| 8/17/2023 | $135.00 | |
| 8/18/2023 | $360.00 | |
| 8/18/2023 | $180.00 | |
| 8/18/2023 | $45.00 | |
| 8/21/2023 | $225.00 | |
| 8/21/2023 | $135.00 | |
| 8/21/2023 | $45.00 | |
| 8/21/2023 | $90.00 | |
| 8/21/2023 | $45.00 | |
| 8/21/2023 | $135.00 | |
| 8/21/2023 | $45.00 | |
| 8/21/2023 | $45.00 | |
| 8/22/2023 | $45.00 | |
| 8/22/2023 | $45.00 | |
| 8/22/2023 | $45.00 | |
| 8/22/2023 | $270.00 | |
| 8/22/2023 | $135.00 | |
| 8/22/2023 | $90.00 | |
| 8/22/2023 | $540.00 | |
| 8/22/2023 | $675.00 | |
| 8/22/2023 | $405.00 | |
| 8/22/2023 | $90.00 | |
| 8/23/2023 | $495.00 | |
| 8/23/2023 | $45.00 | |
| 8/23/2023 | $270.00 | |
| 8/23/2023 | $315.00 | |
| | | $17,640.00 |

| | | |
|---|---|---|
| Submitted Fee | | $38,700.00 |
| Post 12/9/2022 | | $17,640.00 |
| Fee | | $21,060.00 |