UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT SAMPSON, | | |
| *Plaintiff,* | | 2:22-cv-04490 (JMA) (AYS) |
| v. | | |
| STONY BROOK UNIVERSITY; and MAURIE MCINNIS, in her official capacity as President of Stony Brook University, | | **DECLARATION OF HELENA LYNCH** |
| *Defendants.* | | |

**HELENA LYNCH**, an attorney duly admitted to practice before this Court, declares, under penalty of perjury:

1. I am an Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York.

2. I am familiar with the facts and circumstances of this matter.

3. I respectfully submit this declaration in opposition to Plaintiff's motion for attorneys' fees and costs, for the purpose of submitting to the Court the exhibits described below.

4. Annexed hereto as **Exhibit 1** is a true and correct copy of a certified transcript of a status conference held before the Court on August 4, 2022.

5. Annexed hereto as **Exhibit 2** is a true and correct copy of a certified transcript of a status conference held before the Court on October 6, 2022.

6. Annexed hereto as **Exhibit 3** is a true and correct copy of a certified transcript of a status conference held before the Court on December 9, 2022.

7. Annexed hereto as **Exhibit 4** is a true and correct copy of a certified transcript of a status conference held before the Court on May 3, 2023.

8. Annexed hereto as **Exhibit 5** is a true and correct copy of a certified transcript of a status conference held before the Court on June 13, 2023.

9. Annexed hereto as **Exhibit 6** is a true and correct copy of a certified transcript of a status conference held before the Court on July 11, 2023.

10. Annexed hereto as **Exhibit 7** is a true and correct copy of a PDF version of a spreadsheet created to reflect only the post-December 9, 2022, entries from Plaintiff's counsels' billing records (which are those entries that should be deducted should the Court disagree with Defendants and award fees).

WHEREFORE, I respectfully request that the Court deny Plaintiff's motion for attorneys' fees and costs.

Dated: Mineola, New York
September 22, 2023

s/ *Helena Lynch*
Helena Lynch
Assistant Attorney General, *of Counsel*
(516) 248-3312 | Helena.lynch@ag.ny.gov